# EXHIBIT E

Westlaw.

NewsRoom

3/28/07 FDCHCAPTRPTS (No Page)

Page 1

3/28/07 FDCH CAP. TRANSCRIPTS (Pg. Unavail. Online)
2007 WLNR 6068395

FDCH Capital Transcripts
Copyright 2007 Voxant

**March 28, 2007**

SEN. RICHARD J. DURBIN HOLDS A HEARING ON THE FISCAL YEAR 2008 BUDGET FOR THE DEPARTMENT OF TREASURY - Part 1

xfdtr SENATE-HRG-TREASURY-FY08 sked xfdsu

TRANSCRIPT

March 28, 2007

COMMITTEE HEARING

SEN. RICHARD J. DURBIN

CHAIRMAN

SENATE APPROPRIATIONS COMMITTEE, SUBCOMMITTEE ON FINANCIAL

SERVICES AND GENERAL GOVERNMENT

WASHINGTON, D.C.

SEN. RICHARD J. DURBIN HOLDS A HEARING ON THE FISCAL YEAR 2008

BUDGET FOR THE DEPARTMENT OF TREASURY - Part 1CQ Transcriptions, LLC

1255 22nd Street N.W.

Washington, D.C. 20037

Transcript/Programming: Tel. 301-731-1728

Sales: Tel. 202-419-8500   ext 599

sales@cq.com

www.cq.com

Copyright 2007 CQ Transcriptions, LLC

All materials herein are protected by United States copyright law
and may not be reproduced, distributed, transmitted, displayed,

3/28/07 FDCHCAPTRPTS (No Page)                                           Page 2

published or broadcast without the prior written permission of

CQ Transcriptions. You may not alter or remove any trademark,

copyright or other notice from copies of the content.

U.S. SENATE COMMITTEE ON APPROPRIATIONS, SUBCOMMITTEE ON FINANCIAL SERVICES AND GENERAL GOVERNMENT HOLDS A HEARING ON THE FISCAL YEAR 2008 BUDGET FOR THE DEPARTMENT OF TREASURY

MARCH 28, 2007

SPEAKERS:

SEN. RICHARD J. DURBIN, D-ILL.

CHAIRMAN

SEN. PATTY MURRAY, D-WASH.

SEN. MARY L. LANDRIEU, D-LA.

SEN. FRANK R. LAUTENBERG, D-N.J.

SEN. BEN NELSON, D-NEB.

SEN. ROBERT C. BYRD, D-W.VA.

EX OFFICIO

SEN. SAM BROWNBACK, R-KAN.

RANKING MEMBER

SEN. CHRISTOPHER S. BOND, R-MO.

SEN. RICHARD C. SHELBY, R-ALA.

SEN. WAYNE ALLARD, R-COLO.

SEN. THAD COCHRAN, R-MISS.

EX OFFICIO

WITNESSES:

SECRETARY OF TREASURY HENRY M. PAULSON JR.

DURBIN: Good afternoon. This meeting of the Senate Appropriations Subcommittee on Financial Services and General Government will come to order. We continue our budget hearings today with the Department of Treasury.

We welcome Secretary Henry Paulson to the hearing, along with his associates, and my colleagues who will be joining me, I am sure, after to roll call vote. I apologize for the delay in beginning, but we scheduled roll calls and it changed our timing.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

This is a budget hearing for the Treasury Department. We will defer most of the questions pertaining to the Internal Revenue Service until April 18th when Commissioner Everson will appear.

The IRS represents 90 percent of the Treasury budget in terms of actual dollars. The remaining 10 percent contains some very critical activities and programs, which we will talk about today. I was pleased during consideration, the recent continuing resolution, we were able to provide some additional funds for the department.

We do have a budget request for next fiscal year from the Treasury of about $12.14 billion, an increase of $514 million, or 4.4 percent. Excluding the IRS, the request for the remainder of the department is $1.045 billion, a net increase of $16 million over the last fiscal year, or 1.5 percent.

This appears at first glance to be a very tight budget for the Treasury Department.

I have a number of areas of concern, which I will save for the question period. It is now my pleasure to welcome the Secretary to the hearing.

Mr. Secretary, the floor is yours.

PAULSON: Mr. Chairman, thank you very much.

I have submitted a longer statement for the record. I had a shorter statement that I was going to read. And I just think, in the interest of brevity, what I'll do is I'll just read two paragraphs of the shorter statement and submit that for the record also.

Because as you know, and as you said Treasury has a broad and important role in maintaining the economic and national security of this nation and ensuring the effective operation of the government. And I am continually impressed with the caliber of professionalism of Treasury's employees, particularly the career staff who carry out this work every day.

Now, we have established four priorities in this budget for next year: maintain the growth and competitiveness of U.S. economy for the benefit of all our workers and families; investing in tax enforcement and taxpayer services, because it is important that individuals and businesses pay what they owe; promoting strong economic ties and balance trade relationships with foreign nations, including China; and continuing our important contribution to the war on terror by choking off terrorist financing and other illicit activities.

So, that will...

DURBIN: Without objection your entire statement will be made part of the record.

PAULSON: Good.

DURBIN: Let me zero in on a few issues that I think I'd like to raise, and there are only a few.

PAULSON: Good.

DURBIN: The first relates to the Community Development Financial Institutions.

Since their inception, CDFI has sought to increase the availability of credit,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

3/28/07 FDCHCAPTRPTS (No Page)                                              Page 4

investment capital, and financial services to relatively poor urban and rural communities. The fund pursues these objectives by augmenting the private resources for investment in economic development, housing, banking services.

It works with two sets of partners in boosting such investment: private financial institutions certified by the CDFI as community development financial institutions and private equity groups.

Now, the administration's budget request includes a request for $28.5 million for the CDFI fund. This is an improvement over last year's budget request, but it is a reduction of nearly 50 percent from the fiscal year '07 amount of $54.5 million. And $12.2 million of your fiscal '08 request consists of administrative costs, which are necessary, but really don't provide the capital that we're talking about for these institutions.

I'd like to ask you, and I'm going to give you just an illustration of why I think this needs to be discussed.

According to the Treasury's own calculations, every dollar the federal government invests in the CDFI funds leads to another $27 in non-federal fund investment.

So, meeting the CDFI community request of $100 million, instead of the Treasury Department request of $28.5 million, would cost the government only an additional $71.5 million, but would provide needy communities over $1.9 billion. That's based on the Treasury's calculations.

Based on the data provided by the Opportunity Finance Network, which advocates on behalf of CDFI, and on calculations made by my staff, here's the difference that $1.9 billion into inner cities, rural communities and native American reservations would mean: 28,000 jobs, 6,000 new businesses, 64,000 extra housing units and 1,000 new or improved community facility projects.

Isn't that worth $71 million?

PAULSON: Mr. Chairman, first of all thanks for your question.

Secondly, this is a good program, so we're not debating this. As you pointed out, that we increased our request this year, and did it meaningfully below the funded level, but we increased the request.

It's a good program. It's something I look at carefully myself. We'd be happy to work with you on this.

We have a few differences maybe on which parts are the most valuable parts of the program, and so we can talk about that. But I agree with your basic assumption, our basic assertion, that this is a good program.

DURBIN: I'm going to get into this a little more with you directly in conversation to talk about this, because I think I've made a point for the record and you've left an opening for further discussion.

PAULSON: We're working and we've got someone new that's running this. I'd be happy to send her up and work with your staff and be happy to get involved myself on that.

DURBIN: Thank you.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The inspector general, in his October 16, 2006, memorandum to you concerning management and performance challenges facing the department, indicated that the department has difficulties in managing large acquisitions of mission-critical systems and other capital investments.

What changes have you made to improve your performance in managing the department's IT projects? Why will this year be better?

PAULSON: Well, let me say, the report happens to be right, that there are problems and there have been problems. And it's not easy to correct them all at once.

I would say part of them relates to having the right people in the right jobs, and we're looking for a new assistant secretary of management, and I think we're close to announcing something there.

We're looking for a new CIO for the department. And getting those people in place, when we find them, will be important.

But it also takes, I think, an integrated approach to this. Bureau heads, key managers have to also combine into this and recognize that the IT programs have got to be part of their day-to-day business.

It takes training, and we've instituted a number of things in the training area.

So I would say, I've been here eight months. Before I came, I had Senator Bond take me aside and tell me there were problems, and he was right.

DURBIN: Let me ask you this question, since you've been here eight months and you've come from some of the highest levels of the private sector.

I don't have that same life experience that you've had. I continue to be puzzled, in federal agency after federal agency, why they have such a difficult time with information technology. Does the private sector go through the same pain?

PAULSON: Well I would say this. In the private sector I don't believe I knew a CEO that said I'm really happy with my IT. I know that I'm spending all the money properly, that we're doing everything we should, that it's working as well as it should.

And I know at the company I came from, we felt a big part of it was the IT professionals. The CIOs were important, but every manager had to take responsibility for it and it couldn't be something separate. It had to be part of their business.

I know it is difficult, in the private sector, when you can offer a lot of money. I know people work for a lot of things, and one of the things I've learned since coming here is how hard people work. Treasury's got great people and great career people, and the people that are filling in in these jobs right now are doing a good job.

But to find people who are really qualified is not easy, and then the change of culture to make it work isn't easy. But I think the government overall has problems, and to the best of my judgment maybe Treasury has a few more problems in some other areas, but I haven't been in some of the other areas.

We're on top of them and we're doing everything we can, and I think we're making some progress.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

DURBIN: Let me move to another issue.

In June 2004, Treasury established the Bank Secrecy Act Direct Retrieval and Sharing Program. This program was designed to make it easier for law enforcement to access and analyze BSA data and to improve overall data management.

PAULSON: Right.

DURBIN: On July 13, 2006, the Financial Crimes Enforcement Network halted the program due to problems with its main contractor. Robert Warner, then director of the program, testified in September, that the Financial Crimes Enforcement Network is initiating a replanning effort -- in his words -- for the retrieval and sharing component of the Bank Secrecy Act direct.

Where does this stand at this point? Tell me about your efforts to improve the sharing of BSA data between Treasury and law enforcement.

PAULSON: Well, I think we're making progress, but again, this is -- I can give you in some ways the same answer to this question that I gave to the other one.

In other words, our IT and technology programs throughout Treasury had issues and weren't up to snuff. We've got this up and going. I think we're making progress in terms of sharing information, and I think it's working pretty. But I'm not going to tell you that we didn't have systems problems.

DURBIN: This predates your arrival. This has been an ongoing issue for four years, and we have tried to, with Director Mueller at the FBI, and so many other agencies, Homeland Security -- I really kind of focused on a theme because I couldn't execute it with any personal knowledge.

But the theme was to upgrade information technology and the opportunities for sharing information when it came to security and law enforcement. And what you have just said, I'm not surprised, but it's the same thing that's been said before. I hope that your expertise in the private sector will help break through some of these problems.

PAULSON: We're making progress. We've got -- I would say this. I gave you the negative.

The positive is, if I've been surprised at anything on the upside, it's been the quality of the professionals, the career professionals that we have at Treasury that are doing this job, and the work that gets done that's first class work, even when we don't have the best systems.

We're approaching this and we're determined to make some progress here.

DURBIN: I believe you've identified the Treasury Foreign Intelligence Network, which I know is a special interest of Senator Bond of Missouri.

As your top IT development priority, what's the current status of that system?

PAULSON: I think it's -- again, we're back on track. It's operating.

It is -- again, I'm not with any of these systems. I'm not going to tell you with 100 percent certainty until we get our new assistant secretary of management and we've got our new CIO in place and we've done a bit more work.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

DURBIN: What is the timetable for filling those spots?

PAULSON: Soon. I think we're weeks away -- knock on wood -- from being able to getting an assistant secretary of management in place, and I think it may take a little bit longer on the CIO.

DURBIN: One of your critical responsibilities relates to terrorism and financing of terrorism in the Office of Terrorism and Financial Intelligence.

They seek to integrate the operations and resources of the Office of Terrorist Financing and Financial Crime, the Office of Foreign Assets Control, the Financial Crimes Enforcement Network, and others.

Two basic responsibilities of TFI: gather and evaluate financial intelligence, and, two, enforce various financial laws and regulations relative to that intelligence.

What do you see as some of the major challenges facing the Office of Terrorism and Financial Intelligence?

PAULSON: First of all, this is a very important area and we've got first-class people.

Part of what we asked for in our budget is money to build a new staff, to hire and train additional people, because we've got first- rate individuals. They work very hard. And so, that is obviously a part of it.

The team, I believe, works quite well, because with others in the intelligence community and with, you know, in a number of the programs we play a support role, working with colleagues at State or elsewhere, and I think the teamwork is good there.

But this area is like anything else. It comes down to have the right people in the right jobs. And are they trained well, and are they thinking creatively, and are they working as part of a team?

And you're talking about an area that I think is as well managed as any area at Treasury with first-rate professionals.

DURBIN: Mr. Secretary, before I turn it over to my colleague, Senator Allard, there's an article in yesterday's Washington Post .

It spoke of private businesses, such as rental and mortgage companies, car dealers, checking the names of customers against a list of suspected terrorists and drug traffickers made publicly available by the Treasury Department, sometimes denying services to ordinary people whose names are similar to those on the list.

The Office of Foreign Asset Controls list of specially designated nationals has long been used by banks and other financial institutions to block financial transactions of drug dealers and other criminals.

But an executive order issued by President Bush after the September 11th tragedy has expanded the list and its consequences in unforeseen ways. Businesses have used it to screen applicants for home and car loans, apartments, and even exercise equipment, according to interviews in a report by the Lawyers Committee for Civil Rights of the San Francisco Bay area.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

To what extent is this list, put out by the Office of Foreign Asset Control, creating problems for average consumers in this country?

PAULSON: That's a very good question, and it's something we've talked about, had a number of meetings about.

Clearly, these activities that we have -- to disrupt terrorist financing, to deal with weapons proliferation, to deal with other illicit activities -- are very important.

And so, what OFAC does, what we do, is we're very careful in terms of when we publish the list to get the name right and to have the birth date.

And then, what you're dealing with is this. You'll have a number of the credit bureaus -- and these sanctions need to be public. And so you'll have a number of credit bureaus, which will take a look at the list. And then, if there's a name that's similar, or if the name may be the same, but it doesn't have the same birthday, or whatever, they'll put a flag by it.

And then, in some instances, you'll find examples of businesses or others that just don't want to be bothered or, for whatever reason, aren't as careful as they should be in denying credit.

DURBIN: Well it seems like that would create a pretty serious hardship on some people, innocent people.

PAULSON: It does, and it's something we're concerned about.

Now, what we do is, we've got a hotline that is open 24 hours a day. There are many, many, many calls and Treasury's very quick about this. There are people that call because the name is similar but not exact, or the name is the same but there's a different birthday.

These things, these are not -- these get answered and cleared up very quickly.

So, how to do this -- and again, if you've got any ideas -- we ask ourselves what can we do. We've got people manning these hotlines. There are literally thousands and thousands. They are like -- the number that sticks in my mind 90,000 calls over the last year and very quick answers.

But whenever you have any list with any sanction, there's room for confusion if people don't use it properly. And Treasury's doing everything they can to make sure it is used properly.

DURBIN: Let me recognize the senator from Colorado.

ALLARD: Well thank you, Mr. Chairman, for holding this hearing.

I understand in your opening remarks that you are going to have a separate hearing on the Internal Revenue Service. I'm going to have some questions then, but I do have an opening statement I'd like to have made a part of the record, if we might.

And I do want to ask a few questions related to the Internal Revenue Service, because it's an evolving issue in Colorado and very important, and that has to do with conservation easements. The Congress passed some specific legislation providing for conservation easements, which is an incentive to have open space in

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

3/28/07 FDCHCAPTRPTS (No Page)                        Page 9

your state.

And what is happening in the state of Colorado is that the commissioners there, the enforcers there, seem to be taking enforcement action that's over and beyond what's provided for in the legislation. They're interpreting it in a more strict way.

It's twice gone to the courts and the Internal Revenue has been overruled in the courts on two cases.

And so my question is why, after they've been overruled twice in the courts, why they're continuing to push this.

I hope that you're aware of this, If you're not -- and if you are somewhat, I'd like to get a response. If not, we can follow up with this when we're having the hearing on the Internal Revenue Service.

Mr. Secretary, do you have a response to that?

PAULSON: Yes, I'm not familiar with the incident, but I think you're right to follow up with Commissioner Everson. I think he would be the appropriate person to talk with about that.

ALLARD: Well, I hope you have him adequately briefed and tell him that I'm going to be waiting for him. And I hope I can be here. But I'm going to make every effort to be here, because I think this is really important.

PAULSON: Good.

ALLARD: And then also -- and it's not that I don't think we shouldn't be doing more to enforce our tax laws. I think we ought to be doing more.

And there's actual in the budget more money with the idea there's going to be more strict enforcement on collecting those who are not paying their taxes.

Now, in regard to that, you're familiar with the PART Program. This is the President's program where he's asked the agencies to set up goals and objectives, and then if you don't meet those goals and objectives, or if you don't even bother to set those up, then there's a rating system that goes into that.

And that is -- you can find that PART Program rating on the Internet, by the way, if you go to expectmore.gov. And if you go there, you'll find that there's one of your agencies that is rated as ineffective. If it was a classroom, that would be an F.

It's the Internal Revenue Service Earned Income Tax Credit Compliance. Have you looked at that particular program? Why is it ineffective?

PAULSON: Well, I would respectfully disagree, because this is something that I have looked at and spent some time with.

I have actually spent some time with a number of people up in the House and in the Senate that had gone out to a senator with John Lewis and Charlie Rangel. And here's the issue with the EITC.

ALLARD: This is the compliance aspect of ITC.

PAULSON: I understand that. I'm going to get to that, and I'm going to say this

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

is -- you should take a look sometime at the form and the 53 pages of instructions. And so, this is an area where it's easy to make mistakes.

I sometimes get questions from the other side, which says, tell us why Everson and the IRS has so many people auditing this area, as opposed to the high net worth. And then I'm explaining it's a totally different function.

The audit is done from remote locations, and it is just looking at the forms and checking for mistakes and errors and inconsistencies, which is a very different type of function. And it's not possible to transfer those people to do other things. So we're doing our best.

And we have quite an outreach program this year to help with the education and we will, hopefully, as we move in to the next tax season, find ways to simplify the form and make it easier. But again...

ALLARD: Well, I think that's key, and that was going to be my next question.

We need to -- it seems to me like that needs to be simplified -- and hopefully that that's within your purview to do that -- and more clearly define goals and objections so people understand where they're going to be, and put it in terms in which they can be measured.

PAULSON: Right. And you should ask when he's here, because he's spent a lot of time on this himself, Commissioner Everson.

ALLARD: Now, there are some programs under your purview that results not demonstrated. And the way those are explained to me is, those agencies have done nothing -- or very little -- to try and set up any measurable goals and objectives.

And in the Treasury, we have global, environment, facility, the Internal Revenue Service, health care, tax credit, administration, Internal Revenue Service Tax Collection, Tropical Forest Conservation Act. That's just a few that is named, that's listed on here.

Why aren't those agencies -- why haven't they done anything at all to try and comply with PART? Why is their rating results not demonstrated -- and that's what that means -- that they haven't been able to put together a management by objectives program?

PAULSON: Well, I can't again, accept the assertion that with these programs or these areas we don't have people that are working to achieve objectives.

But again, if you would like to, if you pick any of those programs that are of particular interest to you, I'd be happy to discuss it further and have people involved come up and spend some...

ALLARD: Well, they're of interest to me, because I'm on Budget Committee and I'm on Appropriations Committee.

PAULSON: Right.

ALLARD: And I want to see taxpayer dollars spent on programs where we get results, that has more than -- we don't want programs out there running that has empty promises.

And so, the reason for this whole program is that we have, the taxpayer dollars are

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

going to programs that create measurable results so that as policy makers -- and as you know this evaluation is done by OMB. And I suggest that maybe you sit down with them, see what you need to be doing.

And I'm just, what I'm trying to do on this hearing is to highlight it for you, so that next year when you come in you'll know that we'll be looking at these and that this makes a difference in our thinking.

PAULSON: Well let me give you an example, just on one of the programs, which is, you know, the Global Environmental Fund. And that is a multi-lateral fund that deals with environmental issues. And in that case we have not -- we the U.S. Government have underfunded our request and our obligation globally.

And so, this is one where I know we had held back, because we felt that certain objectives weren't being met. This year we decided to fund it more fully, because we felt it was appropriate. And so that's one.

I can't, in terms of how someone in PART, did the analysis. I can't comment on that.

ALLARD: Yes.

PAULSON: I can just tell you that we looked very carefully at everything we put in the budget.

ALLARD: Well we get down to the -- I mean I commend you for looking at that and evaluating it, and maybe it does need more money.

But it'd be interesting now to look at this program next year to see if the more money that you put in there got spent wisely.

And I would hope that that on these international agencies, that you expect accountability in taxpayer dollars when they do into them.

PAULSON: We do. We expect accountability.

And there's also a point at some of these things, that if we want to be global leaders, and if we want to play the role that people would like us to play at some of these multi-lateral organizations, that we have to put some money on the table. So it's a tradeoff.

ALLARD: Mr. Chairman, I have one more question if you have time for that?

Would you like -- let's see, on the '08 budget proposed creating additional assistant secretary in the Office of International Affairs. Would you comment on why this is necessary and what this position will be doing now that you're not currently doing?

PAULSON: Yes. To me, of all the easiest things to defend, this is it.

When I look at the role that I believe -- and I think you should want -- Treasury to play in the world, and I look at the wide variety of issues that we're dealing with right now -- the strategic economic dialogue with China -- there's just a wide variety of things where we want to play a major role when we're dealing with our economic partners around the world.

And if a man from Mars came down and looked at this in today's world and said,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

3/28/07 FDCHCAPTRPTS (No Page)                                      Page 12

they've got one assistant secretary in the international area, and then looked at the things that this man has on his plate, and the complexity of some of these issues -- CFIUS being one of them, you know the Committee on Foreign Investment...

---- INDEX REFERENCES ----

COMPANY: INTERNAL REVENUE SERVICE (IRS); BUDGET; KFORCE INC; ITC LEARNING CORP; BOERMAN SYSTEM AUTOMATION BV; ITC; INTERNATIONAL TECHNIDYNE CORP

NEWS SUBJECT: (Corporate Financial Data (1XO59); Economic Development (1EC65); Taxation (1TA10); Government (1GO80); Economics & Trade (1EC26))

INDUSTRY: (Accounting, Consulting & Legal Services (1AC73))

REGION: (District of Columbia (1DI60); USA (1US73); Americas (1AM92); Colorado (1CO26); North America (1NO39))

Language: EN

OTHER INDEXING: (ALA; ALLARD; BANK SECRECY ACT; BANK SECRECY ACT DIRECT RETRIEVAL; BSA; BUDGET; BUDGET COMMITTEE; CDFI; CIO; CIOS; COLO; CONGRESS; CQ; DEPARTMENT OF TREASURY; DEPARTMENT OF TREASURY PART; EITC; FBI; FINANCIAL CRIMES ENFORCEMENT NETWORK; FINANCIAL INTELLIGENCE; GLOBAL ENVIRONMENTAL FUND; INTERNAL REVENUE; INTERNAL REVENUE SERVICE; INTERNAL REVENUE SERVICE TAX COLLECTION; IRS; ITC; KAN; LAWYERS COMMITTEE; MARS; OFFICE OF FOREIGN; OFFICE OF FOREIGN ASSET CONTROL; OFFICE OF FOREIGN ASSET CONTROLS; OFFICE OF INTERNATIONAL AFFAIRS; OFFICE OF TERRORISM; OFFICE OF TERRORIST FINANCING; OFFICIO; OMB; OPPORTUNITY FINANCE NETWORK; PART; SENATE; SENATE APPROPRIATIONS COMMITTEE; SPEAKERS; SUBCOMMITTEE; TRANSCRIPT; TREASURY; TREASURY DEPARTMENT; TREASURY FOREIGN INTELLIGENCE NETWORK; TROPICAL FOREST CONSERVATION; US SENATE COMMITTEE; WITNESSES) (Allard; Bond; Bush; Charlie Rangel; CHRISTOPHER S. BOND; DURBIN; Everson; FRANK R. LAUTENBERG; Government; HENRY M. PAULSON; Henry Paulson; Homeland Security; John Lewis; MARY L. LANDRIEU; Mr.; PAULSON; RICHARD C. SHELBY; RICHARD J. DURBIN; ROBERT C. BYRD; Robert Warner; SEN)

KEYWORDS: (BC-SENATE-HRG-TREASURY-FY08, sked,9495); (w)

Word Count: 5308
3/28/07 FDCHCAPTRPTS (No Page)
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.