```
 1 | ELIZABETH J. SHAPIRO
   | Assistant Branch Director
 2 | PETER T. WECHSLER
   | Trial Attorney
 3 | United States Department of Justice
   | Civil Division
 4 | Federal Programs Branch
   | Post Office Box 883
 5 | Washington D.C. 20044
   | Tel: (202) 514-2705
 6 | Fax: (202) 616-8470
   | Peter.Wechsler@usdoj.gov
 7 |
   | Attorneys for Defendant
 8 |
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | No. C 07-2590 WDB<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Peter T. Wechsler, United States Department of Justice, hereby enters his appearance as counsel of record for defendant. The clerk and all parties are requested to make service of all papers on Mr. Wechsler on behalf of defendant addressed as follows:

For regular mailing:

Peter T. Wechsler
Unites States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Benjamin Franklin Station
Washington, DC 20044

For hand delivery:

Peter T. Wechsler
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7216
Washington, DC 20530
Telephone: (202) 514-2705
Facsimile: (202) 616-8470
Email: Peter.Wechsler@usdoj.gov.

Dated: May 31, 2007

                                          Respectfully Submitted:

                                          /s_____
                                          Peter T. Wechsler

NOTICE OF APPEARANCE        - 2 -