UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lawyers committe
for Civil Rights
    Plaintiff(s),

v.

United States Dept.
of Treasury
    Defendant(s).

No. C 07-02590-WDB

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/12/07

Signature: Peter T. Wechsl

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")