**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWYER'S COMMITTEE FOR CIVIL RIGHTS<br><br>        Plaintiff,<br>  v.<br><br>U.S. DEPT OF TREASURY<br><br>        Defendant.<br>_____/ | NO. CV 07-02590 WDB<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY DOCKET #4.** |

On June 13, 2007, counsel for Defendant filed a Declination to Proceed Before a Magistrate Judge, docket #4, manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Defendant should submit the Declination to Proceed Before a Magistrate Judge, docket #4, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Dated: June 18, 2007                                           Cynthia Lenahan
                                                                           Deputy Clerk