**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lawyers' Committee for Civil Rights of the San Francisco Bay Area,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. Department of the Treasury.<br><br>                Defendant(s).<br>_____/ | No.  C 07-2590 WDB<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for **August 20, 2007**, on Magistrate Judge Brazil's calendar will **NOT** be held.

Dated:  June 20, 2007

                                                                  Richard W. Wieking, Clerk
                                                                  United States District Court

                                                                  *Michelle Sicula*
                                                                  ─────────────────────────
                                                                  By:  Michelle Sicula
                                                                         Law Clerk/Deputy Clerk

Copies to:  All parties, WDB, Stats

1