ELIZABETH J. SHAPIRO
Assistant Branch Director
PETER T. WECHSLER
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
Post Office Box 883
Washington D.C. 20044
Tel: (202) 514-2705
Fax: (202) 616-8470
Peter.Wechsler@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | No. C 07-2590 PJH<br><br>STIPULATION TO SET DATE FOR RESPONSE TO COMPLAINT |

Pursuant to Local Rule 6-1, the parties hereby stipulate that defendant shall answer, move, or otherwise respond to the Complaint by July 31, 2007.

1. Plaintiff filed the Complaint on May 16, 2007. When counsel for the parties discussed the case in June of 2007, defendant's counsel noted that service of process had not been effectuated on the United States Attorney for the Northern District of California. As a result, the parties reached an agreement by which defendant will respond to the Complaint by July 31, 2007, and defendant will not challenge the sufficiency of service of process.

2. This case resulted from plaintiff's requests for certain agency records from the United States Department of the Treasury under the Freedom of Information Act, 5 U.S.C. § 552. This stipulation will enable defendant to address the factual and legal issues raised by the Complaint.

3. This stipulation will not alter the date of any event or deadline already fixed by court order.

DAVIS WRIGHT TREMAINE LLP

BY: /s

Thomas R. Burke
Philip Hwang
Attorneys for Plaintiff

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
FEDERAL PROGRAMS BRANCH

By: /s

Peter T. Wechsler
Attorney for Defendants

Dated: June 22, 2007

STIPULATION TO SET DATE    - 2 -