THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599

ROBERT RUBIN (State Bar No. 85084)
PHILIP HWANG (State Bar No. 185070)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
  OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:    (415) 543-9444
Facsimile:    (415) 543-0296

Attorneys for Plaintiff Lawyers' Committee
for Civil Rights of the San Francisco Bay Area

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, <br><br> Defendant. | No. C07-2590 WDB <br><br> **PROOF OF SERVICE** |

DAVIS WRIGHT TREMAINE LLP

# Proof of Service

I, Natasha Majorko, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following documents:

1. Summons/Civil Cover Sheet;

2. Complaint for Declaratory and Injunctive Relief for Violation of the Freedom of Information Act, 5 U.S.C. § 552 et seq.;

3. Notice of Assignment of Case to a U.S. Magistrate Judge for Trial w/[blank] Forms: Consent to Proceed before a U.S. Magistrate Judge and [blank] Declination to Proceed before a Magistrate Judge and Request for Reassignment to a U.S. District Judge;

4. U.S. District Court, Northern California ECF Registration Information Handout;

5. Order Setting Initial Case Management Conference and ADR Deadlines;

6. Standing Order for U.S. Magistrate Jude Wayne D. Brazil;

7. Standing Order for All Judges of the Northern District of California re: Contents of Joint Case Management Statement

I caused the above document (s) to be served on each person on the attached list by the following means:

[X] I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office **via Certified Mail, Return Receipt Requested** on **May 17, 2007**, following the ordinary business practice.
*(Indicated on the attached address list by an [CM] next to the address.)*

[ ] I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on _____, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

[ ] I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an [F] next to the address.)*

[ ] I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on _____.
*(Indicated on the attached address list by an [H] next to the address.)*

[ ] A true and correct copy of said document was emailed on _____.
*(Indicated on the attached address list by an [E] next to the address.)*

Case No. C07-2590 WDB
PROOF OF SERVICE

1  I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on **May 17, 2007**, at San Francisco, California.

_____
Natasha Majorko

Case No. C07-2590 WDB
PROOF OF SERVICE

# Service List

| Key: | [CM] Delivery by Certified Mail | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | [E] Delivery by Email |

**[CM]**  Mr. Henry M. Paulson, Jr.
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D. C. 20220

**[CM]**  Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**[CM]**  Mr. Adam J. Szubin, Director
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Case No. C07-2590 WDB
PROOF OF SERVICE

# Proof of Service

I, Natasha Majorko, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following documents:

1. Summons/Civil Cover Sheet;

2. Complaint for Declaratory and Injunctive Relief for Violation of the Freedom of Information Act, 5 U.S.C. § 552 et seq.;

3. Notice of Assignment of Case to a U.S. Magistrate Judge for Trial w/[blank] Forms: Consent to Proceed before a U.S. Magistrate Judge and [blank] Declination to Proceed before a Magistrate Judge and Request for Reassignment to a U.S. District Judge;

4. U.S. District Court, Northern California ECF Registration Information Handout;

5. Order Setting Initial Case Management Conference and ADR Deadlines;

6. Standing Order for U.S. Magistrate Jude Wayne D. Brazil;

7. Standing Order for All Judges of the Northern District of California re: Contents of Joint Case Management Statement

I caused the above documents to be served on each person on the attached list by the following means:

☒ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on **June 5, 2007,** following the ordinary business practice.
*(Indicated on the attached address list by an [CM] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on _____, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an [F] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on _____.
*(Indicated on the attached address list by an [H] next to the address.)*

☐ A true and correct copy of said document was emailed on _____.
*(Indicated on the attached address list by an [E] next to the address.)*

Case No. C07-2590 WDB
PROOF OF SERVICE

1  I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on **June 5, 2007**, at San Francisco, California.

_Natasha Majorko_
Natasha Majorko

Case No. C07-2590 WDB
PROOF OF SERVICE

## Service List

| Key: | [CM] Delivery by Certified Mail | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | [E] Delivery by Email |

**[M]**   Peter T. Wechsler, Trial Attorney          Attorneys for Defendant
United States Department of Justice         United States Department of the
Civil Division, Federal Programs Branch     Treasury
P. O. Box 883, Benjamin Franklin Station
Washington, D.C. 20044

Telephone:  (202) 514-2705
Facsimile:   (202) 616-8470
*Peter.Wechsler@usdoj.gov*

**For Hand Delivery:**

Peter T. Wechsler
U.S. Dept. of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 7216
Washington, D.C. 20530

Case No. C07-2590 WDB
PROOF OF SERVICE