JOHN R. TYLER
PETER T. WECHSLER
Federal Programs Branch
Civil Division
United States Department of Justice
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel: (202) 514-2705
Fax: (202) 616-8470
Peter.Wechsler@usdoj.gov
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA, ) ) ) ) | No. C 07-2590 PJH |
| Plaintiff, ) ) | **NOTICE OF DEFENDANT'S MOTION** |
| v. ) ) | **TO DISMISS THE COMPLAINT** |
| UNITED STATES DEPARTMENT OF THE TREASURY, ) ) ) | DATE: 17 October 2007 TIME: 9:00 a.m. DEPT: Hon. Phyllis J. Hamilton |
| Defendant. ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT on 17 October 2007 or as soon thereafter as the Court may permit, defendant the United States Department of the Treasury will and hereby does move the Court for an order dismissing plaintiff's Complaint for lack of subject-matter jurisdiction, as set forth in greater detail in the motion papers served and filed herewith.

This challenge will be based upon the moving papers served and filed herewith, the records already produced to date, the pleadings and other evidence on file in this action, and such oral and documentary evidence as may be offered at the hearing.

| | | |
|---|---|---|
| 1 | Dated: July 27, 2007 | Respectfully submitted, |
| 2 | | PETER D. KEISLER<br>Assistant Attorney General |
| 3 | | |
| 4 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | JOHN R. TYLER<br>Senior Trial Counsel |
| 6 | | |
| 7 | | /s/ |
| 8 | | PETER T. WECHSLER (MA # 330559)<br>Trial Attorney, Federal Programs Branch<br>*Attorneys for Defendant* |

28  NOTICE OF DEFENDANT'S MOTION TO DISMISS  No. 07-2590 PJH                - 2 -