IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br>　　　　Plaintiff<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br>　　　　Defendant. | Case No. C 07 2590 |

## **DECLARATION OF VIRGINIA R. CANTER**

I, Virginia R. Canter, declare as follows:

　　1. I am the Associate Director, Resource Management of the Office of Foreign Assets Control (OFAC) at the Department of the Treasury (Treasury). I have served in this position since May 29, 2005. Generally, my duties include administering, developing, and managing programs that provide the necessary communication, management support, and resources for conducting OFAC's mission. These programs include records and forms management, and Privacy Act and Freedom of Information Act (FOIA) administration. Therefore, my duties include supervisory responsibility for OFAC's processing of FOIA requests. Due to the nature of my official duties, I am familiar with the procedures followed by OFAC in responding to FOIA requests.

　　2. The statements made in this declaration are based upon information within my personal knowledge or made available to me in the performance of my official duties.

3. I am familiar with OFAC's processing of the FOIA request dated August 16, 2005, from plaintiff Lawyers' Committee for Civil Rights of the San Francisco Bay Area to Treasury, seeking records regarding the Specially Designated Nationals and Blocked Persons List that is maintained by OFAC. A true and accurate copy of the request is attached hereto as Exhibit A.

4. By letter dated August 29, 2005, Treasury acknowledged receipt of the request and stated that OFAC, the office to which the request had been assigned, was "experiencing a substantial backlog of FOIA requests and [could] not meet the normal time limits," and that OFAC had "established an orderly procedure for responding to requests, which is generally on a first-in, first-out basis." A true and accurate copy of the letter is attached hereto as Exhibit B.

5. Plaintiff filed the instant lawsuit on May 16, 2007.

6. By letter dated July 20, 2007, OFAC responded to plaintiff's FOIA request, releasing all responsive records to plaintiff. A true and accurate copy of that letter is attached hereto as Exhibit C.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/26/07

Virginia R. Canter
Associate Director, Resource Management
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220