UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>        Defendant. | No. C 07-2590 PJH<br><br>**ORDER ON DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** |

Having reviewed the parties' submissions in connection with Defendant's Motion to Dismiss the Complaint, the Court hereby ORDERS as follows:

The motion is granted, and the Complaint is dismissed for lack of subject-matter jurisdiction.

SO ORDERED.

Dated this __ day of _____.            _____
                                        United States District Court Judge