THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599

ROBERT RUBIN (State Bar No. 85084)
PHILIP HWANG (State Bar No. 185070)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
  OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 543-9444
Facsimile:   (415) 543-0296

Attorneys for Plaintiff Lawyers' Committee
for Civil Rights of the San Francisco Bay Area

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | No. C07-2590 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DEFENDANT'S MOTION TO DISMISS AND VACATING CURRENT CASE MANAGEMENT SCHEDULE** |

Pursuant to Local Rules 6-1 and 6-2, plaintiff Lawyers' Committee for Civil Rights of the San Francisco Bay Area by and through its counsel of record, Thomas R. Burke, and defendant United States Department of the Treasury through its counsel of record, Peter T. Wechsler, do hereby stipulate and agree that the hearing for Defendant's Motion to Dismiss, currently noted for October 17, 2007, shall be moved to October 24, 2007 at 9:00 a.m., and that the Case Management

1 Conference scheduled for August 23, 2007, and all dates associated therewith, shall be postponed
2 until after the hearing on the Motion to Dismiss.  The scheduling changes provided herein will
3 allow the parties to respond fully and adequately in a manner that would not otherwise be possible
4 due to plaintiff's counsel's scheduling conflicts.

DATED this 31st day of July, 2007.

                              DAVIS WRIGHT TREMAINE LLP

                              By: /s/
                                    Thomas R. Burke

                              Attorneys for Plaintiff
                              Lawyers' Committee for Civil Rights of the
                              San Francisco Bay Area

DATED this 31st day of July, 2007.

                              U.S. DEPARTMENT OF JUSTICE
                              CIVIL DIVISION
                              FEDERAL PROGRAMS BRANCH

                              By: /s/
                                    Peter T. Wechsler

                              Attorneys for Defendant
                              United States Department of the Treasury

**ORDER**

PURSUANT TO THE STIPULATION, it is so ordered.

Dated: August 2, 2007     _____
                              Hon. PHYLLIS J. HAMILTON
                              United States District Judge




This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.