THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599

ROBERT RUBIN (State Bar No. 85084)
PHILIP HWANG (State Bar No. 185070)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
  OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:    (415) 543-9444
Facsimile:    (415) 543-0296

Attorneys for Plaintiff Lawyers' Committee
for Civil Rights of the San Francisco Bay Area

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | No. C07-2590 PJH<br><br>**DECLARATION OF THOMAS R. BURKE IN SUPPORT OF OPPOSITION TO UNITED STATES DEPARTMENT OF TREASURY'S MOTION TO DISMISS**<br><br>Hearing Date: October 24, 2007<br>Time:         9:00 a.m.<br>Hon. Phyllis J. Hamilton |

I, Thomas R. Burke, declare:

1.    I am an attorney, licensed to practice before all courts in the State of California. I am a partner with Davis Wright Tremaine LLP and counsel of record for Plaintiff Lawyers Committee for Civil rights of the San Francisco Bay Area ("LCCR") in this matter. I have personal knowledge of the matters stated in this declaration and could competently testify to them

1  if called as a witness. I make this declaration in support of LCCR's Opposition to United States
2  Department of the Treasury's Motion to Dismiss Complaint.
3      2.    Attached hereto as Exhibit 1 is a true and correct copy of a letter dated July 20,
4  2007 from Virginia R. Canter to Thomas R. Burke.
5      3.    Attached hereto as Exhibit 2 is a true and correct copy of CNN.com article, "With
6  300,000 names on list, terrorist center always on alert," dated September 25, 2007, available
7  online at <http://m.cnn.com/cnn/ne/politics/detail/20477/full>, last visited September 27, 2007.
8      3.    Attached hereto as Exhibit 3 is a true and correct copy of a *New York Times* article,
9  "Inspection Notes Errors in Terror List," dated September 7, 2007, available online at
10 <http://www.nytimes.com/2007/09/07/us/07watch.html?_r=1&oref=slogin>, last visited
11 September 27, 2007.
12     4.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts from September
13 27, 2004 United States Report to the Nonproliferation Committee -- Efforts Regarding United
14 Nations Security Council Resolution 1540, available online at
15 <http://www.state.gov/t/isn/rls/37375.htm>, last visited September 26, 2007.
16     5.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the 9/11
17 Commission Report, available online at
18 <http://www.yale.edu/lawweb/avalon/sept_11/911Report.pdf>, last visited September 26, 2007.

I declare under penalty of perjury under the laws of the State of California that this Declaration was executed on September 28, 2007, at San Francisco, California, and that the foregoing is true and correct.

                                                /s/
                                          THOMAS R. BURKE

DAVIS WRIGHT TREMAINE LLP