# EXHIBIT 1

Case 3:07-cv-02590-PJH     Document 17-2     Filed 10/03/2007     Page 1 of 13



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

FOIA No.:   2005-08-044
FAC No.:    SDT-358840

Thomas R. Burke, Esq.
Davis Wright Tremaine LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111

Dear Mr. Burke:

This is in response to a Freedom of Information Act ("FOIA") request submitted to the Department of the Treasury for processing by Shirin Sinnar, Esq., Lawyers' Committee for Civil Rights of the San Francisco Bay Area, San Francisco, California, dated August 16, 2005. As you are aware, this FOIA request is the subject of litigation in the United States District Court for the Northern District of California, <u>Lawyer's Committee for Civil Rights of the San Francisco Bay Area v. The United States Department of the Treasury</u>, No. C 07-2590 PJH.

Please be advised that the Office of Foreign Assets Control ("OFAC") has completed its search for responsive documents pertaining to your client's request. The following addresses the specific records that have been requested:

**Text of Requests 1-6:**

1. The number and nature of inquiries made to the Office of Foreign Assets Control (OFAC) compliance hotline by companies regarding a possible name match to the SDN list or other watch list.

2. The distribution of calls to the OFAC compliance hotline based on industry (including but not limited to banks, travel/tourism agencies, insurance companies, credit reporting agencies, nonprofit organizations, and money service businesses).

3. The number of calls received by the OFAC compliance hotline that resulted in an actual name match to the SDN list or other watch lists.

4. The number and nature of inquiries from companies/individuals about a credit report submitted by an applicant stating that the applicant might be on a government watch list.

5. The number and nature of complaints from individuals whose names were flagged as similar to a name on the SDN list or other watch list and any OFAC responses to such complaints.

6. The number and nature of complaints from individuals whose credit reports contained an alert regarding a possible name match to the SDN list or other watch list and any OFAC responses to those complaints.

**Response to Requests 1-6**

OFAC does not maintain records in paper form responsive to requests 1 to 6. However, OFAC does maintain some data in electronic form regarding the number of telephone calls and correspondence it has received. A computer search of that data resulted in the following information that may relate to your requests, as set forth below.

OFAC maintains an electronic database that contains limited information regarding the number of telephone calls made to the OFAC Call Center (the "hotline"). The hotline presents callers with nine options at the main menu prompt. One of these nine options, which is called "Option Two," is designed to assist callers with a question in reference to an "SDN name match." A computer search of this database yielded a total of 63,409 calls that selected the queue for Option Two during the period from April 1, 2004 (when the call center was implemented), to May 30, 2007. Of these 63,409 calls, 9,957 were answered live, and 43,614 were answered with a return phone call in response to a caller's voicemail message. (For the remainder of the calls in this queue, the caller did not complete the call or leave a voicemail message). Calls in this queue included, but were not necessarily limited to, calls from companies regarding a possible name match to OFAC's Specially Designated Nationals and Blocked Persons ("SDN") List. This database does not include other information responsive to requests 1 to 6.

In addition to the information related to the hotline, OFAC maintains data in electronic form that contains some information regarding telephone calls made to OFAC's congressional liaison. A computer search of this data yielded 6 entries related to telephone calls received from 2005 to June of 2007 regarding a possible name match to OFAC's SDN List.

OFAC maintains the Foreign Assets Control Database ("FACDB"), an electronic database that contains some information regarding the volume of correspondence received by OFAC. A computer search of this database yielded 67 entries during the period from 1995 to June 12, 2007, that include at least one of the following terms: "credit report," "credit bureau," "Experian," "Equifax," "Transunion," and "removal from SDN list." This database does not include other information responsive to requests 1 to 6.

OFAC maintains data in electronic form regarding the number of emails received by OFAC through its website. A computer search of this data yielded 53 entries during the period from November of 2001 to June of 2007 that includes at least one of the following terms: "credit report," "credit bureau," "Experian," "Equifax," "Transunion," "remove," and "list." This data does not include other information responsive to requests 1 to 6.

OFAC does not maintain data in electronic or paper form regarding any watch list other than the SDN list

### Text of Requests 7-10

7. Policies or measures taken to protect the civil rights and privacy interests of individuals whose names are flagged as similar to a name on the SDN list or other watch list.

8. Procedures for individuals to remove their names from the SDN list or other watch list or to establish that they are not actually on the watch list.

9. Policies and procedures used by OFAC to determine whether an individual about whom the agency has received an inquiry is actually the same person identified on a government watch list.

10. Policies and procedures used by OFAC once it has determined that an individual is actually on a government watch list.

We are releasing in full with this letter 4 documents, totaling 9 pages of material, that have been determined to be responsive to this portion of your client's FOIA request. Copies are enclosed.

If you have any questions concerning this response, you may contact Ariadna Vazquez in the Office of Chief Counsel at (202) 622-2410.

Sincerely,

*[signature]* 7/20/07

Virginia R. Canter
Associate Director, Resource Management
Office of Foreign Assets Control

Enclosure

cc:
Peter T. Wechsler
Department of Justice

**Frequently Asked Questions and Answers**

### GENERAL QUESTIONS

**What is OFAC and what does it do?**

The Office of Foreign Assets Control administers and enforces economic sanctions programs primarily against countries and groups of individuals, such as terrorists and narcotics traffickers. The sanctions can be either comprehensive or selective, using the blocking of assets and trade restrictions to accomplish foreign policy and national security goals. [09-10-02]

**When should I call OFAC's compliance "hotline"?**

Only after you've taken the following "due diligence" steps.

If you are calling about a wire transfer or other "live" transaction:

1. Is the "hit" or "match" against OFAC's SDN list or targeted countries, or is it "hitting" for some other reason (i.e., "Control List" or "PEP," "CIA," "Non-Cooperative Countries and Territories," "Canadian Consolidated List (OSFI)," "World Bank Debarred Parties," "Blocked Officials File," or "government official of a designated country"), or can you not tell what the "hit" is?

- If it's hitting against OFAC's SDN list or targeted countries, continue to 2 below.
- If it's hitting for some other reason, you should contact the "keeper" of whichever other list the match is hitting against. For questions about:
- The Denied Persons List and the Entities List, please contact the Bureau of Industry and Security at the U.S. Department of Commerce at 202-482-4811.
- The FBI's Most Wanted List or any other FBI-issued watch list, please contact the Federal Bureau of Investigation (http://www.fbi.gov/contact/fo/fo.htm).
- The Debarred Parties list, please contact the Office of Defense Trade Controls at the U.S. Department of State, 202-663-2700.
- The Bank Secrecy Act and the USA PATRIOT Act, please contact the Financial Crimes Enforcement Network (FinCEN), 1-800-949-2732.
- If you are unsure whom to contact, please contact your interdict software provider which told you there was a "hit."
- If you can't tell what the "hit" is, you should contact your interdict software provider which told you there was a "hit."

2. Now that you've established that the hit is against OFAC's SDN list or targeted countries, you must evaluate the quality of the hit. Compare the name in your transactions with the name on the SDN list. Is the name in your transaction an individual while the name on the SDN list is a vessel, organization or company (or vice-versa)?

- If yes, you do not have a valid match.*
- If no, please continue to 3 below.

3. How much of the SDN's name is matching against the name in your transaction? Is just one of two or more names matching (i.e., just the last name)?

- If yes, you do not have a valid match.*
- If no, please continue to 4 below.

4. Compare the complete SDN entry with all of the information you have on the matching name in your transaction. An SDN entry often will have, for example, a full name, address, nationality, passport, tax ID or

cedula number, place of birth, date of birth, former names and aliases. Are you missing a lot of this information for the name in your transaction?

- If yes, go back and get more information and then compare your complete information against the SDN entry.
- If no, please continue to 5 below.

5. Are there a number of similarities or exact matches?

- If yes, please call the hotline at 1-800-540-6322.
- If no, you do not have a valid match.*

If you are calling about an account:

1. Is the "hit" or "match" against OFAC's SDN list or targeted countries, or is it "hitting" for some other reason (i.e., "Control List" or "PEP," "CIA," "Non-Cooperative Countries and Territories," "Canadian Consolidated List (OSFI)," "World Bank Debarred Parties," or "government official of a designated country"), or can you not tell what the "hit" is?

- If it's hitting against OFAC's SDN list or targeted countries, continue to 2 below.
- If it's hitting for some other reason, you should contact the "keeper" of whichever other list the match is hitting against. For questions about:
- The Denied Persons List and the Entities List, please contact the Bureau of Industry and Security at the U.S. Department of Commerce at 202-482-4811.
- The FBI's Most Wanted List or any other FBI-issued watch list, please contact the Federal Bureau of Investigation (http://www.fbi.gov/contact/fo/fo.htm).
- The Debarred Parties list, please contact the Office of Defense Trade Controls at the U.S. Department of State, 202-663-2700.
- The Bank Secrecy Act and the USA PATRIOT Act, please contact the Financial Crimes Enforcement Network (FinCEN), 1-800-949-2732.
- If you are unsure whom to contact, you should contact your interdict software provider which told you there was a "hit."
- If you can't tell what the "hit" is, you should contact your interdict software provider which told you there was a "hit."

2. Now that you've established that the hit is against OFAC's SDN list or targeted countries, you must evaluate the quality of the hit. Compare the name of your accountholder with the name on the SDN list. Is the name of your accountholder an individual while the name on the SDN list is a vessel, organization or company (or vice-versa)?

- If yes, you do not have a valid match.*
- If no, please continue to 3 below.

3. How much of the SDN's name is matching against the name of your accountholder? Is just one of two or more names matching (i.e., just the last name)?

- If yes, you do not have a valid match.*
- If no, please continue to 4 below.

4. Compare the complete SDN entry with all of the information you have on the matching name of your accountholder. An SDN entry often will have, for example, a full name, address, nationality, passport, tax ID or cedula number, place of birth, date of birth, former names and aliases. Are you missing a lot of this information for the name of your accountholder?

- If yes, go back and get more information and then compare your complete information against the SDN entry.
- If no, please continue to 5 below.

5. Are there a number of similarities or exact matches?

- If yes, please call the hotline at 1-800-540-6322.
- If no, you do not have a valid match.*

If you have reason to know or believe that processing this transfer or operating this account would violate any of the Regulations, you must call the hotline and explain this knowledge or belief. [02-12-03]

**What Is This OFAC Information On My Credit Report?**

Credit bureaus and agencies in particular have adopted new measures to ensure compliance with OFAC regulations. Before issuing a credit report, they use special "interdiction" software developed by the private sector to determine if a credit applicant is on the SDN list. This software matches the credit applicant's name and other information to the individuals on the SDN list. If there is a potential match, the credit bureaus are placing a "red flag" or alert on the report. This does not necessarily mean that someone is illegally using your social security number or that you have bad credit. It is merely a reminder to the person checking your credit that he or she should verify whether you are the individual on the SDN list by comparing your information to the OFAC information. If you are not the individual on the SDN list, the person checking your credit should disregard the OFAC alert, and there is no need to contact OFAC. However, if the person checking your credit believes you are the person on the SDN list, then he or she should call the OFAC Hotline to verify and report it.

**How Can I Get The OFAC Alert Off My Credit Report?**

A consumer has the right under the Fair Credit Reporting Act (FCRA), 15 U.S.C. 1681 et seq., to request the removal of incorrect information on his/her credit report. To accomplish this, consumers should contact the credit reporting agency or bureau that issued the credit report. For more information on consumers' rights under the FCRA, visit the Federal Trade Commission's website at http://www.ftc.gov/bcp/conline/edcams/fcra/.



# FOREIGN ASSETS CONTROL REGULATIONS FOR THE CREDIT REPORTING INDUSTRY

## Purpose of this Brochure

This brochure provides the credit reporting industry with information about the Specially Designated Nationals and Blocked Persons list (SDN list) of the Office of Foreign Assets Control (OFAC) and other aspects of sanctions programs. In response to the increased nationwide effort to prevent terrorists, terrorist supporters, narcotics traffickers, and other sanctioned parties from using the U.S. financial system, credit bureaus and agencies have instituted new procedures for identifying sanctioned parties and disseminating that information on credit reports.

It is imperative that all organizations involved in the credit reporting process understand OFAC regulations. They can make an important contribution by identifying sanctioned individuals in order to block their ability to use the U.S. financial system and to do business in the United States, but at the same time they should strive to protect consumers from erroneous or misleading information appearing on credit reports.

This brochure will be useful to the following organizations and individuals:

- Credit bureaus,

- Credit reporting agencies (CRAs), and

- Requesters of credit information, including but not limited to mortgage lenders, credit card companies, employers, landlords, insurance agents, car dealerships, and other businesses authorized to check a consumer's credit.

## About OFAC

Economic sanctions are used by the U.S. government to prevent targeted countries, entities, and individuals from, among other things, accessing the U.S. financial system for purposes that are contrary to U.S. foreign policy and national security objectives. OFAC exercises this authority based on nine statutes:

- Trading With the Enemy Act (TWEA), 50 U.S.C. App. §§ 1-44

- International Emergency Economic Powers Act (IEEPA), 50 U.S.C. §§ 1701-06

- Iraqi Sanctions Act (ISA), Pub.L. 101-513, secs. 586-586J, 104 Stat. 2047-55

- United National Participation Act (UNPA), 22 U.S.C. § 287c

- International Security and Development Cooperation Act (ISDCA), 22 U.SC 2349 aa-8 and aa-9

- Cuban Democracy Act (CDA), 22 U.S.C. § 6001-10

- Cuban Liberty and Democratic Solidarity (LIBERTAD) Act, 22 U.S.C. 6021-91

- Antiterrorism and Effective Death Penalty Act (enacting 8 U.S.C. 219, 18 U.S.C. 2332d, and 18 U.S.C. 2339b)

- Foreign Narcotics Kingpin Designation Act, 21 U.S.C. 1901-1908, 8 U.S.C. 1182

These statutes often involve declarations of "national emergency" by the President.

### Sanctions Programs

As of March 2004, OFAC administered and enforced comprehensive sanctions programs involving four countries: Cuba, Iran, Libya, and Sudan. Unless authorized by OFAC, no U.S. person or company can do business with individuals, companies, or government institutions in those countries, or persons or entities acting for or on behalf of those countries. OFAC also enforced sanctions regimes regarding the following: the Western Balkans, Burma (Myanmar), diamond trading, Iraq, narcotics trafficking, North Korea, the proliferation of weapons of mass destruction, terrorism, and Zimbabwe. To read about the specifics of each sanctions program, please visit: www.treas.gov/ofac.

### Specially Designated Nationals and Blocked Persons List

OFAC has identified and officially "designated" numerous foreign agents and front organizations, as well as terrorists, terrorist organizations, and narcotics traffickers, on its SDN list, which contains over 5,000 variations on names of individuals, governmental entities, companies, and merchant vessels located around the world. To ensure that illicit transactions involving targeted countries and SDNs are not processed, many U.S. banks and corporations are using sophisticated "interdict" software, developed by the private sector, to flag questionable transactions for review. If such software flags an item as a potential match to OFAC's SDN list, certain "due diligence" steps outlined in this brochure should be taken to verify whether it is an actual match before contacting OFAC or taking action with regard to the match.

### Who Must Comply?

All U.S. persons (including individuals and organizations) are responsible for ensuring that they do not undertake a business dealing with an individual or entity on the SDN list. U.S. persons are:

- All U.S. citizens and permanent residents,

- All persons located in the United States,

- Overseas branches of U.S. companies, and

- In the case of the Cuba and North Korea programs, non-U.S. subsidiaries of U.S. companies.

### Penalties for Noncompliance

Depending on the program involved, criminal violations of the statutes administered by OFAC can result in penalties ranging from $50,000 to $10,000,000 and/or up to 30 years imprisonment for willful violations. OFAC also has authority to impose civil penalties of up to $1,075,000 per violation depending on the sanctions program.

## How to Determine if a Credit Report Contains an Exact Match

Interdict software is a tool to help identify potential matches with OFAC's SDN list. Inevitably, there will be many "false positives" with the use of this software. Therefore, certain "due diligence" steps should be taken to ensure that a "hit" is a "good hit," i.e., to determine whether an individual applying for credit approval is indeed an individual on the SDN list and whether a warning or "red flag" on a credit report is appropriate. The following is a guide on how to determine if you have a "good hit" when evaluating potential matches against the SDN list:

*1. Is the "hit" or "match" listed on the credit report against OFAC's SDN list or targeted countries, or is it "hitting" for some other reason (i.e., Control List or PEP, CIA, Non-Cooperative Countries and Territories, Canadian Consolidated List (OSFI), World Bank Debarred Parties, Blocked Officials File, or government official of a designated country)), or can you tell what the hit is?*

- If the name is hitting against OFAC's SDN list or targeted countries, continue to Step 2 below.

- If it is hitting for some other reason, you should contact the "keeper" of whichever other list the match is hitting against. For questions about: (1) The Denied Persons List and the Entities List, please contact the Bureau of Industry and Security at the U.S. Department of Commerce at 202-482-4811, (2) The FBI's Most Wanted List or any other FBI-issued watch list, please see the Federal Bureau of Investigation's website at www.fbi.gov/contact/fo/fo.htm, (3) The Debarred Parties List, please contact the Office of Defense Trade Controls at the U.S. Department of State, 202-663-2700, (4) The Bank Secrecy Act and the USA PATRIOT Act, please contact the Financial Crimes Enforcement Network (FinCEN) at 1-800-949-2732.

- If you are unsure whom to contact, please contact the provider of the interdict software that told you there was a hit.

- If you cannot tell what the hit is, you should contact the provider of the interdict software which told you there was a hit.

*2. Now that you have established that the hit is against OFAC's SDN list or targeted countries, you must evaluate the quality of the hit. Compare the name of the individual whose credit is being checked with the name on the SDN list. Is the name on the SDN list a vessel or a company rather than an individual (or vice-versa)? Is the name on the SDN list a male's name whereas your credit applicant is a female?*

- If yes to either question, you do not have a valid match.*

- If no, please continue to Step 3 below.

*3. How much of the SDN's name is matching against the name on your credit application? Is just one of two or more names matching (i.e., just the last name or just the first name)?*

- If yes, you do not have a valid match.*

- If no, please continue to Step 4 below.

*4. Compare the complete SDN entry with all of the information you have on the matching name on your credit application. An SDN entry often will have, for example, a full name, address, nationality, passport, tax ID or cedula number, place of birth, date of birth, former names and aliases. Are you missing a lot of this information for the name on your credit application?*

- If yes, go back and get more information and then compare your complete information against the SDN entry.

- If no, please continue to Step 5 below.

*5. Are there a number of similarities or exact matches?*

- If yes, please call the hotline at 1-800-540-6322.

- If no, you do not have a valid match.*

* *If you have reason to know or believe that allowing this person to do business in the United States would violate any of the Regulations, you should call the hotline and explain this knowledge or belief.*

## What Information Should be Placed on the Credit Report?

If credit bureaus choose to place OFAC information on their credit reports, they should consider the following guidelines:

1. The text on the report should explain that the individual's information is similar to the information of an individual on OFAC's SDN list. It should not state that the information matches or that the credit applicant is in fact the individual on the SDN list unless the credit bureau has already verified that the person is indeed the SDN.

2. The text should also direct credit report recipients to the web address of this brochure (www.treasury.gov/offices/eotffc/ofac/regulations/t11faccr.pdf) for guidance on how to determine if a credit applicant is the person on the SDN list.

3. The text on the credit report should not direct recipients or consumers to call OFAC to have the information removed from the credit report. OFAC does not have the ability to add or remove information from a credit report.

4. If a credit bureau decides to put the text of a potential SDN "hit" on an actual credit report, the full text of the entry should be used (including information such as dates of birth, aliases, etc.) so that the recipient of the report can compare the OFAC information with that of the credit applicant.

## Staying Up-to-Date

Whenever there is an update to any of OFAC's information, it is quickly made available electronically via many different sources:

All of OFAC's program brochures, as well as SDN information, are available free in downloadable camera-ready Adobe Acrobate "*.PDF" format over the Treasury Department''s World Wide Web Server. OFAC's Home Page is located at www.treas.gov/ofac. The website also contains a self-extracting ASCII file of the SDN list in DOS, delimited, fixed-field, and country-specific versions, and access to all OFAC-related Executive Orders, U.N. Resolutions, statutes, regulations, and the *Code of Federal Regulations* as well as to brochures in ASCII format.

All of OFAC's forms, including its Annual Report on Blocked Property, Cuban Remittance Affidavit, and license applications are electronically available on the site. Whenever there is a change involving urgent information requiring immediate implementation, the *[DATE]* changes on the face of the primary Page; users can automate their compliance by structuring their Internet connection to use a Web browser to watch for that date change, check a "Bulletin" file to get the details about changes, and download OFAC's latest information for incorporation, for example, into interdiction software.

There are two separate email subscription services on the site, one called a "Financial Operations Bulletin" and the other a "What's New" notice. Financial operations bulletins are geared toward the financial operations community, while "What's New" notices are geared toward the general public (including exporters and importers, practicing attorneys, and researchers). Generally speaking, those in the operations areas of banks, brokerage houses, and other financial service providers do not require the level of detail and wealth of information provided in notices to the general public. Instead, they are primarily interested in changes directly impacting their day-to-day operations, such as updates to OFAC's listing Specially Designated Nationals and Blocked Persons. All "What's New" notices to the general public also contain information from OFAC's financial operations bulletins. It is not unusual for the date listed for a What's New notice to be later than the date listed for the latest Financial Operations Bulletin.

OFAC operates a free automated fax-on-demand service, which can be accessed 24 hours a day, seven days a week, by dialing 202/622-0077 from any touchtone phone and following voice prompts. OFAC documents kept up to date on the system include program and general brochures, listings of Specially Designated Nationals and Blocked Persons, including changes to the listings, licensing guidelines, and *Federal Register* notices (even those filed but not yet printed in the *Federal Register*). The "Index of Available Documents" is date-specific.

# OFAC UPDATE FOR CONSUMERS:
## What is this Information on My Credit Report?

**WHAT IS OFAC?**
"OFAC" stands for the Office of Foreign Assets Control, an office of the Department of the Treasury located in Washington. OFAC administers and enforces economic sanctions, which are used by the U.S. government to prevent targeted countries, entities, and individuals from, among other things, accessing our financial system for purposes that are contrary to U.S. foreign policy and national security.

As of March 2004, OFAC administered comprehensive sanctions programs involving four countries: Cuba, Iran, Libya, and Sudan. Unless authorized by OFAC, no U.S. person or company can do business with individuals, companies, or government institutions in these countries, or persons or entities acting for or on behalf of these countries. OFAC also administered sanctions involving the following: the Western Balkans, Burma (Myanmar), Iraq, North Korea, Zimbabwe, diamond trading, the proliferation of weapons of mass destruction, narcotics trafficking, and terrorism.

Under the sanctions programs, OFAC has designated individuals, banks, companies, and other entities who are considered a threat to national security or who participate in activities that are against U.S. foreign policy. Their names are placed on the Specially Designated Nationals and Blocked Persons List (SDN list), which can be found on OFAC's website (www.treas.gov/ofac). No U.S. person can engage in business with any individual or entity on the list. If they do, they may face civil monetary or criminal penalties.

**WHY HAVEN'T I HEARD ABOUT OFAC BEFORE?**
While sanctions and embargo programs have been in place for many years, following the events of September 11, 2001, and the passage of the USA Patriot Act, special attention has been given by all Americans to ensuring that terrorists are not permitted to use the United States to finance their activities. As a result, many companies implemented software programs and initiated new procedures to screen names and other information to assure that neither their customers nor their affiliates are on the SDN list.

**WHAT IS THIS OFAC INFORMATION ON MY CREDIT REPORT?**
Credit bureaus and agencies in particular have adopted new measures to ensure compliance with OFAC regulations. Before issuing a credit report, they use special "interdiction" software developed by the private sector to determine if a credit applicant is on the SDN list. This software matches the credit applicant's name and other information to the individuals on the SDN list. If there is a potential match, the credit bureaus are placing a "red flag" or alert on the report. This does not necessarily mean that someone is illegally using your social security number or that you have bad credit. It is merely a reminder to the person checking your credit that he or she should verify whether you are the individual on the SDN list by comparing your information to the OFAC information. If you are not the individual on the SDN list, the person

checking your credit should disregard the OFAC alert, and there is no need to contact OFAC. However, if the person checking your credit believes you are the person on the SDN list, then he or she should call the OFAC Hotline to verify and report it.

**HOW CAN I GET THE OFAC ALERT OFF MY CREDIT REPORT?**
A consumer has the right under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq., to request the removal of incorrect information on his/her credit report. To accomplish this, consumers should contact the credit reporting agency or bureau that issued the credit report. For more information on consumers' rights under the FCRA, visit the Federal Trade Commission's website at http://www.ftc.gov/bcp/conline/edcams/fcra/.

[Code of Federal Regulations]

[Title 31, Volume 3]

[Revised as of July 1, 2005]

From the U.S. Government Printing Office via GPO Access

[CITE: 31CFR501.807]

[Page 83]

TITLE 31--MONEY AND FINANCE: TREASURY

CHAPTER V--OFFICE OF FOREIGN ASSETS CONTROL, DEPARTMENT OF THE TREASURY

PART 501_REPORTING, PROCEDURES AND PENALTIES REGULATIONS--Table of Contents

Subpart E_Procedures

Sec. 501.807 Procedures governing removal of names from appendices A, B, and C to this chapter.

   A person may seek administrative reconsideration of his, her or its designation or that of a vessel as blocked, or assert that the circumstances resulting in the designation no longer apply, and thus seek to have the designation rescinded pursuant to the following administrative procedures:
   (a) A person blocked under the provisions of any part of this chapter, including a specially designated national, specially designated terrorist, or specially designated narcotics trafficker

(collectively, ``a blocked person''), or a person owning a majority interest in a blocked vessel may submit arguments or evidence that the person believes establishes that insufficient basis exists for the designation. The blocked person also may propose remedial steps on the person's part, such as corporate reorganization, resignation of persons from positions in a blocked entity, or similar steps, which the person believes would negate the basis for designation. A person owning a majority interest in a blocked vessel may propose the sale of the vessel, with the proceeds to be placed into a blocked interest-bearing account after deducting the costs incurred while the vessel was blocked and the costs of the sale. This submission must be made in writing and addressed to the Director, Office of Foreign Assets Control, U.S. Department of the Treasury, 1500 Pennsylvania Avenue, NW.--Annex, Washington, DC 20220.

(b) The information submitted by the blocked person seeking unblocking or by a person seeking the unblocking of a vessel will be reviewed by the Office of Foreign Assets Control, which may request clarifying, corroborating, or other additional information.

(c) A blocked person seeking unblocking or a person seeking the unblocking of a vessel may request a meeting with the Office of Foreign Assets Control; however, such meetings are not required, and the office may, at its discretion, decline to conduct such meetings prior to completing a review pursuant to this section.

(d) After the Office of Foreign Assets Control has conducted a review of the request for reconsideration, it will provide a written decision to the blocked person or person seeking the unblocking of a vessel.

[64 FR 5614, Feb. 4, 1999]