# EXHIBIT 3

| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS |

**The New York Times**

# U.S.

| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | AUTOS |

POLITICS   WASHINGTON   EDUCATION



How precarious is your business model?

## Inspection Notes Errors in Terror List

By PHILIP SHENON
Published: September 7, 2007

WASHINGTON, Sept. 6 — The government's principal terrorist watch list is rife with errors and fails to include significant information about known terrorists, the Justice Department's internal watchdog said Thursday in an audit report.

The report found that the Terrorist Screening Center, the F.B.I.-run agency that compiles the list, was "unable to ensure that consistent, accurate and complete terrorist information is disseminated to frontline screening agents in a timely manner."

The report, by the department's inspector general, Glenn A. Fine, raises the possibility that known terrorists could be granted visas or could enter the country undetected at border crossings because of errors in the list.

"A single omission of a terrorist identity or an inaccuracy in the identifying information can have enormous consequences," the report said. It cited some 20 instances in which records on known terrorists and suspects "were not watch-listed properly."

The Terrorist Screening Center was created in 2003 in response to the Sept. 11, 2001, attacks and by the discovery by outside investigators that the government did not have a centralized terrorist watch list.

The center was assigned to create a master list to integrate the information from at least a dozen terrorist watch lists that had been maintained by different agencies before the 2001

SIGN IN TO E-MAIL OR SAVE THIS
PRINT
REPRINTS
SHARE

ARTICLE TOOLS SPONSORED BY
AN AMERICAN ESPIRICAL PICTURE BY
WES ANDERSON

More Articles in I

**Get the Opini**
Sign up f weekday

See Sam

**HSBC**
The world's lo
E-
Conta
for th
1 866 6
Learn M

**MOST POPULAR**
1. Economic
2. Personal E
3. State Of th
4. Beneath B
5. In Portlan
6. New Test /
7. In Love W

attacks.

Information from the watch list is distributed throughout the government, including to immigration and customs agents, to State Department consular officials overseas who review visa applications, and to state and local law enforcement agencies.

While it did not reveal the number of names on the list, the report suggested that the number has grown substantially. It noted that 700,000 individual records on terrorists and terrorist suspects were maintained in the database as of this spring, four times as many as three years ago.

Despite its criticism, the inspector general's report said that there had been improvements in management of the list since a similar audit two years ago.

The new report praised the screening center for increasing the number of employees assigned to quality assurance and establishing an office to deal with complaints from people who contend that they are on the list in error.

Leonard C. Boyle, the center's director, in an interview on Thursday, agreed with the broad conclusions of the report. "I think it's a fair and accurate report that properly reflects the strides that the T.S.C. has made, and it identifies areas where we have to make improvements," Mr. Boyle said.

But he said the center had made remarkable progress. "I do not agree that the system is riddled with errors," he said. "When you're now talking about 800,000 records, there are going to be errors as a result of human mistakes and technological glitches."

More Articles in National »

8. Paul Krugm
9. Down East
10. Living in D
Go to Complete Lis

The New Yor



Have you see
Also in Opinion:
Maira Kalman's
Maira Kalman's
Maira Kalman's

ADVERTISEMENTS

INSIDE NYTIME

**Start your 14-day free trial to TimesSelect**

**Tips**
To find reference information about the words used in this article, double-click on any word, phrase or name. A new window will open with a dictionary definition or encyclopedia entry.

**Past Coverage**
    A Defender of Bush's Power, Gonzales Resigns (August 28, 2007)
    Attorney General Held Firm on War Policies (August 28, 2007)
    U.S. Widens Fraud Inquiry Into Iraq Military Supplies (August 28, 2007)
    NEWS ANALYSIS; A Fresh Start As Term Ebbs (August 28, 2007)