# EXHIBIT 4



# United States Report to the Nonproliferation Committee--Efforts Regarding United Nations Security Council Resolution 1540

Bureau of Nonproliferation
Washington, DC
September 27, 2004

**1. Decides that all States shall refrain from providing any form of support to non-State actors that attempt to develop, acquire, manufacture, possess, transport, transfer or use nuclear, chemical or biological weapons and their means of delivery;**

- As reiterated by President Bush in his February 11, 2004 speech to National Defense University, U.S. policy aims to prevent any form of support to non-State actors that attempt the activities listed in operative paragraph 1 of the Resolution.

- U.S. policy is also expressed in the *U.S. National Security Strategy*, a crucial aspect of which is the fight against all forms of terrorism, including those that comprise the use of WMD. An integral element of the National Security Strategy, the *U.S. National Strategy to Combat Weapons of Mass Destruction (December 2002)*, is a comprehensive effort to counter, in all of its dimensions, the threat posed by weapons of mass destruction (WMD) whether in the possession of hostile states or terrorists. In accordance with these strategies, the United States continues to work to strengthen both international and domestic U.S. nonproliferation efforts and to dissuade or impede those who seek to engage in prohibited activities. To this end, the United States adheres to multiple international treaties and multilateral regimes and has undertaken political commitments that prohibit such support. The United States also cooperates actively with other countries to strengthen barriers against proliferation to state or non-state actors of concern.

- U.S. law makes it a crime to provide material support or resources within the United States to a person intending to use the support or resources, or to prepare for, the commission of a wide variety of terrorism-related crimes, including specifically those involving weapons of mass destruction. These laws are described under Paragraph 2 of this report.

- The United States also maintains a wide array of domestic controls over relevant trade, transport, and commercial production activities as well as over financial transactions and services with a view to preventing non-State actor attempts to develop, acquire, manufacture, possess, transport, transfer or use nuclear, chemical or biological weapons and their means of delivery. See Paragraph 3 of this report for a detailed description of these controls.

**2. Decides also that all States, in accordance with their national procedures, shall adopt and enforce appropriate effective laws which prohibit any non-state actor to manufacture, acquire, possess, develop, transport, transfer or use nuclear, chemical or biological weapons and their means of delivery, in particular for terrorist purposes, as well as attempts to engage in any of the foregoing activities, participate in them as an accomplice, assist or finance them;**

- To combat the proliferation of nuclear, chemical, or biological weapons, as well as their means of delivery, the United States has enacted, and vigorously enforces, a variety of domestic criminal laws. In particular, the U.S. law enforcement community endeavors to prevent future proliferation-related threats or attacks through the investigation and prosecution of individuals or entities involved in the illicit possession or movement of weapons of mass destruction (WMD).

- Select Agents List--Biological Materials: The United States has established, by regulation, lists of biological agents and toxins determined to have the potential to pose a severe threat to human health, animal or plant health, or to animal and plant products. These regulations require all persons possessing, using, or transferring these biological agents and toxins to register with either the Secretary of Health and Human Services, or the Secretary of Agriculture, or both.

- HHS regulations implementing the Bioterrorism Act (known as the "Select Agent regulations"), became effective on February 7, 2003, and fully applicable on November 12, 2003. Select agents are identified at 42 C.F.R. § 73.4 (HHS select agents and toxins) and 42 C.F.R. § 73.5 (Overlap select agents and toxins). The Select Agent regulations include requirements concerning registration of persons possessing select agents and toxins, safety, security plans, and emergency response plans, training, transfers of select agents, record keeping, inspections, and notifications of theft, loss, or release.

- Under the authority of the Agricultural Bioterrorism Protection Act of 2002, the Secretary of Agriculture published parallel Select Agent regulations in 7 C.F.R. Part 331 and 9 C.F.R. Part 121. While the focus of the HHS regulations was on the potential of a biological agent or toxin to pose a severe threat to human health, the focus of the USDA regulations was on its potential to pose a severe threat to animal, plants, and animal and plant products.

- In addition to establishing national control lists of goods, the United States also takes action to target individuals and/or entities of concern to prevent them from acquiring goods and technology.

**Designation of Specially-Designated Nationals (SDN) and Foreign Terrorist Organizations (FTO)**

- Under Section 219 of the Immigration and Nationality Act[27] (as amended by the Anti-terrorism and Effective Death Penalty Act of 1996), the Secretary of State may, in consultation with the Attorney General and the Secretary of the Treasury, designate an organization as a Foreign Terrorist Organization (FTO) if the organization is a "foreign organization", that "engages in terrorist activity" that "threatens the security of U.S. nationals or the security of the United States". The Department of the Treasury may require U.S. financial institutions possessing or controlling assets of designated FTOs to block all financial transactions involving these assets.

---

[27] 8 U.S.C. § 1189

- Under E.O. 12947 of January 23, 1995, as amended by E.O. 13099 of August 20, 1998, the President designated sixteen organizations, and authorized the Secretary of State to designate additional foreign individuals or entities who have committed, or pose a significant risk of committing, acts of violence with the purpose or effect of disrupting the Middle East Peace Process, or who have provided support for or services in support of such acts of violence.

- E.O. 12947 further authorizes the Secretary of the Treasury to block the property of persons determined to be owned or controlled by, or acting for or on behalf of, persons designated in or under the Order. All property and interests in property of persons designated under the Order in the U.S. or in the control of U.S. persons are blocked. Any transaction or dealing in such blocked property is also prohibited.

- OFAC publishes a list of individuals and companies owned or controlled by, or acting for or on behalf of, targeted countries. Collectively, such individuals and companies are called "Specially Designated Nationals" or "SDNs." Their assets are blocked and U.S. persons are generally prohibited from dealing with them. See http://www.treas.gov/offices/enforcement/ofac/sdn. The list also includes individuals, groups, and entities, such as terrorists and narcotics traffickers designated under programs that are not country-specific.

- E.O. 13224 provides the U.S. Government with a mechanism to block designees' assets in any financial institution in the United States or held by any U.S. person as well as to require the blocking of any transactions. E.O. 13224 also permits the designation of individuals and organizations that provide support or financial or other services to, or associate with, designated terrorists. The designation

    NRC public web site http://www.nrc.gov/ has been significantly updated to provide meaningful information to the public in a manner that balances public access with protection of sensitive security information.

- In August 2003, NRC established the position of Director of Communications to provide integrated leadership and direction for NRC external communications and to enhance the effectiveness of NRC's communications with the public, the media, and the Congress in support of NRC's strategic goals.

**Financial Services, Charities**

- The Department of Treasury works closely with the private sector, the non-profit sector and the public at large to inform them of their obligations under law. Non-profit charities are often targeted as financial channels exploited and used by terrorists and their supporters. In response to this threat, in November of 2002, the U.S. Treasury Department released Anti-Terrorist Financing Guidelines: Voluntary Best Practices for U.S.-Based Charities to enhance donor awareness of the kinds of practices that charities may adopt to reduce the risk of terrorist financing. These Guidelines are voluntary and do not supersede or modify legal requirements applicable to non-profit institutions. Rather, they are intended to assist charities in developing a risk-based approach to guard against the threat of terrorist abuse. Charities and donors are encouraged to consult these Guidelines in considering their own protective measures that will allow them to continue serving important and legitimate interests while simultaneously preventing surreptitious infiltration or abuse by terrorist groups.

- The Department of Treasury releases information publicly which may help ensure that certain assets are blocked and transactions via U.S. persons are terminated. Treasury is also the hub for dissemination of information and guidance on U.S. sanctions programs. Equally important is Treasury's monitoring role and its coordination with federal regulatory agencies to provide for continuous information sharing.

- The Department of Treasury's OFAC provides a unique service through its toll-free telephone Hotline, giving real-time guidance on in-process transactions. The hotline averages 1,000 calls every week with at least $1 million, and sometimes as much as $35 million, in appropriately interdicted items each week. The Hotline allows OFAC to stop illicit transactions before they are processed. In addition, in July 2003, Treasury created an e-Hotline that allows U.S. persons with in-process transactions to send an e-mail to OFAC containing the specifics of the transaction in question. OFAC has received more than 600 inquiries via the e-Hotline. Treasury's ability to stop in-process transactions before they are processed has become a benchmark, especially in the war on terrorist financing.

- The Department of Treasury's OFAC website contains over 1,000 documents, receives over a million hits per month, and has attracted 15,000 email subscribers—so that all affected parties can receive notification anytime OFAC makes a new designation or a change to one of its sanctions programs.

- The Department of Treasury's outreach expands beyond banks to include the securities industry, exporters and importers, insurance companies, title companies, and car dealerships. The availability of "interdiction" software from private vendors has significantly increased industry's ability to facilitate interdictions. This software has prompted the creation of a very effective "web" within the United States through which a target transaction is unlikely to escape.

- The Department of Treasury's FinCEN works closely with the financial services industries to ensure that the regulations it crafts strike the appropriate balance between meeting the needs of the government, the regulatory burden imposed upon the financial industry, and the privacy interests of U.S. citizens. FinCEN's approach to assuring industry compliance with the Bank Secrecy Act is predicated on education and outreach. FinCEN employs a variety of techniques and media outreach, including a public web site, http://www.fincen.gov/.

- Pursuant to Section 314(a) of the USA PATRIOT Act, FinCEN now assists U.S. law enforcement investigations involving terrorism or significant money laundering by transmitting to thousands of financial institutions information from law enforcement about individuals and entities about whom there is credible evidence of terrorism or significant money laundering activity.

- FinCEN's use of Financial Advisories and notifications to financial institutions on systemic financial

WMD. The United States seeks to promote greater awareness of and cooperation on efforts needed to prevent the proliferation of nuclear, chemical, biological weapons and their means or delivery. Paragraph 7 of this report details the extensive cooperation and assistance that the United States is providing to other countries to facilitate their capabilities to detect and prevent WMD proliferation.

**10. Further to counter that threat, calls upon all States, in accordance with their national legal authorities and legislation and consistent with international laws, to take cooperative action to prevent illicit trafficking in nuclear, chemical or biological weapons, their means of delivery, and related materials;**

- U.S. efforts to take cooperative action to prevent the illicit trafficking in nuclear, chemical, or biological weapons, their means of delivery, and related materials are embodied in the Proliferation Security Initiative (PSI). President Bush announced the PSI on May 31, 2003. The PSI is a counterproliferation effort aimed at interdiction of shipments of weapons of mass destruction, their delivery systems, and related materials flowing to or from states or non-State actors of proliferation concern. On September 4, 2003, PSI partners agreed and published the PSI "Statement of Interdiction Principles" (SOP), which identifies steps necessary for effective interdiction efforts. Since the PSI was announced, the United States has cooperated with other countries to prevent illicit trafficking in nuclear, chemical, and biological weapons, their delivery systems, and related materials at sea, in the air, or on land. These efforts have resulted in a number of successful interdictions, including of the "BBC China," a ship that was carrying a large quantity of gas centrifuge equipment to Libya.

- The United States has encouraged other states to endorse the SOP and to establish concrete readiness to assist in interdiction activities. Working with many other nations, the United States has developed and is implementing a series of training exercises through which states are enhancing their operational capabilities, raising their awareness of steps that are necessary for successful interdiction, and establishing better communications and closer relationships for effective interdiction partnerships.

- The United States has proposed negotiation of bilateral maritime boarding agreements with key flag states in support of PSI, that will facilitate consent to board vessels suspected of carrying cargo of proliferation concern. To date, three such agreements have been negotiated and signed with Liberia, Panama, and the Marshall Islands.

- On February 11, 2004, President Bush called for the work of PSI to expand to include shutting down proliferation networks. The President called on PSI participants to enhance cooperation in law enforcement, intelligence, and military channels to identify where proliferation facilitators are operating, shut them down, and bring them to full justice. The United States is working to develop guidelines to assist in the expanded work of PSI and is continuing to advance PSI's goal of establishing a global web of counterproliferation partnerships.