# EXHIBIT 5

# THE 9/11 COMMISSION REPORT

# CONTENTS

*List of Illustrations and Tables   ix*
*Member List   xi*
*Staff List   xiii–xiv*
*Preface   xv*

1. "WE HAVE SOME PLANES"   1
    1.1   Inside the Four Flights   1
    1.2   Improvising a Homeland Defense   14
    1.3   National Crisis Management   35

2. THE FOUNDATION OF THE NEW TERRORISM   47
    2.1   A Declaration of War   47
    2.2   Bin Ladin's Appeal in the Islamic World   48
    2.3   The Rise of Bin Ladin and al Qaeda (1988–1992)   55
    2.4   Building an Organization, Declaring
            War on the United States (1992–1996)   59
    2.5   Al Qaeda's Renewal in Afghanistan (1996–1998)   63

3. COUNTERTERRORISM EVOLVES   71
    3.1   From the Old Terrorism to the New:
            The First World Trade Center Bombing   71
    3.2   Adaptation—and Nonadaptation—
            in the Law Enforcement Community   73
    3.3   ...and in the Federal Aviation Administration   82
    3.4   ...and in the Intelligence Community   86

3.5  ... and in the State Department and the Defense Department  93
3.6  ... and in the White House  98
3.7  ... and in the Congress  102

4. RESPONSES TO AL QAEDA'S INITIAL ASSAULTS  108
   4.1  Before the Bombings in Kenya and Tanzania  108
   4.2  Crisis: August 1998  115
   4.3  Diplomacy  121
   4.4  Covert Action  126
   4.5  Searching for Fresh Options  134

5. AL QAEDA AIMS AT THE AMERICAN HOMELAND  145
   5.1  Terrorist Entrepreneurs  145
   5.2  The "Planes Operation"  153
   5.3  The Hamburg Contingent  160
   5.4  A Money Trail?  169

6. FROM THREAT TO THREAT  174
   6.1  The Millennium Crisis  174
   6.2  Post-Crisis Reflection: Agenda for 2000  182
   6.3  The Attack on the USS *Cole*  190
   6.4  Change and Continuity  198
   6.5  The New Administration's Approach  203

7. THE ATTACK LOOMS  215
   7.1  First Arrivals in California  215
   7.2  The 9/11 Pilots in the United States  223
   7.3  Assembling the Teams  231
   7.4  Final Strategies and Tactics  241

8. "THE SYSTEM WAS BLINKING RED"  254
   8.1  The Summer of Threat  254
   8.2  Late Leads—Mihdhar, Moussaoui, and KSM  266

9. HEROISM AND HORROR  278
   9.1  Preparedness as of September 11  278
   9.2  September 11, 2001  285
   9.3  Emergency Response at the Pentagon  311
   9.4  Analysis  315

10. WARTIME   325
    10.1   Immediate Responses at Home   326
    10.2   Planning for War   330
    10.3   "Phase Two" and the Question of Iraq   334

11. FORESIGHT—AND HINDSIGHT   339
    11.1   Imagination   339
    11.2   Policy   348
    11.3   Capabilities   350
    11.4   Management   353

12. WHAT TO DO? A GLOBAL STRATEGY   361
    12.1   Reflecting on a Generational Challenge   361
    12.2   Attack Terrorists and Their Organizations   365
    12.3   Prevent the Continued Growth of Islamist Terrorism   374
    12.4   Protect against and Prepare for Terrorist Attacks   383

13. HOW TO DO IT? A DIFFERENT WAY OF
        ORGANIZING THE GOVERNMENT   399
    13.1   Unity of Effort across the Foreign-Domestic Divide   400
    13.2   Unity of Effort in the Intelligence Community   407
    13.3   Unity of Effort in Sharing Information   416
    13.4   Unity of Effort in the Congress   419
    13.5   Organizing America's Defenses in the United States   423

*Appendix A: Common Abbreviations*   429
*Appendix B: Table of Names*   431
*Appendix C: Commission Hearings*   439
*Notes*   449



# COMMISSION MEMBERS

*Thomas H. Kean*
CHAIR

*Lee H. Hamilton*
VICE CHAIR

*Richard Ben-Veniste*

*Bob Kerrey*

*Fred F. Fielding*

*John F. Lehman*

*Jamie S. Gorelick*

*Timothy J. Roemer*

*Slade Gorton*

*James R. Thompson*

Tenet obtained a modest supplemental appropriation, which funded counter-terrorism without requiring much reprogramming of baseline funds. But the CIA still believed that it remained underfunded for counterterrorism.[78]

**Terrorist Financing**
The second major point on which the principals had agreed on March 10 was the need to crack down on terrorist organizations and curtail their fund-raising.

The embassy bombings of 1998 had focused attention on al Qaeda's finances. One result had been the creation of an NSC-led interagency committee on terrorist financing. On its recommendation, the President had designated Bin Ladin and al Qaeda as subject to sanctions under the International Emergency Economic Powers Act. This gave the Treasury Department's Office of Foreign Assets Control (OFAC) the ability to search for and freeze any Bin Ladin or al Qaeda assets that reached the U.S. financial system. But since OFAC had little information to go on, few funds were frozen.[79]

In July 1999, the President applied the same designation to the Taliban for harboring Bin Ladin. Here, OFAC had more success. It blocked more than $34 million in Taliban assets held in U.S. banks. Another $215 million in gold and $2 million in demand deposits, all belonging to the Afghan central bank and held by the Federal Reserve Bank of New York, were also frozen.[80] After October 1999, when the State Department formally designated al Qaeda a "foreign terrorist organization," it became the duty of U.S. banks to block its transactions and seize its funds.[81] Neither this designation nor UN sanctions had much additional practical effect; the sanctions were easily circumvented, and there were no multilateral mechanisms to ensure that other countries' financial systems were not used as conduits for terrorist funding.[82]

Attacking the funds of an institution, even the Taliban, was easier than finding and seizing the funds of a clandestine worldwide organization like al Qaeda. Although the CIA's Bin Ladin unit had originally been inspired by the idea of studying terrorist financial links, few personnel assigned to it had any experience in financial investigations. Any terrorist-financing intelligence appeared to have been collected collaterally, as a consequence of gathering other intelligence. This attitude may have stemmed in large part from the chief of this unit, who did not believe that simply following the money from point A to point B revealed much about the terrorists' plans and intentions. As a result, the CIA placed little emphasis on terrorist financing.[83]

Nevertheless, the CIA obtained a general understanding of how al Qaeda raised money. It knew relatively early, for example, about the loose affiliation of financial institutions, businesses, and wealthy individuals who supported extremist Islamic activities.[84] Much of the early reporting on al Qaeda's financial situation and its structure came from Jamal Ahmed al Fadl, whom we have mentioned earlier in the report.[85] After the 1998 embassy bombings, the U.S. government tried to develop a clearer picture of Bin Ladin's finances. A U.S.