THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599

ROBERT RUBIN (State Bar No. 85084)
PHILIP HWANG (State Bar No. 185070)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:    (415) 543-9444
Facsimile:    (415) 543-0296

Attorneys for Plaintiff Lawyers' Committee
for Civil Rights of the San Francisco Bay Area

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, <br><br> Defendant. | No. C07-2590 PJH <br><br> **PROOF OF SERVICE** <br><br> **Hearing Date: October 24, 2007** <br> **Time:            9:00 a.m.** <br> **Hon. Phyllis J. Hamilton** |

DAVIS WRIGHT TREMAINE LLP

1

# Proof of Service

I, Natasha Majorko, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following documents:

**OPPOSITION TO DEPARTMENT OF TREASURY'S MOTION TO DISMISS COMPLAINT**

**DECLARATION OF SHIRIN SINNAR IN SUPPORT OF OPPOSITION TO UNITED STATES DEPARTMENT OF TREASURY'S MOTION TO DISMISS**

**DECLARATION OF THOMAS R. BURKE IN SUPPORT OF OPPOSITION TO UNITED STATES DEPARTMENT OF TREASURY'S MOTION TO DISMISS**

I caused the above documents to be served on each person on the attached list by the following means:

☐ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on _____, following the ordinary business practice.
*(Indicated on the attached address list by an [CM] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on _____, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on

_____.
*(Indicated on the attached address list by an [F] next to the address.)*

☒ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on **October 3, 2007**.
*(Indicated on the attached address list by an [H] next to the address.)*
☐ A true and correct copy of said document was emailed on _____.
*(Indicated on the attached address list by an [E] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on **October 3, 2007**, at San Francisco, California.

Natasha Majorko

Case No. C07-2590 PJH
PROOF OF SERVICE

1

2

## Service List

| Key: | [CM] | Delivery by Certified Mail | [FD] | Delivery by Federal Express | **[H] Delivery by Hand** |
|------|------|----------------------------|------|-----------------------------|-------------------------|
|      | [F]  | Delivery by Facsimile      | [FM] | Delivery by Facsimile and Mail | [E] Delivery by Email |

3

4

5

**[H]**      **For Hand Delivery:**                              Attorneys for Defendant
                                                                United States Department of the
Peter T. Wechsler                                               Treasury
U.S. Dept. of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 7216
Washington, D.C. 20530

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C07-2590 PJH
PROOF OF SERVICE