UNITED STATES DISTRICT COURT

Northern District of California

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO
BAY AREA,

                Plaintiff(s),

    v.

UNITED STATES DEPARTMENT
OF THE TREASURY

                Defendant(s).

CASE NO.  C07-2590 PJH

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Lissa Wolfendale Shook , an active member in good standing of the bar of
Washington State whose business address and telephone number
(particular court to which applicant is admitted)
is

Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045; Tel: (206) 622-3150

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing fff

    IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac
vice*. Service of papers upon and communication with co-counsel designed in the application will
constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing.*

Dated: 10/4/07

                                United States District    Judge

UNITED STATES DISTRICT COURT
For the Northern District of California