1  JOHN R. TYLER
   PETER T. WECHSLER
2  Federal Programs Branch
   Civil Division
3  United States Department of Justice
   20 Massachusetts Avenue, NW
4  Washington, D.C. 20530
   Tel: (202) 514-2705
5  Fax: (202) 616-8470
   Peter.Wechsler@usdoj.gov
6  *Attorneys for Defendant*

7
                      UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
9

10  LAWYERS' COMMITTEE FOR          )
    CIVIL RIGHTS OF SAN             )      No. C 07-2590 PJH
11  FRANCISCO BAY AREA,             )
                                    )
12           Plaintiff,             )
                                    )
13        v.                        )      **DEFENDANT'S OPPOSED MOTION**
                                    )      **TO AMEND THE BRIEFING**
14  UNITED STATES DEPARTMENT OF     )      **SCHEDULE**
    THE TREASURY,                   )
15                                  )
             Defendant.            )
16

17

18        Defendant the United States Department of the Treasury (Treasury) hereby requests that

19  the Court amend the briefing schedule for Treasury's Motion to Dismiss the Complaint, in light

20  of the issues raised in Plaintiff's Opposition, thereby extending the time for Treasury to reply to

21  issues raised in Plaintiff's Opposition from October 10 to October 31, 2007, and allowing

22  Treasury up to 25 pages for its reply memorandum.

23        1.  This action resulted from plaintiff's submission to Treasury of a request for agency

24  records pursuant to the Freedom of Information Act, 5 U.S.C. § 552 (FOIA).  In the Complaint,

25  plaintiff sought to compel Treasury to release responsive records.  See Complaint ¶¶ 1, 24-26.

26        2.  After Treasury completed its processing of the FOIA request and released all

27  responsive records, see Declaration of Virginia R. Canter dated July 26, 2007, ¶ 6, Treasury filed

28  the Motion to Dismiss the Complaint in July of 2007, asserting that plaintiff's claims were

1    rendered moot, and that the Court lacked subject-matter jurisdiction over plaintiff's claims.  <u>See</u>,

2    <u>e.g.</u>, <u>Carter v. Veterans Admin.</u>, 780 F.2d 1479, 1481 (9th Cir. 1986); <u>Anderson v. HHS</u>,

3    3 F.3d 1383, 1384 (10th Cir. 1993).

4         3.  On October 3, 2007, after plaintiff received an assented-to extension of time, plaintiff

5    filed its Opposition to the Motion to Dismiss, challenging the adequacy of Treasury's search for

6    responsive records and asserting that the issues involved "are actually more in line with those for

7    a motion for summary judgment."  <u>See</u> Opposition at 2.[1]

8         4.  Under the Local Rules, Treasury's reply memorandum is presently due to be filed on

9    October 10, 2007.  Because Plaintiff's Opposition contests the adequacy of Treasury's search for

10   records, Treasury requires an additional three weeks to file its reply, with a corresponding

11   extension of the hearing date from October 24, as well as an extension of the page limit from

12   15 pages (the limit under the Local Rules for a reply memorandum) to 25 pages (the limit for an

13   opposition memorandum) in order to address these issues.  <u>See</u> the Second Declaration of

14   Virginia R. Canter dated October 9, 2007, ¶¶ 4, 5.  Granting these extensions will facilitate the

15   resolution of this case.

16        5.  Despite having received a similar extension of time to file its Opposition, plaintiff

17   opposes this request, as confirmed in an email sent from plaintiff's counsel of record to

18   Treasury's counsel of record on October 4, 2007.  <u>Id</u>. ¶ 6 & Exh. A.

19                                    **<u>CONCLUSION</u>**

20        For these reasons, Treasury requests that the Court extend the time to file a reply

21   memorandum in support of its Motion to Dismiss, from October 10 to October 31, 2007, and

22   extend the page limit from 15 to 25 pages.

23

24

25

26

27        [1] To date, plaintiff has not moved to amend or supplement the Complaint.

28   MOTION TO AMEND BRIEFING SCHEDULE   No. C 07-2590 PJH                    - 2 -

1

2    Dated: October 9, 2007                    Respectfully submitted,

3                                              PETER D. KEISLER
                                               Assistant Attorney General
4
                                               SCOTT N. SCHOOLS
5                                              United States Attorney

6                                              JOHN R. TYLER
                                               Senior Trial Counsel
7

8                                              /s/
                                               PETER T. WECHSLER (MA # 330559)
9                                              Trial Attorney, Federal Programs Branch
                                               Civil Division, U.S. Department of Justice
10                                             20 Massachusetts Ave., N.W.
                                               Washington, D.C. 20530
11                                             Tel:  (202) 514-2705
                                               Fax: (202) 616-8470
12                                             peter.wechsler@usdoj.gov
                                               *Attorneys for Defendant*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    MOTION TO AMEND BRIEFING SCHEDULE    No. C 07-2590 PJH                      - 3 -