UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>    Defendant. | No. C 07-2590 PJH<br><br>**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO AMEND THE BRIEFING SCHEDULE** |

    The Court hereby grants Defendant's Motion to Amend the Briefing Schedule on its Motion to Dismiss the Complaint, extending the time for defendant to reply to issues raised in Plaintiff's Opposition from October 10 to October 31, 2007, and allowing defendant up to 25 pages for its reply memorandum.

    SO ORDERED.

Dated this __ day of October, 2007     _____

                                                United States Magistrate Judge