IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | No. C 07 2590 |

### SECOND DECLARATION OF VIRGINIA R. CANTER

I, Virginia R. Canter, declare as follows:

1. I am the Associate Director, Resource Management of the Office of Foreign Assets Control (OFAC) at the Department of the Treasury (Treasury). I have served in this position since May 29, 2005. Generally, my duties include administering, developing, and managing programs that provide the necessary communication, management support, and resources for conducting OFAC's mission. These programs include records and forms management, and Privacy Act and Freedom of Information Act (FOIA) administration. Therefore, my duties include supervisory responsibility for OFAC's processing of FOIA requests. Due to the nature of my official duties, I am familiar with the procedures followed by OFAC in responding to FOIA requests. The statements made in this Declaration are based upon information within my personal knowledge or made available to me in the performance of my official duties.

2. I am familiar with OFAC's processing of the FOIA request dated August 16, 2005, from plaintiff Lawyers' Committee for Civil Rights of the San Francisco Bay Area to Treasury, seeking records regarding the Specially Designated Nationals and Blocked Persons List that is maintained by OFAC.

3. After Treasury completed its processing of the FOIA request, Treasury released all responsive records on July 20, 2007. Treasury, through its counsel, then filed a Motion to Dismiss the Complaint, along with my (First) Declaration dated July 26, 2007.

4. On October 3, 2007, plaintiff filed its Opposition to the Motion to Dismiss, challenging the adequacy of Treasury's search for responsive records. Plaintiff's Opposition raises new issues which were not previously discussed in my July 26 Declaration or any related filing.

5. In order to address these issues, Treasury requires an additional three weeks, from October 10 to October 31, 2007, to evaluate plaintiff's submissions and file Treasury's reply, including a supplemental declaration, with a corresponding extension of the hearing date. Treasury also requires an extension of the page limit from 15 pages to 25 pages in order to address these issues. Treasury believes that granting these extensions will facilitate the resolution of this case by enabling Treasury adequate time and space to address the new issues raised by plaintiff.

6. Despite having received a similar extension of time (approximately five weeks), from Treasury, plaintiff opposes Treasury's current request. A true and accurate copy of the email dated October 4, 2007, from plaintiff's counsel to defendants' counsel is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *October 9, 2007*        *Virginia R. Canter* (signature)

Virginia R. Canter
Associate Director, Resource Management
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220