## Wechsler, Peter (CIV)

**From:** Burke, Thomas [THOMASBURKE@dwt.com]
**Sent:** Thursday, October 04, 2007 7:42 PM
**To:** Wechsler, Peter (CIV); Shook, Lissa
**Cc:** Philip Hwang; Majorko, Natasha
**Subject:** RE: LCCR v. DOT

Dear Peter:

We've now had an opportunity to discuss with our client, OFAC's request for three additional weeks to file a Reply. We respectfully decline to stipulate to this extension request.

We understand that your request for three weeks additional time is not based on any professional scheduling issues or similar concerns -- which we would be willing to accommodate -- but instead, is solely requested "in light of the issues raised in Plaintiff's Opposition."

Our client has been awaiting a response to its FOIA request for several years. When it was forced to file this lawsuit, it was quite surprised to learn of OFAC's insistence that it had only 4 responsive documents to produce particularly since OFAC's response in part, was based on information from documents that it did not produce or even assert were exempt from public disclosure. OFAC then promptly moved to dismiss based on what we believe is an inadequate factual and legal showing. Indeed, if OFAC has produced all responsive documents as it insists, why is three additional weeks needed to say as much in a Reply brief? Nor would it be legitimate for OFAC to file supplemental declarations in an attempt to make the legal showing that it was required to do -- but failed to satisfy -- at the outset. Even if our client filed a sur-Reply, it would be prejudiced by such a last minute maneuver by OFAC.

Based on these considerations, it is not in our client's interest to prolong a hearing on OFAC's motion to dismiss.

If you wish to discuss this further, or if there are other considerations that you'd like us to address in connection with this extension request, please contact me.

Sincerely,

Thomas R. Burke

---

**From:** Wechsler, Peter (CIV) [mailto:Peter.Wechsler@usdoj.gov]
**Sent:** Thursday, October 04, 2007 2:25 PM
**To:** Burke, Thomas; Shook, Lissa
**Cc:** Philip Hwang; Majorko, Natasha
**Subject:** RE: LCCR v. DOT

Thanks, Tom. At this point, I would propose moving back the hearing at least three weeks from the October 24 date. If the judge hears motions on Wednesdays, that would mean November 14 or 21, unless you prefer another date.

-Peter

---

**From:** Burke, Thomas [mailto:THOMASBURKE@dwt.com]
**Sent:** Thursday, October 04, 2007 5:14 PM
**To:** Wechsler, Peter (CIV); Shook, Lissa
**Cc:** Philip Hwang; Majorko, Natasha

10/9/2007

**Subject:** RE: LCCR v. DOT

Peter, I will be covering the hearing, if you have potential dates in mind, it would be easier for me to check my schedule against that. Thanks,

Tom

**Thomas R. Burke | Davis Wright Tremaine LLP**
505 Montgomery Street, Suite 800 | San Francisco, CA 94111-6533
Tel: (415) 276-6552 | Fax: (415) 276-6599
Email: thomasburke@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/lawdir/attorneys/BurkeThomas.cfm

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

---

**From:** Wechsler, Peter (CIV) [mailto:Peter.Wechsler@usdoj.gov]
**Sent:** Thursday, October 04, 2007 1:58 PM
**To:** Shook, Lissa
**Cc:** Philip Hwang; Burke, Thomas
**Subject:** RE: LCCR v. DOT

Lissa, Thomas, and Philip,

In light of the issues raised in Plaintiff's Opposition to Defendant's Motion to Dismiss, defendant will require additional time to respond. I will likely seek three additional weeks to file a reply. Such an extension would require moving the hearing date. Kindly let me know plaintiff's position on an extension, as well as possible hearing dates.

Regards,
Peter

---

**From:** Shook, Lissa [mailto:lissashook@dwt.com]
**Sent:** Monday, July 30, 2007 5:20 PM
**To:** Wechsler, Peter (CIV)
**Cc:** Philip Hwang; Burke, Thomas
**Subject:** LCCR v. DOT

Peter,

Attached for your review and approval is the revised stipulation and order renoting the hearing date for the motion to dismiss for October 24th and pushing back the case management conference and all other related deadlines until after the hearing. Please let me know if you have any other comments or if we can file this as currently drafted.

Thanks,
Lissa

<<Stip for Extension to Respond to Complaint.DOC>>
**Lissa Shook | Davis Wright Tremaine LLP**
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8145 | Fax: (206) 757-7145
Email: lissashook@dwt.com | Website: www.dwt.com

10/9/2007