**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

**Date:  October 18, 2007**                                              **JUDGE:  Phyllis J. Hamilton**

**Case No:  C-07-2590  PJH**

**Case Name:** Lawyers' Committee for Civil Rights v. US Dept. of the Treasury

**Attorney(s) for Plaintiff:**         Thomas Burke
**Attorney(s) for Defendant:**     Peter Wechsler

**Deputy Clerk**: Nichole Heuerman                    **Court Reporter**: telephonic - not recorded

**PROCEEDINGS**

Conference re defendant's administrative motion for extension of time to file reply and for hearing on its motion to dismiss scheduled for October 24, 2007.  Court considered the proposals of each party as to how to proceed given the unusual posture of this case.  Given that much of the motion to dismiss is no longer relevant in view of plaintiff's opposition challenging the adequacy of the search, defendant may file a reply brief with an evidentiary record on or before October 31, 2007.  Plaintiff will be permitted to file a surreply by November 14, 2007.  No additional briefs will be accepted.  Both briefs may comprise 25 pages. **The hearing is continued to November 28, 2007, at 9:00 a.m.**