THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599

ROBERT RUBIN (State Bar No. 85084)
PHILIP HWANG (State Bar No. 185070)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
 OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:  (415) 543-9444
Facsimile:   (415) 543-0296

Attorneys for Plaintiff Lawyers' Committee
for Civil Rights of the San Francisco Bay Area

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | No. C07-2590 PJH<br><br>**PLAINTIFF'S MOTION TO RESCHEDULE HEARING DATE ON MOTION TO DISMISS TO DECEMBER 12, 2007** |

Plaintiff Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("LCCR") by and through its counsel of record, Thomas R. Burke, hereby requests that the hearing on Defendant's Motion to Dismiss currently on calendar for November 28, 2007, be rescheduled to December 12, 2007, at 9:00 a.m.  The scheduling change provided herein is requested to accommodate a previously-existing teaching commitment by LCCR's lead counsel that was

1  inadvertently overlooked by counsel when the Court reset dates on this matter during a telephone
2  conference on October 18, 2007.  See Declaration of Thomas R. Burke ISO Motion to Reschedule
3  Hearing Date on Motion to Dismiss to December 12, 2007.  No other dates set by the Court are
4  affected by this request.  Defendant Department of Treasury, through its counsel of record, takes
5  no position regarding this request.  See Burke Decl. ¶ 5.  No other dates set by the Court are
6  affected by this request.

       For these reasons, LCCR respectfully requests that the Court reschedule the hearing on Defendant's Motion to Dismiss from November 28 to December 12, 2007 at 9:00 a.m. and so order.

       DATED this 26th day of October, 2007.

                       DAVIS WRIGHT TREMAINE LLP

                       By:  /s/   *Thomas R. Burke*_____
                            Thomas R. Burke

                            Attorneys for Plaintiff
                            Lawyers' Committee for Civil Rights of the
                            San Francisco Bay Area

DAVIS WRIGHT TREMAINE LLP