THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

ROBERT RUBIN (State Bar No. 85084)
PHILIP HWANG (State Bar No. 185070)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
  OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296

Attorneys for Plaintiff Lawyers' Committee
for Civil Rights of the San Francisco Bay Area

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | No. C07-2590 PJH<br><br>**DECLARATION OF THOMAS R. BURKE IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE HEARING DATE ON MOTION TO DISMISS** |

I, Thomas R. Burke, declare:

1. I am an attorney, licensed to practice before all courts in the State of California. I am a partner with Davis Wright Tremaine LLP and counsel of record for Plaintiff Lawyers Committee for Civil rights of the San Francisco Bay Area ("LCCR") in this matter. I am privileged to represent LCCR's interests in this litigation, on a *pro bono* basis. I have personal

1 knowledge of the matters stated in this declaration and could competently testify to them if called
2 as a witness.  I make this declaration in support of LCCR's Motion to Reschedule Hearing Date on
3 Motion to Dismiss to December 12, 2007.  I respectfully request that the Court accommodate this
4 scheduling request so that I can honor a previously-scheduled teaching commitment.  No other
5 dates previously scheduled by the Court are implicated by this request.

6       2. On October 18, 2008, the Court held a telephonic hearing to consider the issues
7 raised by the Treasury Department's Opposed Motion to Amend the Briefing Schedule.  At the
8 conclusion of this telephone conference, the Court rescheduled the hearing on the Treasury
9 Department's pending Motion to Dismiss to take place on November 28, 2007, rather than
10 October 24, 2007.

11       3. On behalf of LCCR, I participated in the October 18th telephonic hearing from a
12 hotel room in Singapore, where I was attending the 2007 conference of the International Bar
13 Association.  The call took place at approximately 1:00 a.m. Singapore time (Singapore is 15
14 hours ahead of Pacific Standard Time).   Because I did not anticipate having to participate in any
15 matters regarding this case before I left on my trip, unfortunately I did not have my full calendar
16 with me when the Court scheduled the new hearing date.  Nor did I recall that the Court only hears
17 civil matters on Wednesday mornings. On behalf of LCCR, I participated in this telephone
18 conference because I was the only attorney who was in a position to meaningfully address issues
19 that the Court apparently had regarding the government's Motion to Dismiss.  Although co-
20 counsel are involved in this matter, Messrs. Rubin and Hwang with LCCR are not intimately
21 familiar with the issues involved with this motion because my office has exclusively handled all
22 issues regarding this motion.  Although the Court recently approved the admission, *pro hac vice*,
23 for Lissa Shook of my firm, on October 19th – the day after the Court's telephonic hearing – was
24 Ms. Shook's last day.   Ms. Shook is now employed with the federal Public Defender's Office in
25 Seattle.

26       3. When I returned to my San Francisco office on October 22, 2007, I determined that
27 the November 28, 2007 hearing date conflicted with a previous commitment that I have to teach a
28 class for a course that I co-teach at the Graduate School of Journalism at the University of

DAVIS WRIGHT TREMAINE LLP

Burke Declaration ISO Plaintiff's Motion to Continue Hearing Date on Motion to Dismiss to December 12, 2007    SFO 375623v1 0050062-082073
Case No. C07-2590 PJH

1  California, Berkeley.   The class, Law & Ethics or J255, is a required course for journalism

2  graduate students.  It meets every Wednesday morning, from 9:30 a.m. to 11:30 a.m. at the

3  campus in Berkeley.  I have co-taught this course every Fall since 2002.  At the beginning of every

4  semester, my co-instructor, Professor Tom Goldstein and I divide up the classes; Professor

5  Goldstein teaches the ethics materials while I cover the materials relating to media law.  We

6  jointly prepare the course schedule to accommodate our respective schedules.  Upon learning of

7  this scheduling conflict this week, Professor Goldstein and I conferred.  Although he can rearrange

8  his schedule to cover for me that day, he would have to cover specific law course materials and

9  lesson plans that I have always taught.  We are in agreement that it would be much better for the

10 40 students (and several foreign scholars who attend the classes) if I was permitted to teach the

11 materials (covering reporters' confidentiality and shield law issues) long-scheduled for November

12 28, 2007 if the Court is willing to accommodate this request.  Our last class takes place on

13 December 5, 2007, so rescheduling the hearing to the following Wednesday morning, December

14 12, 2007 will not pose any conflict.

15       4.      Before filing this Motion, I had my assistant contact the Court's clerk to inquire

16 about the Court's availability to hear the Motion to Dismiss on December 12.  We learned that

17 while the date was available as of Wednesday, October 24, "papers" would be required to

18 accomplish this rescheduling.

19       5.      I also conferred with Peter T. Wechsler, counsel for the Defendant regarding the

20 government's position regarding this request.  Mr. Weschler informed me through an email

21 exchange on October 24, 2007 that the government "takes no position regarding plaintiff's most

22 recent request for an extension of time."

23       I declare under penalty of perjury under the laws of the United States that this Declaration

24 was executed on October 26, 2007, at San Francisco, California, and that the foregoing is true and

25 correct.

                                                         _____/s/___*Thomas R. Burke*_____
                                                         THOMAS R. BURKE

*DAVIS WRIGHT TREMAINE LLP* (left margin)