IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | No. C07-2590 PJH<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S MOTION TO RESCHEDULE HEARING DATE ON MOTION TO DISMISS TO DECEMBER 12, 2007 |

Having considered Plaintiff's Motion to Reschedule Hearing Date on Defendant's Motion to Dismiss from November 28, 2007 to December 12, 2007, at 9:00 a.m. and the supporting Declaration of Thomas R. Burke, and good cause having been shown, the Court grants Plaintiff's Motion to Reschedule. The hearing on Defendant's Motion to Dismiss shall be held on December 12, 2007 at 9:00 a.m. No other dates previously scheduled by the Court regarding this motion are changed by this order. THE ORIGINAL BRIEFING SCHEDULE SHALL REMAIN INTACT.

SO ORDERED.

Date: 10/29/07       _____
                    PHYLLIS J. HAMILTON
                    Judge of the United States District Court

1

