

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20020

August 29, 2005

RE: 2005-08-044

Mr. Shirin Sinnar
Lawyers' Committee for
 Civil Rights of the San Francisco Bay Area
131 Steuart St., Ste. 400
San Francisco, CA 94105

Dear Mr. Sinnar:

 Your Freedom of Information Act (FOIA) request dated August 16, 2005, was received in this office.

The office to which your request has been assigned is experiencing a substantial backlog of FOIA requests and cannot meet the normal time limits. They have established an orderly procedure for responding to requests, which is generally on a first-in, first-out basis. Be assured that your request will be answered as soon as possible.

Further inquiries concerning this request should make reference to the identification number at the top of this letter and should be faxed to 202-622-3895 or mailed to:

FOIA/PA Request
Disclosure Services
Department of the Treasury
Washington, DC 20220

Sincerely,

Alana Johnson
Director, Disclosure Services