1
2
3
4       UNITED STATES DISTRICT COURT
5       NORTHERN DISTRICT OF CALIFORNIA
6
7   **CLERK'S NOTICE TO ALL PARTIES WITH HEARINGS SET FOR DECEMBER 12, 2007 AT 9:00 A.M.**
8
9
10      YOU ARE HEREBY NOTIFIED that due to the court's voluminous civil law and motion calendar on December 12, 2007 at 9:00 a.m. , the HONORABLE PHYLLIS J. HAMILTON will impose time limits of no more than 10 minutes per party for oral argument for most of the matters on calendar.  Please prepare your argument accordingly.
11
12
13
14
15                          Richard W. Wieking
                            Clerk, U.S. District Court
16
                            by:_____
17                          Nichole Heuerman, Deputy Clerk
                            Honorable Phyllis J. Hamilton
18                          (415) 522-2023
19  Dated: December 4, 2007
20
21
22
23
24
25
26
27
28