**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL MINUTES</u>

**Date: December 12, 2007**                    **JUDGE:  Phyllis J. Hamilton**


**Case No:  C-07-2590  PJH**

**Case Name:  Lawyers' Committee for Civil Rights v. US Dept. of the Treasury**


**Attorney(s) for Plaintiff:**        **Thomas Burke**
**Attorney(s) for Defendant:**        **Peter Wechsler**

**Deputy Clerk**: Nichole Heuerman                    **Court Reporter**: Belle Ball


**PROCEEDINGS**

        Defendant's Motion to Dismiss-Held.  Defense counsel to submit a declaration regarding the search issue as stated on the record within 30 days.  The court will defer ruling on the motion until the declaration is submitted to the court.


**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file