UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF SAN FRANCISCO BAY
AREA,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
THE TREASURY,

    Defendant.
_____/

No. C 07-2590 PJH

**JUDGMENT**

    Pursuant to the order granting in part defendant's motion for summary judgment signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 14, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge