1   THOMAS R. BURKE (State Bar No. 141930)
    DAVIS WRIGHT TREMAINE LLP
2   505 Montgomery Street, Suite 800
    San Francisco, California 94111-6533
3   Telephone:    (415) 276-6500
    Facsimile:    (415) 276-6599
4
    ROBERT RUBIN (State Bar No. 85084)
5   PHILIP HWANG (State Bar No. 185070)
    LAWYERS' COMMITTEE FOR CIVIL RIGHTS
6     OF THE SAN FRANCISCO BAY AREA
7   131 Steuart Street, Suite 400
    San Francisco, CA 94105
8   Telephone:    (415) 543-9444
    Facsimile:    (415) 543-0296
9
    Attorneys for Plaintiff Lawyers' Committee
10  for Civil Rights of the San Francisco Bay Area

11                  IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15  LAWYERS' COMMITTEE FOR            )  No. C07-2590 PJH
    CIVIL RIGHTS OF THE SAN FRANCISCO )
16  BAY AREA,                         )  **STIPULATION AND [PROPOSED]**
                                      )  **ORDER FOR PLAINTIFF TO FILE A**
17                                    )  **MOTION FOR ATTORNEYS' FEES**
                   Plaintiff,         )
18                                    )
           v.                         )
19                                    )
    UNITED STATES DEPARTMENT          )
20  OF THE TREASURY,                  )
                                      )
21                 Defendant.         )
                                      )
22                                    )
                                      )
23  _____   )

24

25        By and through their respective attorneys of record, Plaintiff Lawyers' Committee for Civil

26  Rights of the San Francisco Bay Area and defendant United States Department of the Treasury do

27  hereby jointly request that the date for Plaintiff's Motion for Attorneys' Fees, currently noted for

28  February 28, 2008, shall be continued to March 28, 2007, and that the date for defendant's

*DAVIS WRIGHT TREMAINE LLP*

1

1   response be extended to April 28, 2008.  These extensions will allow plaintiff to submit a fee

2   request to defendant, for defendant to respond to the fee request, and for the parties to discuss

3   issues regarding the fee request, prior to any court filings.

4
5       IT IS HEREBY STIPULATED by the parties that Plaintiff's Motion for Attorneys' Fees

6   be filed no later than March 28, 2008;

7       IT IS FURTHER STIPULATED by the parties that any Opposition by defendant United

8   States Department of the Treasury shall be due no later than April 28, 2008.

9

10      DATED this 25th day of February, 2008.

11                              DAVIS WRIGHT TREMAINE LLP

12                              By:   /s/  Thomas R. Burke
                                      Thomas R. Burke
13
14                                    Attorneys for Plaintiff
                                      Lawyers' Committee for Civil Rights of the
15                                    San Francisco Bay Area

16
        DATED this 25th day of February, 2008.
17
18                              U.S. DEPARTMENT OF JUSTICE
                                CIVIL DIVISION
19                              FEDERAL PROGRAMS BRANCH

20                              By:   /s/  Peter T. Wechsler
                                      Peter T. Wechsler
21
22                                    Attorneys for Defendant
                                      United States Department of the Treasury
23

24                              **ORDER**

25  PURSUANT TO THE STIPULATION, it is so ordered.

26

27  Dated: February _____, 2008    _____
                                      Hon. PHYLLIS J. HAMILTON
28                                    United States District Judge

*DAVIS WRIGHT TREMAINE LLP*

2