THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599

ROBERT RUBIN (State Bar No. 85084)
PHILIP HWANG (State Bar No. 185070)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
  OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:    (415) 543-9444
Facsimile:    (415) 543-0296

Attorneys for Plaintiff Lawyers' Committee
for Civil Rights of the San Francisco Bay Area

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | No. C07-2590 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR PLAINTIFF TO FILE A MOTION FOR ATTORNEYS' FEES** |

By and through their respective attorneys of record, Plaintiff Lawyers' Committee for Civil Rights of the San Francisco Bay Area and defendant United States Department of the Treasury do hereby jointly request that the date for Plaintiff's Motion for Attorneys' Fees, currently noted for February 28, 2008, shall be continued to March 28, 2007, and that the date for defendant's

response be extended to April 28, 2008. These extensions will allow plaintiff to submit a fee request to defendant, for defendant to respond to the fee request, and for the parties to discuss issues regarding the fee request, prior to any court filings.

IT IS HEREBY STIPULATED by the parties that Plaintiff's Motion for Attorneys' Fees be filed no later than March 28, 2008;

IT IS FURTHER STIPULATED by the parties that any Opposition by defendant United States Department of the Treasury shall be due no later than April 28, 2008.

DATED this 25th day of February, 2008.

> DAVIS WRIGHT TREMAINE LLP
>
> By: /s/ Thomas R. Burke
> Thomas R. Burke
>
> Attorneys for Plaintiff
> Lawyers' Committee for Civil Rights of the
> San Francisco Bay Area

DATED this 25th day of February, 2008.

> U.S. DEPARTMENT OF JUSTICE
> CIVIL DIVISION
> FEDERAL PROGRAMS BRANCH
>
> By: /s/ Peter T. Wechsler
> Peter T. Wechsler
>
> Attorneys for Defendant
> United States Department of the Treasury

**ORDER**

PURSUANT TO THE STIPULATION, it is so ordered.

Dated: February 27, 2008

Hon. PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton* (seal: United States District Court, Northern District of California)