1  ELIZABETH J. SHAPIRO
   PETER T. WECHSLER
2  Federal Programs Branch
   Civil Division
3  United States Department of Justice
   20 Massachusetts Avenue, NW
4  Washington, D.C. 20530
   Tel: (202) 514-2705
5  Fax: (202) 616-8470
   Peter.Wechsler@usdoj.gov
6  *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA, | No. C 07-2590 PJH |
| Plaintiff, | |
| v. | **NOTICE OF FILING** |
| UNITED STATES DEPARTMENT OF THE TREASURY, | |
| Defendant. | |

Defendant the United States Department of the Treasury (Treasury) hereby files the attached letter sent by the Office of Foreign Assets Control, on behalf of Treasury, to plaintiff on March 14, 2007, supplementing Treasury's prior response to plaintiff's FOIA request. Although Treasury's letter is the subject of plaintiff's letter to the Court dated March 21, 2008, in which plaintiff alleges noncompliance with the Court's order dated February 21, 2008, plaintiff inexplicably neglected to attach Treasury's letter, thereby preventing the Court from evaluating the issues raised by plaintiff. However, as Treasury's letter makes clear, Treasury complied fully with the Court's directives. In particular, Treasury processed the additional documents referred to in the Court's order pursuant to the Freedom of Information Act (FOIA), identified applicable FOIA exemptions, and released all non-exempt information to plaintiff. Plaintiff has

1  not pursued any administrative appeal regarding access to records denied in whole or in part.
2  See 31 C.F.R. § 1.5(i).
3       Plaintiff therefore lacks any basis to assert that Treasury has not complied with the
4  Court's order.  Similarly, plaintiff lacks any basis to assert that Treasury has waived the FOIA
5  exemptions cited in its letter, since that letter was the first opportunity for Treasury to invoke
6  exemptions as to such documents.  For these reasons, Treasury requests that the Court deny
7  plaintiff's request for any post-judgment relief.  If a hearing is contemplated regarding the issues
8  raised in plaintiff's letter, Treasury requests the opportunity to brief the application of the FOIA
9  exemptions to these documents, given that the case was previously limited to the adequacy of
10 Treasury's search for records, and that none of the briefs filed by the parties to date address
11 exemptions.

Dated: March 21, 2008                    Respectfully submitted,

                                         JEFFREY S. BUCHOLTZ
                                         Assistant Attorney General

                                         SCOTT N. SCHOOLS
                                         United States Attorney

                                         ELIZABETH J. SHAPIRO
                                         Assistant Director

                                         /s/
                                         PETER T. WECHSLER (MA # 330559)
                                         Trial Attorney, Federal Programs Branch
                                         Civil Division, U.S. Department of Justice
                                         20 Massachusetts Ave., N.W.
                                         Washington, D.C. 20530
                                         Tel:  (202) 514-2705
                                         Fax: (202) 616-8470
                                         peter.wechsler@usdoj.gov
                                         *Attorneys for Defendant*

MOTION TO AMEND BRIEFING SCHEDULE   No. C 07-2590 PJH                              - 2 -