**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES</u>**

**Date:** March 25, 2008                                         **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-2590 PJH

**Case Name:** Lawyers Committee v. Dept. of Treasury

**Attorney(s) for Plaintiff:**          Thomas Burke, Jeffrey Glasser
**Attorney(s) for Defendant:**       Peter Wexler

**Deputy Clerk**: Nichole Heuerman                **Court Reporter**: telephonic - not recorded

**PROCEEDINGS**

Case management conference to discuss issue of defendant's disclosure of FOIA documents. Matter resolved by separate order.