1

2

3                           UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6

7   LAWYERS COMMITTEE FOR CIVIL
    RIGHTS OF THE SAN FRANCISCO
8   BAY AREA,

9              Plaintiff(s),                    No. C 07-2590 PJH

10       v.                                     **ORDER VACATING JUDGMENT
                                                AND SETTING BRIEFING SCHEDULE**
11  UNITED STATES DEPARTMENT OF
    THE TREASURY,
12
               Defendant(s).
13  _____/

14
          The judgment entered on February 14, 2008, is hereby VACATED and the case
15
    reopened.  Pursuant to this court's February 14, 2008 order on defendant's motion for
16
    summary judgment, defendant disclosed certain documents and withheld others under
17
    claim of various exemptions.  As the posture of this case did not permit defendant to
18
    advance the exemptions previously, the court will permit defendant to do so now.  The
19
    court determines, and the parties agree, that no administrative exhaustion or appeal is
20
    necessary.  Instead the claim will be resolved as follows.
21
          The parties shall meet and confer in an attempt to resolve plaintiff's objections to the
22
    redaction of certain documents (numbering fewer than 100) and the validity of defendant's
23
    claimed exemptions for the de-listing petitions (numbering 346).  With respect to the
24
    former, the court expects that personal identifying information may be properly redacted,
25
    but that purely anecdotal or narrative information may not.  If the parties are unable to
26
    resolve this part of the dispute, the court will review a small number or a representative
27
    sampling fo the disputed documents *in camera*.  With respect to the de-listing petitions, if
28
    defendant is unable to convince plaintiff as to the validity of the claimed exemptions,

*United States District Court*
For the Northern District of California

**United States District Court**
For the Northern District of California

1  defendant will file a motion for summary judgment.

2  The meet and confer will take place over the next sixty days, until May 28, 2008.  if

3  the dispute regarding the redactions has not been resolved, the parties shall contact the

4  courtroom clerk of the undersigned to arrange a conference call for the morning of May 30,

5  2008.  If a motion for summary judgment becomes necessary, defendant must file the

6  motion no later than June 18, 2008, noticed for hearing on July 23, 2008, although the

7  court is likely to decide it on the papers.  Plaintiff's opposition and defendant's reply shall be

8  filed in accordance with the local rules.

9  With the reopening of the case, the deadline for plaintiff's motion for an award of

10  attorneys fees is extended.

11  **IT IS SO ORDERED.**

12  Dated: March 25, 2008

13

_____
14  PHYLLIS J. HAMILTON
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2