UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** May 30, 2008                        **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-2590 PJH

**Case Name:** Lawyers Committee v. US Treasury

**Attorney(s) for Plaintiff:**     Tom Burke, Jeff Glasser
**Attorney(s) for Defendant:**    Peter Wechsler

**Deputy Clerk:** Nichole Heuerman        **Court Reporter:** telephonic - not recorded

**PROCEEDINGS**

Status conference: Parties have been unable to resolve defendant's claim of exemption and the scope of the permissible redactions. Defendant shall file its brief in accordance with the previously imposed schedule, noticed for hearing on July 23, 2008, although it is not likely that a hearing will be necessary. All remaining issues must be briefed. the court will determine after a review of the papers whether an in camera review of any records is necessary.