GREGORY G. KATSAS
Acting Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director
PETER T. WECHSLER
Federal Programs Branch
Civil Division
United States Department of Justice
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel: (202) 514-2705
Fax: (202) 616-8470
Peter.Wechsler@usdoj.gov

   *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA, | ) ) ) ) | No. C 07-2590 PJH |
| Plaintiff, | ) ) | **DEFENDANT'S MOTION FOR LEAVE TO FILE OVER-LENGTH MEMORANDUM** |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF THE TREASURY, | ) ) ) ) | DATE: July 13, 2008 TIME: 9:00 a.m. DEPT: Hon. Phyllis J. Hamilton |
| Defendant. | ) | |

Defendant, the United States Department of the Treasury (Treasury), requests leave to file an over-length Summary Judgment Memorandum, of up to 40 pages, in order to address the remaining issues in this case brought by plaintiff under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

Good cause exists, because granting this request will facilitate the resolution of this case. The remaining issues in the case involve Treasury's use of various FOIA exemptions to withhold records and redact information, and the application of these FOIA exemptions requires a discussion of certain programs administered by Treasury, as well as Treasury's processing of the records and information.

In an email of June 17, 2008, plaintiff's counsel of record stated that plaintiff takes no position on Treasury's request for leave.

Dated: June 17, 2008                    Respectfully submitted,


                                        /s/_____
                                        PETER T. WECHSLER (MA # 330559)