UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA, | ) ) ) ) | No. C 07-2590 PJH |
| Plaintiff, | ) ) | **ORDER ON DEFENDANT'S** |
| | ) ) | **MOTION FOR LEAVE** **TO FILE OVER-LENGTH** |
| v. | ) ) | **MEMORANDUM** |
| UNITED STATES DEPARTMENT OF THE TREASURY, | ) ) ) ) | |
| Defendant. | ) | |

Defendant has moved for leave to file an over-length summary judgment brief, of up to 40 pages, to address the remaining issues in this case. Plaintiff has not objected to this request. Good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant may file a summary judgment brief of up to 40 pages.

DATED this ___ day of _____, 2008.

_____

U.S. DISTRICT COURT JUDGE