UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA, | ) ) ) ) | No. C 07-2590 PJH |
| Plaintiff, | ) ) ) ) ) | **ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE OVER-LENGTH MEMORANDUM** |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF THE TREASURY, | ) ) ) ) | |
| Defendant. | ) | |

Defendant has moved for leave to file an over-length summary judgment brief, of up to 35 ~~40~~ pages, to address the remaining issues in this case. Plaintiff has not objected to this request.

Good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant may file a summary judgment brief of up to 35 ~~40~~ pages.

DATED this 17th day of June, 2008.

_____
U.S. DISTRICT



IT IS SO ORDERED
Judge Phyllis J. Hamilton