

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

FOIA No.: 2005-08-044
FAC No.: SDT-416582

Thomas R. Burke, Esq.
Davis Wright Tremaine LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111

RE:   Lawyers' Committee For Civil Rights of San Francisco Bay Area v. United States Department of the Treasury, No. C 07-2590 (PJH)

Dear Mr. Burke:

This is to supplement the May 22, 2008, response of the Office of Foreign Assets Control (OFAC) to your letter of April 28, 2008, regarding the scope of redactions made by OFAC to records released with its supplemental response to plaintiff's FOIA request. After the parties met and conferred in an attempt to resolve or narrow the remaining issues regarding the scope of redactions, OFAC has reduced the scope of redactions for the enclosed records.

OFAC's Supplemental Response included data entries regarding the Specially Designated Nationals List in the OFAC database of calls to the Congressional liaison (item 1), data entries in the OFAC website (item 3), and removal letters sent by OFAC granting a delisting petition (item 4). You objected to OFAC's redaction of information regarding certain calls to the Congressional liaison (item 1), and of the names of the individuals to whom OFAC sent responses to delisting petitions (item 4). Upon a new review of the redacted information, OFAC modifies its Supplemental Response and releases the following additional information. The enclosed pages indicate the exemptions relied upon for each redaction made in this supplemental release.

With regard to data entries associated with the electronic database of calls to the congressional liaison, OFAC is making a supplemental release of information found on page 1 of the email dated July 5, 2007; page 1 of the email dated March 23, 2007; pages 1-2 of the email dated September 27, 2006; page 1 of the email dated July 11, 2006; page 1 of the email dated June 26, 2006; and page 1 of the email dated June 27, 2006. With regard to the OFAC website data entries, OFAC is making a supplemental release of information found on page 1 of the email dated September 22, 2005.

With regard to OFAC's response related to the delisting petitions, OFAC is making an additional supplemental release of the names of the individuals and entities delisted in the final agency notification.

OFAC makes this supplemental release of information solely by way of compromise of a disputed matter in litigation. This release shall not constitute precedent for any other matter. Moreover, as previously noted, OFAC's responses to delisting petitions implicate significant issues regarding privacy and security.

Let us know if you have any additional questions or comments.

Sincerely,

Virginia R. Canter
Associate Director, Resource Management
Office of Foreign Assets Control

cc:   Peter Wechsler, Esq.