| | | | Office of Foreign Assets Control (OFAC) Vaughn Index - Attachment D (FOIA No. 2005-08-044) (Congressional Correspondence Emails) Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | |
|---|---|---|---|---|---|
| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
| 1. | 7/5/07 | 3:11 PM | Email: Wrong Name | 2 | Released in part.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 2. | 3/23/07 | 1:22 PM | Email: Congressional Inquiry from Congressman Keller's Office | 1 | Released in part.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br>Exemption (b)(5) protects inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with OFAC in litigation.(e.g., internal discussions as part of OFAC's deliberative process privilege; which would release inaccurate content not expressed in the agency's final decision)<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 3. | 9/27/06 | 3:36 PM | Email: Constituent Problem | 2 | Released in part.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br>Exemption (b)(4) protects "trade secrets and commercial or financial information obtained from a person that is privileged or confidential."<br>Exemption (b)(5) protects inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with OFAC in litigation (e.g., internal discussions as part of OFAC's deliberative process privilege; which would release inaccurate content not expressed in the agency's final decision)<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 4. | 7/11/06 | 4:53 PM | Email: [Subject redacted] | 1 | Released in part.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal |

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|---|---|---|---|---|---|
|  | Office of Foreign Assets Control (OFAC)<br>Vaughn Index - Attachment D<br>(FOIA No. 2005-08-044) (Congressional Correspondence Emails)<br>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | | | |
| | | | | | personnel rules and practices of an agency.<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 5. | 6/26/06 | 3:53 PM | E-mail: SDN Wrong Listing | 1 | Released in part.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 6. | 6/27/06 | 10:58 AM | E-mail SDN Wrong Listing<br><br>Note: This is a copy of the same Email that is identified as item number 5. In this instance a copy of the Email was forwarded to an additional OFAC employee for action. | 1 | Released in part.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |

| | |
|---|---|
| 0 | Pages Released in whole |
| 8 | Pages Released in part |
| 0 | Pages Exempt in Their Entirety |
| 8 | Total Pages |