<table>
<tr><td colspan="6">Office of Foreign Assets Control (OFAC)<br>Vaughn Index - Attachment E<br>(FOIA No. 2005-08-044) (data entry records)<br>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury</td></tr>
</table>

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|---|---|---|---|---|---|
| 1. | 11/28/95 | | Record 1:<br><br>page 1 of 1:<br><br>OFAC response requester regarding the removal of birth date and SSN from SDNT list. | 1 | Released in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy<br><br>Exemption (b)(7)(C) protects from disclosure records of information compiled for law enforcement purposes, but only to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects from disclosure information that could reasonably be expected to endanger the life or physical safety of any individual. |
| 2. | 7/9/07 | | **Record 2:**<br><br>**Page 1 of 2:**<br><br>**Note To File: Congressional inquiry handled by phone from Representative Connie Mack's office** | 1 | Released in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 3. | 10/6/06 | | Record 2:<br><br>Page 2 of 2:<br><br>Letter from Representative Connie Mack's office | 1 | Released in part.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 4. | 12/5/06 | | Record 3:<br><br>Page 1 of 2:<br><br>OFAC response to 11/21/2006 letter from Congressman John M. Spratt, Jr. on behalf of constituent's problem with credit report | 1 | Released in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 5. | 11/21/06 | | Record 3:<br><br>Page 2 of 2:<br><br>Letter from Congressman John M. | 1 | Released in part.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of |

**Office of Foreign Assets Control (OFAC)**
**Vaughn Index - Attachment E**
**(FOIA No. 2005-08-044) (data entry records)**
Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|-----|------|------|---------------------|--------------|----------------------------|
| | | | Spratt Jr. on behalf of constituent's problem with credit report | | personal privacy. |
| 6. | 3/30/07 | | Record 4:<br>Page 1 of 2:<br>OFAC response to 11/14/06 letter from Congressman Mike Thompson on behalf of constituent's problem with credit report | 1 | Released in part.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 7. | 11/14/06 | | Record 4:<br>Page 2 of 2<br>Letter from Congressman Mike Thompson on behalf of constituent's problem with credit report | 1 | Released in part.<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 8. | 2/1/02 | | Record 5:<br>Page 1 of 1: License application | 1 | Exempt in full pursuant to exemptions (b)(4),(b)(6), (b)(7)(D) and (b)(7)(F).<br>Exemption (b)(4) protects "trade secrets and commercial or financial information obtained from a person that is privileged or confidential."<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy<br>Exemption (b)(7)(D) protects from disclosure information that could be reasonably be expected to disclose the identity of a confidential source. |

| Page Summary | |
|---|---|
| 0 | Pages Released in whole |
| 7 | Pages Released in part |
| 1 | Pages Exempt in Their Entirety |
| 8 | Total Pages |