Office of Foreign Assets Control (OFAC)
Vaughn Index – Attachment F
(FOIA No. 2005-08-044) (OFAC Feedback Emails)
Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|---|---|---|---|---|---|
| 1. | 6/20/07 | 6:34 PM | Email: Complaint | 1 | Exempt in full pursuant to exemptions (b)(2),(b)(6), (b)(7)(A), (b)(7)(C) and (b)(7)(F).<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy<br><br>Exemption (b)(7)(A) protects from disclosure records or information compiled for law enforcement purpose, but only to the extent that the production of such records or information could reasonably be expected to interfere with enforcement proceedings.<br><br>Exemption (b)(7)(C) protects from disclosure records of information compiled for law enforcement purposes, but only to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects from disclosure information that could reasonably be expected to endanger the life or physical safety of any individual. |
| 2. | 6/5/07 | 10:13 AM | **Email: Retiro Lista Clinton De [Name Withheld]** | 1 | Released in part pursuant to exemptions (b)(2) and (b)(6).<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 3. | 5/10/07 | 5:15 PM | Email: Clearance of name from the list of OFAC | 1 | Released in part pursuant to exemption (b)(6).<br><br>Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|---|---|---|---|---|---|
| | | | Office of Foreign Assets Control (OFAC) Vaughn Index – Attachment F (FOIA No. 2005-08-044) (OFAC Feedback Emails) Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | |
| 4. | 3/17/07 | 3:09 PM | Email: OFAC ALERT on my credit report | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 5. | 2/26/07 | 10:42 PM | Email | 2 | Exempt in full pursuant to exemptions (b)(2), (b)(6), (b)(7)(A), (b)(7)(C) and (b)(7)(F). Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(A) protects from disclosure records or information compiled for law enforcement purpose, but only to the extent that the production of such records or information could reasonably be expected to interfere with enforcement proceedings. Exemption (b)(7)(C) protects from disclosure records of information compiled for law enforcement purposes, but only to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy. Exemption (b)(7)(F) protects from disclosure information that could reasonably be expected to endanger the life or physical safety of any individual. |

| | | | Office of Foreign Assets Control (OFAC) Vaughn Index – Attachment F (FOIA No. 2005-08-044) (OFAC Feedback Emails) Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | |
|---|---|---|---|---|---|
| **No.** | **Date** | **Time** | **Document Description** | **No. of Pages** | **Disposition and Exemptions** |
| 6. | 2/24/07 | 11:50 AM | Email | 1 | Exempt in full pursuant to exemptions (b)(2), (b)(6), (b)(7)(A), (b)(7)(C), (b)(7)(D) and (b)(7)(F). Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(A) protects from disclosure records or information compiled for law enforcement purpose, but only to the extent that the production of such records or information could reasonably be expected to interfere with enforcement proceedings. Exemption (b)(7)(C) protects from disclosure records of information compiled for law enforcement purposes, but only to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy. Exemption (b)(7)(D) protects from disclosure information that could be reasonably be expected to disclose the identity of a confidential source. Exemption (b)(7)(F) protects from disclosure information that could reasonably be expected to endanger the life or physical safety of any individual. |

| | | | | | |
|---|---|---|---|---|---|
| <td colspan="6">Office of Foreign Assets Control (OFAC)<br>Vaughn Index – Attachment F<br>(FOIA No. 2005-08-044) (OFAC Feedback Emails)<br>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury</td> |
| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
| 7. | 1/17/07 | 4:35 PM | Email | 2 | Exempt in full pursuant to exemptions (b)(2), (b)(6), (b)(7)(A), (b)(7)(C) and (b)(7)(F).<br><br>*Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.*<br><br>Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(A) protects from disclosure records or information compiled for law enforcement purpose, but only to the extent that the production of such records or information could reasonably be expected to interfere with enforcement proceedings.<br><br>Exemptions (b)(7)(C) protects from disclosure records of information compiled for law enforcement purposes, but only to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects from disclosure information that could reasonably be expected to endanger the life or physical safety of any individual. |

| | | | | | |
|---|---|---|---|---|---|
| <td colspan="6">Office of Foreign Assets Control (OFAC)<br>Vaughn Index – Attachment F<br>(FOIA No. 2005-08-044) (OFAC Feedback Emails)<br>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury</td> |
| **No.** | **Date** | **Time** | **Document Description** | **No. of Pages** | **Disposition and Exemptions** |
| 8. | 1/11/07 | 9:36 PM | Email<br><br>[Printed 06/25/07] | 2 | Exempt in full pursuant to exemptions (b)(2), (b)(6), (b)(7)(A), (b)(7)(C) and (b)(7)(F)<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(A) protects from disclosure records or information compiled for law enforcement purpose, but only to the extent that the production of such records or information could reasonably be expected to interfere with enforcement proceedings.<br><br>Exemptions (b)(7)(C) protects from disclosure records of information compiled for law enforcement purposes, but only to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects from disclosure information that could reasonably be expected to endanger the life or physical safety of any individual. |

| | | | Office of Foreign Assets Control (OFAC) Vaughn Index – Attachment F (FOIA No. 2005-08-044) (OFAC Feedback Emails) Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | |
|---|---|---|---|---|---|
| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
| 9. | 1/11/07 | 9:33 PM | Email<br><br>[Duplicate]<br>[Printed 06/25/07] | 2 | Exempt in full pursuant to exemptions (b)(2), (b)(6), (b)(7)(A), (b)(7)(C) and (b)(7)(F).<br>Same as #8 above different time.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency (e.g., agency discussions of a trivial internal nature; direct internal telephone numbers; OFAC database tracking numbers and direct OFAC employee email addresses).<br>Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(A) protects from disclosure records or information compiled for law enforcement purpose, but only to the extent that the production of such records or information could reasonably be expected to interfere with enforcement proceedings.<br>Exemptions (b)(7)(C) protects from disclosure records of information compiled for law enforcement purposes, but only to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy.<br>Exemption (b)(7)(F) protects from disclosure information that could reasonably be expected to endanger the life or physical safety of any individual. |

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|---|---|---|---|---|---|
| | | | Office of Foreign Assets Control (OFAC) Vaughn Index – Attachment F (FOIA No. 2005-08-044) (OFAC Feedback Emails) Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | |
| 10. | 1/11/07 | 9:32 PM | Email<br><br>[2nd Duplicate] [Printed 06/25/07] | 2 | Exempt in full pursuant to exemptions (b)(2), (b)(6), (b)(7)(A), (b)(7)(C) and (b)(7)(F)<br>Same as the one above different time.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br>Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(A) protects from disclosure records or information compiled for law enforcement purpose, but only to the extent that the production of such records or information could reasonably be expected to interfere with enforcement proceedings.<br>Exemptions (b)(7)(C) protects from disclosure records of information compiled for law enforcement purposes, but only to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy.<br>Exemption (b)(7)(F) protects from disclosure information that could reasonably be expected to endanger the life or physical safety of any individual. |
| 11. | 12/27/06 | 9:39 PM | Email: clear my name | 1 | Released in part pursuant to exemption (b)(6).<br>Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |

| | Office of Foreign Assets Control (OFAC)<br>Vaughn Index – Attachment F<br>(FOIA No. 2005-08-044) (OFAC Feedback Emails)<br>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | | | |
|---|---|---|---|---|---|
| **No.** | **Date** | **Time** | **Document Description** | **No. of Pages** | **Disposition and Exemptions** |
| 12. | 12/27/06 | 4:41 PM | Email | 2 | Exempt in full pursuant to exemptions (b)(2), (b)(6), (b)(7)(A), (b)(7)(C) and (b)(7)(F).<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(A) protects from disclosure records or information compiled for law enforcement purpose, but only to the extent that the production of such records or information could reasonably be expected to interfere with enforcement proceedings.<br><br>Exemptions (b)(7)(C) protects from disclosure records of information compiled for law enforcement purposes, but only to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects from disclosure information that could reasonably be expected to endanger the life or physical safety of any individual. |

| | | | | | |
|---|---|---|---|---|---|
| | Office of Foreign Assets Control (OFAC) Vaughn Index – Attachment F (FOIA No. 2005-08-044) (OFAC Feedback Emails) Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | | | |
| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
| 13. | 11/30/06 | 12:31 PM | Email | 2 | Exempt in full pursuant to exemptions (b)(2), (b)(6), (b)(7)(A), (b)(7)(C) and (b)(7)(F). Same as #12 above different date and time. Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(A) protects from disclosure records or information compiled for law enforcement purpose, but only to the extent that the production of such records or information could reasonably be expected to interfere with enforcement proceedings. Exemptions (b)(7)(C) protects from disclosure records of information compiled for law enforcement purposes, but only to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy. Exemption (b)(7)(F) protects from disclosure information that could reasonably be expected to endanger the life or physical safety of any individual. |
| 14. | 10/16/06 | 8:12 PM | Email: Name Match | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 15. | 10/16/06 | 8:12 PM | Email: Name Match [Duplicate] | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 16. | 10/2/06 | 9:26 PM | Email: Hi there… | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |

Office of Foreign Assets Control (OFAC)
Vaughn Index – Attachment F
(FOIA No. 2005-08-044) (OFAC Feedback Emails)
Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|---|---|---|---|---|---|
| 17. | 8/26/06 | 10:12 PM | Email: SDN List | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 18. | 8/24/06 | 3:28 PM | Email: Terrorist Watch List | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 19. | 8/14/06 | 8:23 PM | Email: Used car purchase | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 20. | 8/5/06 | 9:38 PM | Email: Question | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 21. | 7/10/06 | 2:18 PM | Email: OFAC Alert | 1 | Released in part pursuant to exemption (b)(6) Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 22. | 7/9/06 | 8:44 PM | Email: Attention Director of OFAC – Compliance [Printed 6/4/07 ] | 2 | Released in part pursuant to exemptions (b)(2) and (b)(6). Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects from disclosure personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |

| | | | Office of Foreign Assets Control (OFAC) Vaughn Index – Attachment F (FOIA No. 2005-08-044) (OFAC Feedback Emails) Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | |
|---|---|---|---|---|---|
| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
| 23. | 7/9/06 | 8:44 PM | Email: Attention Director of OFAC – Compliance [Duplicate – Printed 6/25/07] | 2 | Released in part pursuant to exemptions (b)(2) and (b)(6). Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 24. | 6/29/06 | 8:51 PM | Email: question | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 25. | 6/22/06 | 3:44 PM | Email: Attention Director of OFAC – Compliance [Printed 6/4/07] | 2 | Released in part pursuant to exemptions (b)(2) and (b)(6). Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 26. | 6/22/06 | 3:44 PM | Email: Attention Director of OFAC – Compliance [Duplicate – Printed 6/25/07] | 2 | Released in part pursuant to exemptions (b)(2) and (b)(6). Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 27. | 6/20/06 | 11:02 PM | **Email: Complaint regarding My Name Being Listed on OFAC Search as a person On FBI 10 Most Wanted list** [Printed 6/4/07] | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |

| | | | | | Office of Foreign Assets Control (OFAC) |
|---|---|---|---|---|---|
| | | | | | Vaughn Index – Attachment F |
| | | | | | (FOIA No. 2005-08-044) (OFAC Feedback Emails) |
| | | | | | Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury |
| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
| 28. | 6/20/06 | 11:02 PM | Email: Complaint regarding My Name Being Listed on OFAC Search as a person On FBI 10 Most Wanted list [Duplicate – Printed 6/25/07] | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 29. | 3/23/06 | 10:34 AM | Email: [Subject redacted] | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 30. | 3/8/06 | 11:59 AM | Email: OFAC's SDN list (Question) | 1 | Released in part pursuant exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 31. | 2/13/06 | 4:30 PM | Email: Information Needed Please | 1 | Release in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 32. | 10/25/05 | 2:28 PM | Email: Important- Disputed Information in OFAC records | 2 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 33. | 9/27/05 | 10:07 PM | Email: Important Please Reply [Printed 06/04/07] | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 34. | 9/27/05 | 10:07 PM | Email: Important Please Reply [Duplicate] [Printed 06/04/07] | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |

| | | | | | Office of Foreign Assets Control (OFAC)<br>Vaughn Index – Attachment F<br>(FOIA No. 2005-08-044) (OFAC Feedback Emails)<br>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury |
|---|---|---|---|---|---|
| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
| 35. | 9/22/05 | 1:27 PM | Email: Please get me off your watch list: I AM NOT A TERRORIST! | 1 | Released in part pursuant to exemption (b)(6).<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 36. | 8/13/05 | 10:00 PM | Email: Name on list | 1 | Released in part pursuant to exemptions (b)(6).<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 37. | 7/7/05 | 7:20 PM | Email: Notice? | 1 | Released in part pursuant to exemption (b)(6).<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 38. | 6/16/05 | 4:29 PM | Email: OFAC Compliance TruAlert report | 2 | Released in part pursuant to exemption (b)(6).<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 39. | 4/22/05 | 10:02 AM | Email: Credit Reports | 1 | Released in part pursuant to exemption (b)(6).<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 40. | 4/18/05 | 10:01 PM | Email: Misidentification | 1 | Released in part pursuant to exemption (b)(6).<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 41. | 4/1/05 | 10:53 AM | Email: Terrorist Alert | 1 | Released in part pursuant to exemption (b)(6).<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 42. | 3/16/05 | 7:58 PM | Email: OFAC Alert on my credit report | 1 | Released in part pursuant to exemption (b)(6).<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |

| | | | | | Office of Foreign Assets Control (OFAC)<br>Vaughn Index – Attachment F<br>(FOIA No. 2005-08-044) (OFAC Feedback Emails)<br>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury |
|---|---|---|---|---|---|
| **No.** | **Date** | **Time** | **Document Description** | **No. of Pages** | **Disposition and Exemptions** |
| 43. | 7/7/04 | 12:22 PM | Email | 2 | Exempt in full pursuant to exemptions (b)(6), (b)(7)(A), (b)(7)(C) and (b)(7)(F).<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(A) protects from disclosure records or information compiled for law enforcement purpose, but only to the extent that the production of such records or information could reasonably be expected to interfere with enforcement proceedings.<br><br>Exemptions (b)(7)(C) protects from disclosure records of information compiled for law enforcement purposes, but only to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects from disclosure information that could reasonably be expected to endanger the life or physical safety of any individual. |
| 44. | 4/21/04 | 9:23 AM | Email | 1 | Exempt in full pursuant to exemptions (b)(2), (b)(6), (b)(7)(A), (b)(7)(C) and (b)(7)(F).<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(A) protects from disclosure records or information compiled for law enforcement purpose, but only to the extent that the production of such records or information could reasonably be expected to interfere with enforcement proceedings.<br><br>Exemptions (b)(7)(C) protects from disclosure records of information compiled for law enforcement purposes, but only to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy. |

| | | | Office of Foreign Assets Control (OFAC) Vaughn Index – Attachment F (FOIA No. 2005-08-044) (OFAC Feedback Emails) Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | |
|---|---|---|---|---|---|
| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
| 45. | 2/12/04 | 5:04 PM | Email: On credit report- there is 18 a.k.a. names…please help. | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 46. | 2/11/04 | 2:23 PM | Email: WHY IS YOUR NAME ON MY CREDIT REPORT | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 47. | 1/27/04 | 1:57 PM | Email: OFAC Watch list question… | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 48. | 1/23/04 | 4:27 PM | Email: re: [Printed 6/4/07] | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 49. | 1/23/04 | 4:27 PM | Email: re: [Duplicate – Printed 6/25/07] | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 50. | 1/7/04 | 12:28 PM | Email: Need your help | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 51. | 9/23/03 | 5:51 PM | Email: SDN List | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |

| | Office of Foreign Assets Control (OFAC) Vaughn Index – Attachment F (FOIA No. 2005-08-044) (OFAC Feedback Emails) Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | | | |
|---|---|---|---|---|---|
| **No.** | **Date** | **Time** | **Document Description** | **No. of Pages** | **Disposition and Exemptions** |
| 52. | 9/21/03 | 3:05 PM | Email: SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS [Printed 6/4/07] | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| 53. | 9/21/03 | 3:05 PM | Email: SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS [Duplicate - Printed 6/25/07] | 1 | Released in part pursuant to exemption (b)(6). Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |

| | Page Summary |
|---|---|
|  | Pages Released in whole |
| 48 | Pages Released in part |
| 19 | Pages Exempt in Their Entirety |
| 67 | Total Pages |