<table>
<tr><td colspan="6">Office of Foreign Assets Control (OFAC)<br/>Vaughn Index – Attachment G<br/>(FOIA No. 2005-08-044) (OFAC Removal Letters)<br/>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury</td></tr>
</table>

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|---|---|---|---|---|---|
| 1. | 10/12/99 | | OFAC Delisting Letter Regarding Mr. Humberto Nunez Pedroza | 1 | Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 2. | 10/10/07 | | OFAC Delisting Letter Regarding Ms. Solange Calderon Rodriguez | 1 | Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 3. | Undated | | Unsigned OFAC Delisting Letter Regarding Mr. Manuel Hernan Ramirez Garcia | 1 | Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|-----|------|------|---------------------|-------------|----------------------------|
| | | | | | Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 4. | 12/22/03 | | OFAC Delisting Letter Regarding Mr. Gilberto Gaviria Posada | 1 | Release in part. |
| | | | | | Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. |
| | | | | | Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 5. | 12/22/03 | | OFAC Delisting Letter Regarding Mr. Carlos Augusto Patiño Uribe | 1 | Release in part. |
| | | | | | Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. |
| | | | | | Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or |

Table header:

Office of Foreign Assets Control (OFAC)
Vaughn Index – Attachment G
(FOIA No. 2005-08-044) (OFAC Removal Letters)
Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|---|---|---|---|---|---|
| | | | Office of Foreign Assets Control (OFAC) Vaughn Index – Attachment G (FOIA No. 2005-08-044) (OFAC Removal Letters) Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | |
| | | | | | physical safety of any individual. |
| 6. | 3/24/05 | | OFAC Delisting Letter Regarding Mr. Julio Humberto Gomez | 1 | Release in part. Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 7. | 03/24/05 | | OFAC Delisting Letter Regarding Mr. Ricardo Gomez Mora | 1 | Release in part. Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 8. | 05/14/02 | | OFAC Delisting Letter Regarding Mr. Lieride Agudelo Galvez | 1 | Release in part. Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of |

| | | | | | Office of Foreign Assets Control (OFAC) |
|---|---|---|---|---|---|

<table>
<tr><td colspan="6" align="center">Office of Foreign Assets Control (OFAC)<br>Vaughn Index – Attachment G<br>(FOIA No. 2005-08-044) (OFAC Removal Letters)<br>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury</td></tr>
<tr><th>No.</th><th>Date</th><th>Time</th><th>Document Description</th><th>No. of Pages</th><th>Disposition and Exemptions</th></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td>personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual.</td></tr>
<tr><td>9.</td><td>03/24/05</td><td></td><td>OFAC Delisting Letter Regarding Mr. Carlos Julio Castañeda Blanco</td><td>1</td><td>Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual.</td></tr>
<tr><td>10.</td><td>3/24/05</td><td></td><td>OFAC Delisting Letter Regarding Mr. Julio César Ramírez Reyes</td><td>1</td><td>Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could</td></tr>
</table>

| | | | | | Office of Foreign Assets Control (OFAC) |
|---|---|---|---|---|---|

Office of Foreign Assets Control (OFAC)
Vaughn Index – Attachment G
(FOIA No. 2005-08-044) (OFAC Removal Letters)
Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|---|---|---|---|---|---|
| | | | | | reasonably be expected to endanger the life or physical safety of any individual. |
| 11. | 2/2/07 | | OFAC Delisting Letter Regarding Mr. Luis Jarmeson Aguado Ortiz | 1 | Release in part. Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 12. | Undated | | Unsigned OFAC Delisting Letter Regarding Mrs. Zeinab Mansour-Fattouh | 1 | Release in part. Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 13. | 2/2/07 | | OFAC Delisting Letter Regarding Mr. Jaime Camacho Rios | 1 | Release in part. Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which |

| | | | | | Office of Foreign Assets Control (OFAC)<br>Vaughn Index – Attachment G<br>(FOIA No. 2005-08-044) (OFAC Removal Letters)<br>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury |
|---|---|---|---|---|---|
| **No.** | **Date** | **Time** | **Document Description** | **No. of Pages** | **Disposition and Exemptions** |
| | | | | | constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 14. | Undated | | OFAC Delisting Letter Regarding Dr. Mohamed Mansour | 1 | Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 15. | 3/13/02 | | OFAC Delisting Letter Regarding DHL Worldwide Express, St. Kitts & Nevis | 1 | Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement |

Office of Foreign Assets Control (OFAC)
Vaughn Index – Attachment G
(FOIA No. 2005-08-044) (OFAC Removal Letters)
Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|---|---|---|---|---|---|
| | | | | | purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 16. | 11/17/06 | | OFAC Delisting Letter Regarding Mr. Alberto Mario Forero Fernandez | 1 | Release in part. Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 17. | Undated | | Unsigned OFAC Delisting Letter Regarding Barakat Enterprises, Inc. | 1 | Release in part. Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 18. | 3/24/05 | | OFAC Delisting Letter Regarding Mr. Jaime Ramirez Paz | 1 | Release in part. Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects personnel, medical, |

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|-----|------|------|----------------------|--------------|----------------------------|
| | | | | | and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 19. | 12/22/06 | | OFAC Delisting Letter Regarding Mr. Rolando Vidal Caggigas | 1 | Release in part. |
| | | | | | Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. |
| | | | | | Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 20. | 7/19/05 | | OFAC Delisting Letter Regarding Mr. Gustavo Alberto Correa Cancino | 1 | Release in part. |
| | | | | | Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. |
| | | | | | Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(F) protects records or |

Table header:

Office of Foreign Assets Control (OFAC)
Vaughn Index – Attachment G
(FOIA No. 2005-08-044) (OFAC Removal Letters)
Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury

| | | | | | |
|---|---|---|---|---|---|
| colspan="6" | Office of Foreign Assets Control (OFAC)<br>Vaughn Index – Attachment G<br>(FOIA No. 2005-08-044) (OFAC Removal Letters)<br>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury |
| **No.** | **Date** | **Time** | **Document Description** | **No. of Pages** | **Disposition and Exemptions** |
| | | | | | information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 21. | 3/24/05 | | OFAC Delisting Letter Regarding Mr. Rodrigo Garzon Hernandez | 1 | Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 22. | 2/2/07 | | OFAC Delisting Letter Regarding Ms. Luz Marcela Guzman Velasquez | 1 | Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 23. | 2/2/07 | | OFAC Delisting Letter Regarding Premier Sales S.A. | 1 | Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. |

| | | | Office of Foreign Assets Control (OFAC) Vaughn Index – Attachment G (FOIA No. 2005-08-044) (OFAC Removal Letters) Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | |
|---|---|---|---|---|---|
| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
| | | | | | Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 24. | 8/5/04 | | Unsigned OFAC Delisting Letter Regarding Instalaciones Industriales Peninsulares | 1 | Release in part. Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 25. | 1/4/06 | | OFAC Delisting Letter Regarding Mr. Carrasco Urquizo | 1 | Release in part. Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|-----|------|------|---------------------|--------------|----------------------------|
| | | | | | Office of Foreign Assets Control (OFAC) |

<table>
<tr><td colspan="6" align="center">Office of Foreign Assets Control (OFAC)<br>Vaughn Index – Attachment G<br>(FOIA No. 2005-08-044) (OFAC Removal Letters)<br>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury</td></tr>
<tr><td><b>No.</b></td><td><b>Date</b></td><td><b>Time</b></td><td><b>Document Description</b></td><td><b>No. of Pages</b></td><td><b>Disposition and Exemptions</b></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual.</td></tr>
<tr><td>26.</td><td>7/19/05</td><td></td><td>OFAC Delisting Letter Regarding Mr. Alfonso Sanchez Lopez</td><td>1</td><td>Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual.</td></tr>
<tr><td>27.</td><td>12/23/04</td><td></td><td>OFAC Delisting Letter Regarding Mr. Shabdi Abdallah</td><td>1</td><td>Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.</td></tr>
<tr><td>28.</td><td>1/4/06</td><td></td><td>OFAC Delisting Letter Regarding Mr. Pérez Rincón</td><td>1</td><td>Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or</td></tr>
</table>

| | | | | | physical safety of any individual. |
|---|---|---|---|---|---|
| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |

**Office of Foreign Assets Control (OFAC)**
**Vaughn Index – Attachment G**
**(FOIA No. 2005-08-044) (OFAC Removal Letters)**
**Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury**

| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
|---|---|---|---|---|---|
| | | | | | physical safety of any individual. |
| 29. | 12/22/06 | | OFAC Delisting Letter Regarding Mr. Hector Alfonso Parra Quintero | 1 | Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 30. | 7/19/05 | | OFAC Delisting Letter Regarding Azrak S.A. | 1 | Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 31. | Undated | | Unsigned OFAC Delisting Letter Regarding Ms. Hilda Nelly Merchan Perilla | 1 | Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of |

| | | | Office of Foreign Assets Control (OFAC) | | |
|---|---|---|---|---|---|
| | | | Vaughn Index – Attachment G | | |
| | | | (FOIA No. 2005-08-044) (OFAC Removal Letters) | | |
| | | | Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | |
| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
| | | | | | personal privacy. |
| | | | | | Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 32. | 7/19/05 | | OFAC Delisting Letter Regarding Miraluna Ltda. Y Cia. S. En C.S. | 1 | Release in part. |
| | | | | | Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. |
| | | | | | Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 33. | 11/17/06 | | OFAC Delisting Letter Regarding Mr. Marco Fidel Zuniga Osorio | 1 | Release in part. |
| | | | | | Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency. |
| | | | | | Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy. |
| | | | | | Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could |

| | | | Office of Foreign Assets Control (OFAC) Vaughn Index – Attachment G (FOIA No. 2005-08-044) (OFAC Removal Letters) Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | |
|---|---|---|---|---|---|
| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
| | | | | | reasonably be expected to endanger the life or physical safety of any individual. |
| 34. | 5/16/06 | | OFAC Delisting Letter Regarding Mr. Fawaz | 1 | Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 35. | 6/20/07 | | OFAC Delisting Letter Regarding Mr. Gerrardo Alfonso Ramos Garbiras | 1 | Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br><br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 36. | 1/4/06 | | OFAC Delisting Letter Regarding Mr. Chaparro Gonzalez | 1 | Release in part.<br><br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br><br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which |

| | | | | | |
|---|---|---|---|---|---|
| colspan="6" | Office of Foreign Assets Control (OFAC)<br>Vaughn Index – Attachment G<br>(FOIA No. 2005-08-044) (OFAC Removal Letters)<br>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury |
| **No.** | **Date** | **Time** | **Document Description** | **No. of Pages** | **Disposition and Exemptions** |
| | | | | | constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 37. | 12/22/06 | | OFAC Delisting Letter Regarding Ms. Deicy Fomeque Campo | 1 | Release in part.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 38. | 12/22/06 | | OFAC Delisting Letter Regarding Mr. Joaquin Gustavo Patiño Naranjo | 1 | Release in part.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(F) protects records or information compiled for law enforcement |

| | | | | | |
|---|---|---|---|---|---|
| Office of Foreign Assets Control (OFAC)<br>Vaughn Index – Attachment G<br>(FOIA No. 2005-08-044) (OFAC Removal Letters)<br>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury | | | | | |
| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
| | | | | | purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 39. | 11/17/06 | | OFAC Delisting Letter Regarding Mr. Edilberto Avila Barbosa | 1 | Release in part.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 40. | Undated | | Unsigned OFAC Delisting Letter Regarding Ms. Maria Ximena Wilson Garcia | 1 | Release in part.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 41. | 12/29/06 | | OFAC Delisting Letter Regarding Mr. Alfonso Ramirez Valdivieso | 1 | Release in part.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br>Exemption (b)(6) protects personnel, medical, |

| | | | | | |
|---|---|---|---|---|---|
| colspan="6" | Office of Foreign Assets Control (OFAC)<br>Vaughn Index – Attachment G<br>(FOIA No. 2005-08-044) (OFAC Removal Letters)<br>Lawyers' Committee For Civil Rights of San Francisco Bay Area v. U.S. Treasury |
| No. | Date | Time | Document Description | No. of Pages | Disposition and Exemptions |
| | | | | | and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |
| 42. | 12/12/06 | | OFAC Delisting Letter Regarding Great Wall Airlines Company Limited ("GWL") | 1 | Release in part.<br>Exemption (b)(2) protects records [and content] from disclosure that relate solely to internal personnel rules and practices of an agency.<br>Exemption (b)(6) protects personnel, medical, and similar files where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(C) protects personnel, medical, and similar files complied for law enforcement purposes where the disclosure of which constitutes a clearly unwarranted invasion of personal privacy.<br>Exemption (b)(7)(F) protects records or information compiled for law enforcement purposes where the disclosure of which could reasonably be expected to endanger the life or physical safety of any individual. |

| | | |
|---|---|---|
|  | Page Summary |
| | | Pages Released in whole |
| | 42 | Pages Released in part |
| | | Pages Exempt in Their Entirety |
| | 42 | Total Pages |