UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA, | ) ) ) ) | **No. C 07-2590 PJH** |
| Plaintiff, | ) ) ) ) | **ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON ALL** |
| v. | ) ) | **REMAINING ISSUES** |
| UNITED STATES DEPARTMENT OF THE TREASURY, | ) ) ) ) | |
| Defendant. | ) | |

Defendant has moved for summary judgment on all remaining issues. Plaintiff opposes that motion.

IT IS HEREBY ORDERED that summary judgment is GRANTED to defendant on all remaining issues in the Complaint. The Delisting Petitions are protected in their entirety by Exemptions 7(A) and 7(F). As to the other records withheld or released in redacted form, FOIA exemptions applied to all of the information withheld or redacted that was challenged by plaintiff.

DATED this ___ day of _____, 2008.

_____

U.S. DISTRICT COURT JUDGE