GREGORY G. KATSAS
Acting Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director
PETER T. WECHSLER
Federal Programs Branch
Civil Division
United States Department of Justice
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel: (202) 514-2705
Fax: (202) 616-8470
Peter.Wechsler@usdoj.gov

   *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA, | ) ) ) ) | No. C 07-2590 PJH |
| Plaintiff, | ) ) | **RE-NOTICE OF HEARING DATE ON DEFENDANT'S MOTION** |
| v. | ) ) | **FOR SUMMARY JUDGMENT ON ALL REMAINING ISSUES** |
| UNITED STATES DEPARTMENT OF THE TREASURY, | ) ) ) ) | DATE: July 23, 2008 TIME: 9:00 a.m. DEPT: Hon. Phyllis J. Hamilton |
| Defendant. | ) | |

RE-NOTICE OF HEARING DATE        No. C 07-2590 PJH

    Due to an error in the prior filing (Docket No. 44), defendant seeks to clarify that the hearing date set by the Court for Defendant's Motion for Summary Judgment on All Remaining Issues, in the event the Court holds a hearing, is July 23, 2008.  <u>See</u> Order dated March 25, 2008 (Docket No. 40).

Dated: June 19, 2008                      Respectfully submitted,

                                           /s/ _____
                                           PETER T. WECHSLER (MA # 330559)