THOMAS R. BURKE (State Bar No. 141930)
JEFF GLASSER (State Bar No. 252596)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599

ROBERT RUBIN (State Bar No. 85084)
PHILIP HWANG (State Bar No. 185070)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
  OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 543-9444
Facsimile:   (415) 543-0296

Attorneys for Plaintiff Lawyers' Committee
for Civil Rights of the San Francisco Bay Area

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>       Defendant. | Case No. C07-2590 PJH<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS, MOTION FOR SUMMARY JUDGMENT**<br><br>Date: July 23, 2008<br>Time: 9:00 a.m.<br>Dept. Hon. Phyllis J. Hamilton |

    Having considered Defendant's Motion to Suppress, Motion for Summary Judgment and the accompanying Fifth Declaration of Virginia R. Canter as well as Plaintiff's Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("LCCR") Opposition, the supporting

1

Declarations of Thomas R. Burke, and Alan R. Kabat and accompanying exhibits, and LCCR's Request for Judicial Notice, and good cause having been shown, the Court hereby denies Defendant's Motion to Suppress and Motion for Summary Judgment and orders Defendant to promptly release the delisting petitions previously ordered disclosed by this Court's order of February 14, 2008.

SO ORDERED.

Date: _____    _____
PHYLLIS J. HAMILTON
Judge of the United States District Court

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.