THOMAS R. BURKE (State Bar No. 141930)
JEFF GLASSER (State Bar No. 252596)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599

ROBERT RUBIN (State Bar No. 85084)
PHILIP HWANG (State Bar No. 185070)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
  OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA  94105
Telephone:     (415) 543-9444
Facsimile:     (415) 543-0296

Attorneys for Plaintiff Lawyers' Committee
for Civil Rights of the San Francisco Bay Area

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | Case No. C07-2590 PJH<br><br>**PLAINTIFF LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date: July 23, 2008<br>Time: 9:00 a.m.<br>Dept.  Hon. Phyllis J. Hamilton |

Pursuant to Federal Rule of Evidence 201, Plaintiff Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("LCCR") respectfully requests that this Court take judicial notice of the following documents, attached as exhibits A through C to the Declaration of Thomas R. Burke

1

in Support of Plaintiff Lawyers' Committee for Civil Rights of the San Francisco Bay Area's Opposition to Defendant's Motion to Suppress, Motion for Summary Judgment.

(1) Exhibit A:  A true and correct copy of a delisting petition submitted by the Islamic American Relief Agency—USA ("IARA-USA") to the Office of Foreign Assets Control filed in U.S. District Court for the District of Columbia, Case No. CV-04-2264 in the Court's PACER system, documents 34, 34-3, 34-4, and 34-5.

3. Exhibit B:  A true and correct copy of a Petition for the Release of Blocked Funds and Removal of Global Services International, Inc. as a Specially Designated National and Blocked Person ("SDN"), along with the Petition for Removal of Aaron Money Wire Service, Inc. (also called Aaran Money Wire Service, Inc.) and Garad Nor from the SDN list filed in U.S. District Court for Minnesota, Case Nos. 02-789 (JMR/FLN) and 02-790 (consolidated).

4. Exhibit C:  A true and correct copy of pleadings filed in Aqeel Abdulaziz Al-Aquil v. John Snow et al. in the U.S. District Court for the District of Columbia, Case No. 05 CV 943 (GK) and are available through the Court's PACER system, document 7.

Under Rule 201, federal courts may take judicial notice of facts that are "not subject to reasonable dispute," because they are "either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201.  Exhibits A through C attached to the accompanying declaration of Thomas R. Burke reflect copies of exhibits filed with federal court pleadings that are a matter of public record of which this Court may take judicial notice. Accordingly, LCCR respectfully requests that this Court take judicial notice of the allegations made in these public court filings.

DATED: July 2, 2008                                    DAVIS WRIGHT TREMAINE LLP

By:  /s/   *Thomas R. Burke*
   Thomas R. Burke
      Attorneys for Plaintiff
      Lawyers' Committee for Civil Rights of the San Francisco Bay Area

DAVIS WRIGHT TREMAINE LLP

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.

Case 3:07-cv-02590-PJH   Document 48   Filed 07/02/2008   Page 3 of 3