THOMAS R. BURKE (State Bar No. 141930)
JEFF GLASSER (State Bar No. 252596)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599

ROBERT RUBIN (State Bar No. 85084)
PHILIP HWANG (State Bar No. 185070)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
  OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 543-9444
Facsimile:   (415) 543-0296

Attorneys for Plaintiff Lawyers' Committee
for Civil Rights of the San Francisco Bay Area

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA, | ) ) ) | No. C07-2590 PJH |
|---|---|---|
| Plaintiff, | ) ) ) ) ) ) ) | **DECLARATION OF ALAN R. KABAT IN SUPPORT OF PLAINTIFF LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS, MOTION FOR SUMMARY JUDGMENT** |
| v. | ) | |
| UNITED STATES DEPARTMENT OF THE TREASURY, | ) ) ) | |
| Defendant. | ) ) ) ) ) | Date: July 23, 2008
Time: 9:00 a.m.
Dept. Hon. Phyllis J. Hamilton |

I, Alan R. Kabat, this 30th day of June, 2008, declare as follows:

1.   I am an attorney at law, and am a partner in Bernabei & Wachtel, PLLC, with an office in Washington, D.C.

2. Among my firm's clients are the Al Haramain Islamic Foundation, Inc. ("AHIF" or "AHIF-Oregon"), an Oregon nonprofit corporation, as well as two of its directors, Pirouz Sedaghaty (Pete Seda) and Soliman Al-Buthi. AHIF-Oregon and Mr. Al-Buthi were designated as Specially Designated Global Terrorists ("SDGT") by the Office of Foreign Assets Control, Department of the Treasury ("OFAC").

3. On February 19, 2004, OFAC blocked the assets of AHIF-Oregon pending investigation and potential designation. On September 9, 2004, OFAC designated AHIF-Oregon and Mr. Al-Buthe. Prior to the designation, OFAC disclosed to us various documents that it said were part of the Administrative Record and were being considered as a basis for designating AHIF. In response to OFAC's disclosure of these documents, we provided numerous documents to OFAC about AHIF's operations, and we requested that those documents be incorporated in to the Administrative Record. We also submitted legal arguments to OFAC that the proposed designation was both factually and legally unjustified and would violate AHIF's due process and First Amendment rights. After AHIF was designated, we moved for reconsideration of the designation and provided OFAC with additional documents about AHIF's operations for inclusion in the Administrative Record. In late 2007, OFAC provided us with yet other documents that it said were now part of the Administrative Record.

4. On August 6, 2007, AHIF filed a lawsuit in the U.S. District Court for the District of Oregon, which challenges OFAC's designation of AHIF as a SDGT and raises claims under the First and Fifth Amendments to the U.S. Constitution, as well as claims under the Administrative Procedure Act. *See Al Haramain Islamic Foundation, Inc., et al. v. U.S. Department of the Treasury, et al.*, No. 07-1155-KI (D. Or.).

5. As part of AHIF's legal challenge to the OFAC designation, defendants filed OFAC's Administrative Record with the U.S. District Court for the District of Oregon. This Administrative Record comprises two components: (1) the Public Administrative Record, which

2

DECLARATION OF ALAN R. KABAT
Case No. C07-2590 PJH

DWT 11418707v1 0050062-082073

includes both the documents that OFAC disclosed to us, and the documents that we provided to OFAC on AHIF's behalf; and (2) the Classified Administrative Record, which contains documents that have not been provided to us. The Public Administrative Record was lodged with the Clerk's Office and is freely accessible to the public during normal business hours at the federal courthouse in Portland, Oregon. *See* Notice of Public Filing of Administrative Record, No. 07-1155 (D. Or. Feb. 7, 2008) (Doc. No. 40); Clerk's Notice of Filing, No. 07-1155 (D. Or. Feb. 20, 2008) (Doc. No. 48); Clerk's Notice of Supplemental Corrected Administrative Record, No. 07-1155 (D. Or. June 3, 2008) (Doc. No. 68). The Public Administrative Record comprises approximately 2,200 pages of documents. The parties, in their cross-motions for summary judgment, have cited or quoted various documents in the Public Administrative Record.

6. We submitted the documents and correspondence to OFAC with no expectation that they would remain private or would not be made publicly available. These documents do not comprise trade secrets or proprietary information; since AHIF was a non-profit organization registered with the Internal Revenue Service as a 501(c)(3) charity, its tax returns and related financial records are public. Instead, we expected that the documents would become part of the Administrative Record, and would be available to the judiciary and the public in any subsequent legal challenge to the blocking of AHIF's assets and the designation of AHIF.

7. Attached as Exhibit A is a true and correct copy of the AHIF delisting petition correspondence with OFAC, consisting of seven letters and attachments dated May 14, 2004, May 27, 2004, May 28, 2004, August 4, 2004, February 14, 2005, September 21, 2005, and January 4, 2008.

3

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, this 30th day of
2  June 2008, that the foregoing is true and correct to the best of my knowledge, information,
3  and belief.

*/s/ Alan R. Kabat*
Alan R. Kabat