THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:     (415) 276-6599

ROBERT RUBIN (State Bar No. 85084)
PHILIP HWANG (State Bar No. 185070)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
  OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA  94105
Telephone:    (415) 543-9444
Facsimile:     (415) 543-0296

Attorneys for Plaintiff Lawyers' Committee
for Civil Rights of the San Francisco Bay Area

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | No. C07-2590 PJH<br><br>**DECLARATION OF THOMAS R. BURKE IN SUPPORT OF PLAINTIFF LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS, MOTION FOR SUMMARY JUDGMENT**<br><br>Date: July 23, 2008<br>Time: 9:00 a.m.<br>Dept. Hon. Phyllis J. Hamilton |

I, Thomas R. Burke, declare:

1. I am an attorney and partner with the law firm Davis Wright Tremaine LLP, counsel of record for the Lawyers' Committee for Civil Rights of the San Francisco Bay Area, the Plaintiff in this FOIA lawsuit. I am admitted to practice law before this Court and all other state and federal courts in California. I have personal knowledge of the matters stated in this

declaration and could competently testify to them if called as a witness. I make this declaration in support of LCCR's Opposition to the Motion to Suppress and Motion for Summary Judgment filed by Defendant.

2. Attached as Exhibit A to this Declaration is a true and correct copy of a delisting petition submitted by the Islamic American Relief Agency—USA ("IARA-USA") to the Office of Foreign Assets Control and filed in U.S. District Court for the District of Columbia, Case No. CV-4-2264. These documents were obtained through inputting case number CV-04-2264 into the Court's PACER system and retrieving documents 34, 34-3, 34-4, and 34-5.

3. Attached as Exhibit B to this Declaration is a true and correct copy of a Petition for the Release of Blocked Funds and Removal of Global Services International, Inc. as a Specially Designated National and Blocked Person ("SDN"), along with the Petition for Removal of Aaron Money Wire Service, Inc. (also called Aaran Money Wire Service, Inc.) and Garad Nor from the SDN list. These documents were obtained through Dulce Foster, counsel for Global, Aran, Nor, and Abdullahi Farah (who owns Global), and publicly filed in U.S. District Court for Minnesota, Case Nos. 02-789 (JMR/FLN) and 02-790 (consolidated).

4. Attached as Exhibit C to this Declaration is a true and correct copy of pleadings filed in Aqeel Abdulaziz Al-Aquil v. John Snow et al. in the U.S. District Court for the District of Columbia, Case No. 05 CV 943 (GK). These pleadings were obtained through inputting case number CV-05-0943 into the Court's PACER system and retrieving document 7.

5. Attached as Exhibit D to this Declaration is a true and correct copy of "Al-Barakaat Case Study: The Somali Community and al-Barakaat," a Terrorist Financing Staff Monograph to the Final Report of the National Commission on Terrorist Attacks Upon the United States. For the Court's convenience, an online version of the monograph can be found at:

http://www.9-11commission.gov/staff_statements/911_TerrFin_Ch5.pdf .

6. Attached as Exhibit E to this Declaration is a true and correct copy of "When is a Terrorism Figure No Longer One?," *Los Angeles Times*, November 28, 2007, written by Josh Meyer.

7. Attached as Exhibit F to this Declaration is a true and correct copy of "A Wave of the Watch List, and Speech Disappears," *New York Times*, March 4, 2008, written by Adam Liptak.

8. Attached as Exhibit G to this Declaration is a true and correct copy of *Justice for the 'Designated': The Process That Is Due to Alleged U.S. Foreign Financiers of Terrorism*, 93 GEO. L.J. 1387 (2005), written by Nicole Nice-Petersen.

I declare under the laws of the United States that the foregoing is true and correct. Executed in San Francisco, CA on July 2, 2008.

                                        /s/   *Thomas R. Burke*
                                        THOMAS R. BURKE

DAVIS WRIGHT TREMAINE LLP

3

Burke Declaration ISO Plaintiff's Opposition to Defendant's Mtn to Suppress, Mtn for Summary Judgment    DWT 11438028v1 0050062-082073
Case No. C07-2590 PJH