# THOMAS R. BURKE

# EXHIBIT A

## A-39 through A-68

# Exhibit D

IARA-1914



Orphan Sponsorship Program

Islamic American Relief Agency

**ABOUT IARA-USA**

Islamic American Relief Agency (IARA-USA) is an American humanitarian organization established in the U.S. and dedicated to the empowerment of individuals and peoples everywhere through participatory development programs. IARA-USA human dignity... implements its programs in a worldwide regional partner... than 30 recognized... throughout Asia, Africa, and Europe to provide relief, aid and development in the disasters.

Islamic American Relief Agency
P.O. Box 7084
Columbia, MO
Phone: (573) 443-0290
Fax: (573) 443-3515
http://www...
iaraso@...
Tax ID#:...

# $1 A DAY®

*Can save the life of an orphan*

The orphans can only pretend to sponsor orphan for $1/day. Many Sponsors choose to pre-pay an amount equivalent to requisite units in addition, where there is a higher rate of loss.

## ORPHAN SPONSORSHIP FORM

Name: Brother/Sister: _____ _____ _____
First     M.I.     Last

Address: _____
Street Address

_____ _____ _____
City     State     Zip Code

Phone / Fax: ( ___ ) _____

E-mail Address: _____

Method of Payment:
___ Account (Minimum of $9 monthly)
___ Monthly ___ Quarterly ___ Semi-Annually ___ Annually ___ One-time
___ Check ___ Automatic Withdrawal ___ Money Order
___ Credit Card ___ Visa ___ Discover ___ Mastercard ___ American Express

Credit Card #: _____ Exp. Date ___ / ___

*Visa, MasterCard or Discover Only please. American Express is not accepted if you order automatic payment.*

Monthly Bank Deduction - Please Attach a voided check

I authorize IARA-USA to withdraw the sum of $_____ from my bank account for use as specified.

Signature _____    Date ___ / ___ / ___

BURKE Exhibit A-40

IARA-1915



# ISLAMIC AMERICAN RELIEF AGENCY
# ANNUAL REPORT 2003

IARA • USA

**In this report...**

*page 1*
*Online Child Sponsorship
*Ramadan 2003

*pages 2-3*
*Eldere Health Clinic in
Ethiopia
*Aid for Timbuctu
*School for Orphans in
Nairobi

*pages 4-5*
*IARA Volunteer's Story of
Africa
 Summer Training Program
 Education, Water, and
 Sanitation in Mali
*Rebuilding a Masjid in
Bosnia

*pages 6-7*
*Language and Computer
Training in Bosnia
*Orphanage in Afganistan
*Iranian Earthquake Relief
*Orphan Care Facility in
Baghdad

*page 8*
*Aid for Palestinian Refugees

## Child Sponsorship Goes Online!

Since July 2003, IARA-USA's Child Sponsorship Program has been posting photographs and short bios of some of the orphans and needy children from around the world that we have on file waiting for sponsors. Now, generous donors can browse through a list of orphans from across Africa, the Middle East, Asia, and Southern Europe and establish one to one monthly sponsorships with the child of their choice online. By January 2004, 53 children had been sponsored online at www.iara-usa.org.

## Successful 2003 Ramadan Iftar Program

Alhamdulillah, the Iftar 2003 program was a big success. We thank Allah (SWT), and then our donors for their compassion and generosity in assisting the needy and orphans during the blessed month of Ramadan. With their donations, IARA-USA was able to purchase, distribute and prepare food for the Ramadan 2003 Iftar Program.

In Bangladesh, Mali, Kenya, Somalia, and Lebanon, iftar meals were served to needy families and children, feeding 10,954 people. Various supplies, including rice, sugar, millet, maize, wheat flour, cooking oil, dates, meat, vegetables, and fruits were also distributed. The Eid gift and clothes project for orphans and needy children was also successful, especially in Bangladesh, Lebanon, and Djibouti (where we distributed donated clothing to 2500 people).



*Above: Bangladeshi children receiving iftar meat.*

*Below: Gathering for an iftar meal at a masjid in Kenya.*





Islamic American Relief Agency-USA P.O. Box 7084 Columbia, MO 65205
1(800) 298-1199 / Fax: (573) 443-5975 / Email: iara@iara-usa.org / www.iara-usa.org

001439

BURKE Exhibit A-42

IARA-1917

IARA-USA                                                    ANNUAL REPORT 2003

## Eldere Health Clinic Provides Badly Needed Care in Ethiopia



In Moyale District in the Somali Region of the eastern part of
Ethiopia lies Eldere, a rural settlement consisting of seven (7)
villages with an estimated rural population of 70, 000 people.
One of the major problems in Eldere is a lack of health facilities
to assist the people in basic health care services.

The people in Eldere were travelling about 100 kilometers to
the nearest health facility for medical treatment. Alhamdu lillah,
with the funds donated by ICNA Relief, the Eldere community
now receives health services locally. The Eldere Health Cen-
ter (a small bedroom) was officially opened on March 1, 2003
and has already shown its strategic importance to the improve-
ment of the health care of the needy and destitute.



So far, 1,751 people of various age groups in
Eldere and its surroundings have benefited with
basic primary medical care. Health Center per-
sonnel monitored eight wells and fifteen latrines to
assess water and sanitation quality in the village.
150 people attended three sanitation campaigns
conducted by the clinic.
300 local people attended health education les-
sons on breast feeding, diarrhea control, environ-
mental health and hygiene, and malaria control.
Clinic personnel helped 21 women deliver their
babies at home since there are no delivery facilities at the Health Center.

There is no doubt that there is a need for this health center, but the facilities are not yet adequate to meet the
needs. The Eldere community boldly challenged IARA—USA and its donors by donating two buildings that
need renovation for the health care center and school.

001440

Our New England Representative accepted the challenge and has raised some funds for the renovation. Alhamdu
lillah, on October 28, 2003 IARA—USA entered into a renovation agreement with Al-Naiem Construction,
Ethiopia to renovate the building with one side to be used
as the clinic and the other as a school. Total cost of the
renovation is $8,000.00.



For the year 2004, the health center will provide an out-
reach program for other villages around the Eldere area.
The operational cost for the year 2004 will be $18,000.
Therefore, $26,000.00 are needed for the health center to
effectively serve the communities in the Somali Region of
Ethiopia.

IARA-USA                                                    ANNUAL REPORT 2003

## New Schools and Health Centers in Timbuktu

During its ten years in the field in Mali, IARA-USA has built several schools, clinics, and wells for the needy brothers and sisters in the Timbuktu region and other parts of Mali. Currently, we are implementing the



Northern Mali Integrated Development Project (NMIDP). The main focus of NMIDP is to increase the literacy rate among the inhabitants of Northern Mali by helping the local communities to build, organize, and maintain their own schools and school systems, and to encourage their children – especially girls – to attend. NMIDP also addresses the health and sanitation conditions of the region.



In 2003, IARA-USA helped the local community build a new school in the village of Acaharan and one in the village of Koreome in the Circle of Timbuktu in Northern Mali. Their completion brings the total number to five of locally built and operated primary schools established under the NMIDP. Besides the five schools, IARA-USA has established locally operated and fully functional health centers in the villages of Bori and Teherje and has constructed wells providing clean water there. IARA-USA also helped villagers in Faraba, a town close to the capital Bamako, build a new school (*pictured top left*), latrine, and water well (*pictured left*).



## KICOSHEP School for Orphans of AIDS victims in Nairobi

For more than two years, IARA-USA has been providing daily meals for orphans of AIDS victims attending the KICOSHEP School in Nairobi, Kenya. Previously, these children had no means of finding food other than scavenging in the streets. Now, there has been a tremendous decrease in the number of children in the program suffering from nutrition related illnesses. Class attendance, concentration and academic performance has increased tremendously because the children no longer have to worry about where the next meal is going to



come from. But with the provision of food, the number of children attending the school has risen more than three-fold and we cannot chase some children away and let others eat. The end result is that the ration each child receives is not enough. The food ration is for five days a week but the children, having nowhere else to get food, make their way to the school and stay there the whole of Saturday and Sunday in the hopes of getting food. IARA-USA's efforts continue to expand the project to meet the need.

001441

IARA-USA                                                    ANNUAL REPORT 2003

## My Heart Belongs To Africa: an IARA volunteer tells her story

*The following are excerpts of a letter from Bibi Majeed, who, along with her husband, voluntarily travelled to Ethiopia and Kenya to visit and participate in some of IARA-USA's relief and development projects in those regions:*

Living in America, the land of plenty, where we flip a switch for our light, we turn on a tap for hot and cold running water and our house is automatically heated when it is cold outside, it is very hard to imagine that people could survive in such abject poverty. At every traffic stop in the city of Addis Ababa, beggars and cripples surrounded our taxi. The majority are children, who have added another dimension to the art of begging. If the occupants of the vehicle look or dress like Muslims they beg in the name of Allah, if they are not, they beg in the name of Jesus Christ...

In villages outside of Dire Dawa in Ethiopia, the barren, arid semie desert landscape is dotted with women and children who spend most of the day, in the scorching one hundred and three degree heat, searching or begging for water and food; the most basic human needs. Sometimes, they will sit for six to eight hours per day, on the banks of dry riverbeds, drilling tiny holes, hoping to find some water...

A fifty-minute flight from Addis Ababa brings us to the city of Dire Dawa, one of the four largest towns in Ethiopia. Dire Dawa lies East of Addis Ababa with its main road leading to Djibouti near the Somali border. We leave DireDawa, our base, early in the morning, around 7:30AM, and pick up two local guides who will take us to the village of Maro-madobays. Along the route our vehicle is stopped several times by villagers who attach a string between two sticks. This makeshift roadblock is their method of stopping vehicles so that they could beg for water...

We left with a promise to return the next day. For their part we needed all the residents together in one area. Our hosts tell them that they should separate into three groups, men, women and children. They are a bit skeptical of our intentions claiming that several people go there, take their picture and never come back. We determine that there are approximately 246 families, 500 people in total. We return to DireDawa and our hosts head out to town, purchase the goods, (approximately 230/80lbs bags of wheat, 95/80lbs bags of sugar, 30/6pk cases of oil and about 30 cases of biscuits), and rent a lorry to transport the goods...

We distributed 1 sack of flour and 1 gallon cooking oil to 2 families and then give 1 sack of sugar to eight families. They have to do the sharing and are to remain in a barbed wire enclosure to prevent double distribution. The biscuits will be distributed later to the children. Nothing is wasted. The women fight for the empty cardboard oil cartons; they will put it on top of the rags, tarps and other                                    001443
assorted materials, on the roof of their huts. There are approximately 100 families left to receive their food allocation when suddenly the people started looking and pointing in the direction of the far mountains, their voices rising in an agitated pitch. Several of them leave the enclosed area with their sacks of food and run towards their huts. Long lines of black are seen, streaming from the mountains. They are Somali refugees, who somehow got wind that there would be food in the village. They were also hungry...



IARA-USA                                                    ANNUAL REPORT 2003

## 1st Annual Summer Training Program (A-STeP) Launched!

The 1st Annual Summer Training Program was conducted in Nigeria from July 22, 2002 to August 16, 2002. Education being one of the major areas that influence development, A-STeP went to Nigeria to provide vocational-technical education teachers with the necessary knowledge, skills and understanding to improve their pedagogical practice. Two Nigerian states, Adamawa and Kano participated in the program. About one hundred and fifty (150) teachers from universities and high schools



participated in this training.

The training was a two-week-long program that provided theoretical and practical training for vocational-technical teachers. Areas the training covered included: philosophy of Nigerian education (general and vocational-technical); issues confronting general and vocational – technical education in Nigeria, traditional and contemporary learning theories, and lesson planning (both theoretical and practical).



## Rebuilding a Masjid in Bosnia-Herzegovina

During the Serbian aggression in Bosnia and Herzegovina, the masjid in Biscani Prijedor, built in 1935 and renovated in 1960, was destroyed with 268 civilians killed. In 1999, the people started to return and, so far, have rebuilt 220 houses. In 2002, IARA-USA agreed to assist the communtiy to rebuild the destroyed masjid and the Michigan Muslim Community gave their support to raise funds.

On July 30, 2003, a comprehensive partnership agreement for the renovation was signed between IARA-USA, Mejlis (Shura) of the Islamic Community – Prijedor, and ISRA Bosnia and Herzegovina. Funds were sent in September 2003 to start reconstruction and by mid October, 2003 the excavation, foundation, and bricklaying work was completed.



## Working with the United Nations to Provide Humanitarian Relief for Palestinian Refugees

IARA-USA's Palestine Children's Relief project is based on a cooperative agreement with the United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA) to facilitate the secure delivery of humanitarian aid to Palestinians in the West Bank and Gaza suffering under the deprivation of Israeli occupation and curfew. Specifically, it funds the distribution of medical supplies and medicine for Palestinian refugees, aid to needy Palestinian families registered with UNRWA, and tuition assistance to Palestinian refugee students in the West Bank and Gaza. In 2003, IARA-USA raised $30,000 in aid for 900 beneficiaries in the West Bank.

001443

IARA-USA                                              ANNUAL REPORT 2003

## Anwar Training Center: Serving the Educational Needs of Bosnians

The Anwar Training Center (ATC) continues to serve as the hub for training Bosnians who need to improve their English and/or computer skills. In 2003, the Center has provided English language courses at six different levels to 120 participants, with 90% of them successfully passing the final exams. Level one required 32 training hours while the rest of the levels required 64 hours each.

Within the same period, ATC provided computer courses for 140 students in the areas of Windows 98 SE, Word Office 2000, Excel 2000, and Access 2000. Each of the courses involved 32 hours of study. High school students who wanted to supplement what they are taking at school; orphans who could not pay the expenses of taking computer courses; people who are retraining for better jobs; and those who wanted to improve their skills at work all benefited from the computer training.

For 2004, ATC faces several challenges in its efforts to provide the best educational environment possible. For the English classes, lack of modern teaching materials and resources is acute. Book and audiocassettes are the available materials. The classrooms need furnishing.

Computer classes are provided in difficult conditions, with very old computers, several of which are out of order. Only five computers are currently functional, which limits the number of people who can benefit from the training.

## Iqra Orphanage in Peshawar



The conflict in Afghanistan exacerbated the already severe Afghan refugee crisis. Nor has the outcome of the conflict eased the gripping human crisis persisting inside Afghanistan and among Afghan refugees in Pakistan. Afghans still constitute the world's largest refugee population, and the country remains in the state of devastation left by the Soviet invasion. IARA-USA, with its partner in the region, ISRA, has been delivering humanitarian aid to Afghan refugees in Pakistan and displaced persons in Afghanistan for nearly two decades. Most recently, we opened the new "IQRA" Orphanage outside Peshawar.

The IQRA orphanage was the vision of Dr. Waheeda Tahaseen, who has committed herself to helping Afghan refugees for a long time. She brought three humanitarian agencies (IARA-USA, ISRA-International, and Al-Imran Welfare Organization) together in a cooperative effort to make this vision a reality. She has also created her own agency, Help Orphans and Widows, dedicated to assisting the most helpless Afghan refugees.



001444

The IQRA orphanage and school was opened in early March 2003, and officially inaugurated on April 15 of the same year. IQRA provides 200 children with three meals a day, shelter, and sanitary facilities, as well as education. In addition to basic education for school-age children, the project will eventually be providing vocational training for widows and older children.

IARA-USA                                                    ANNUAL REPORT 2003

## Aid for Orphans and Handicap Victims of Iran Earthquake



Starting the first week of January 2004, IARA-USA
provided earthquake assistance to victims in Iran by
a physiotherapy center and handicap section in
Kerman City and an orphanage center in Bam City.
The physiotherapy center purchased equipment, such
as an electronic massage mattress with pump pres-
sure and small and large electronic stimulators. Also,
a team of doctors and technical staff has been intro-
duced to the center. The Bam City orphanage which houses more than 150 orphans purchased rice, sugar,
oil, cloths, biscuits, and milk for the children some of whom were malnourished. The orphanage also pur-
chased one refrigerator and a high capacity washing machine. Conditions have improved due to contribu-
tions but services still need to be extended for those still in need and without homes.

## Comprehensive Orphan Care Facility to Open in Baghdad!



The severe humanitarian conditions in Iraq have been harsh-
est on the most vulnerable members of the population - or-
phans, widows, and elderly. To care for these, IARA-USA
and our partners in Jordan are converting the five-block build-
ing complex pictured on the right into a comprehensive or-
phan care facility and home for the elderly.
IARA-USA will provide one building with utilities, air condi-
tioning, beds, school supplies, and medical supplies to ac-
commodate hundreds of orphans.



Pictured on the left is the north side of the 'Building
B' section of the five-building complex in Baghdad
from which IARA-USA and a group of non-gov-
ernmental partners, will operate a comprehensive
facility for the care of more than 3000 orphans
that will include living quarters, a school, a clinic,
and recreational areas. IARA-USA is responsible,
specifically, for the renovation and operational
maintenance of the second and third floors of the
north side of building B, housing the orphans' quar-
ters and 'orphan villages', where younger orphans will live under foster mothers in family-sized units in a home-
like environment, just next to the orphanage's school.                            001445

The Baghdad orphanage is envisioned as a community where all the residents can play a role and can grow.
The entire complex consists of five buildings (A-E). Building A will house living quarters for orphans. Building
B is divided into a north and south side. The second and third floors of the north side of Building B, respec-
tively, will house living quarters for orphans, and 'orphan villages'. The first floor of the north side of Building
B will house administrative offices. The south side of Building B will house the Baghdad Orphanage School and
vocational workshops. Building C will house living quarters for orphans. Building D will house vocational
workshops. Building E will house support services (kitchen, etc.) as well as a home for elderly people.

IARA-USA

ANNUAL REPORT 2003

# ISLAMIC AMERICAN RELIEF AGENCY

## Financial Report (Unaudited)
### January through December 2003

**Income**

| | | |
|---|---|---|
| Donation Income | $1,402,955.59 | |
| In-kind donations | $82,735.87 | |
| Total Income | | $1,485,691.46 |

**Total Expenses**

Administration and Fundraising

| | | |
|---|---|---|
| Administration | $188,027.59 | |
| Fund Raising | $97,037. | |
| Subtotal | | $285,064.59 |

Program Expenses

| | | |
|---|---|---|
| Child Sponsorship Program | $451,107.68 | |
| Mali Project | $50,691.38 | |
| United Nation (UNRWA) | $50,000 | |
| Audhia–Meat for the needy | $161,174.55 | |
| Chinese Orphan | $45,419.77 | |
| Iraq Relief | $71,900 | |
| Feeding Program (Ramadan) | $5,500 | |
| Local Project in US | $10,500 | |
| In-kind Donation | $91,783 | |
| Education and Financial Help | $37,398.00 | |
| Subtotal | | $975,474.87 |
| | | |
| Total Expenses | | $1,260,539.46 |

001446

# IARA Project Briefs

## IARA-USA AUDHIA/QURBANI 1424/2004 REPORT

### Putting Eid smiles on the faces of more than 100,000 people!!!

By the grace of Allah (SWT) Eid al-Adha 2004 turned out to be a big blessing for orphans and many needy families around the world who benefited from IARA-USA's Audhia program. IARA-USA made more than 100,000 needy people and orphans had Eid smiles by facilitating the sacrifice of over 3,000 animals (sheep, goats, cows, and camels). The program covered many parts of Africa, the Middle East and Balkans as well as South and Southeast Asia. Below are sample examples of countries and people served through the Audhia program.

SOMALIA: About 30,000 individuals served with Audhia meat through IARA-USA's 1424/2004 Audhia program.



IRAQ: Audhia meat was served on over 25,000 Iraqis.

001447

BURKE Exhibit A-50

IARA-1925

**BANGLADESH:** 1,500 people were happy and celebrated Eid Adha with a smile from the meat distributed to them through the Audhia program. Eleven cows and 59 sheep were slaughtered.



**LEBANON:** On February 9, 2004, Al-Liwaa newspaper reported the implementation of the IARA-USA's Audhia program to the orphans and needy.



BURKE Exhibit A-51

IARA-1926



www.wilsonjones.com

BURKE Exhibit A-52

001449

03/24/04
Accrual Basis

Islamic American Relief Agency - USA (IARA)
Profit & Loss
January through December 2003

|  | Jan - Dec 03 | % of Income |
|---|---|---|
| **Income** |  |  |
| Donation Income | 1,485,691.00 | 100.0% |
| Total Income | 1,485,691.00 | 100.0% |
|  |  |  |
| **Expense** |  |  |
| **Administration** |  |  |
| Contract Labor | 11,000.00 | 0.74% |
| Conventions | 193.84 | 0.01% |
| Dues and Subscriptions | 2,711.30 | 0.18% |
| Fees | 251.00 | 0.02% |
| Insurance |  |  |
| Auto, Work Comp & Liability | 1,915.95 | 0.13% |
| Insurance - Other | 122.30 | 0.01% |
| Total Insurance | 2,038.25 | 0.14% |
| Internet and E-Mail Services | 399.85 | 0.03% |
| Maintenance & Repairs |  |  |
| Auto | 31.83 | 0.0% |
| Equipments & Furniture | 328.07 | 0.02% |
| Total Maintenance & Repairs | 359.90 | 0.02% |
| Miscellaneous | 216.24 | 0.02% |
| Office Supplies | 1,388.97 | 0.09% |
| Payroll Taxes | 22,456.56 | 1.51% |
| Postage and Delivery |  |  |
| FedEx | 929.34 | 0.06% |
| Postage and Delivery - Other | 1,081.83 | 0.07% |
| Total Postage and Delivery | 2,011.17 | 0.14% |
| Printing and Reproduction | 436.00 | 0.03% |
| Professional Fees |  |  |
| Accounting | 5,000.00 | 0.34% |
| Consulting | 425.00 | 0.03% |
| Legal Fees | 2,216.00 | 0.15% |
| Total Professional Fees | 7,641.00 | 0.51% |
| Rent | 14,609.95 | 0.98% |
| Telephone | 10,818.78 | 0.73% |
| Travel | 13,616.56 | 0.92% |
| Utilities |  |  |
| Electricity | 1,541.68 | 0.1% |
| Water | 123.70 | 0.01% |
| Total Utilities | 1,665.38 | 0.11% |
| Wages and Salaries | 96,000.34 | 6.46% |
| Administration - Other | 212.50 | 0.01% |
| Total Administration | 188,027.59 | 12.66% |

03/24/04
Accrual Basis

Islamic American Relief Agency - USA (IARUS)
## Profit & Loss
January through December 2003

| | Jan - Dec 03 | % of Income |
|---|---|---|
| **Fund Raising** | | |
| Advertising & Marketing | 26,908.31 | 1.81% |
| C. Cards Charges & Fees | 2.79 | 0.0% |
| Conventions | 4,893.43 | 0.33% |
| Office Supplies | 494.79 | 0.03% |
| Postage & Delivery | | |
|   Bulk Mail | 17,434.74 | 1.17% |
|   Business Reply | 600.00 | 0.04% |
|   Postage & Delivery - Other | 11,877.10 | 0.8% |
| Total Postage & Delivery | 29,911.84 | 2.01% |
| | | |
| Printing & Reproduction | 22,492.79 | 1.51% |
| Telephone Charges | 4,789.61 | 0.32% |
| Travel | 7,543.34 | 0.51% |
| Total Fund Raising | 97,037.10 | 6.53% |
| | | |
| **Program Expense**\*\* | | |
| Africa Relief & Development | 72,874.00 | 4.91% |
| Bosnia Relief & Development | 28,578.00 | 1.92% |
| Child Sponsorship Program | | |
|   Administration | 5,100.92 | 0.34% |
|   Aids Orphans | 26,000.00 | 1.75% |
|   IQRA Orphanage | 75,785.14 | 5.1% |
|   Orphans Wires | 344,221.62 | 23.17% |
| Total Child Sponsorship Program | 451,107.68 | 30.36% |
| | | |
| In-Kind Program | | |
|   Frieght and Transportation | 8,030.62 | 0.54% |
|   Rent & Services | 1,017.00 | 0.07% |
| Total In-Kind Program | 9,047.62 | 0.61% |
| Mali Project | | |
|   IARA-MALI | 43,089.00 | 2.9% |
|   IARA-USA | 7,602.38 | 0.51% |
| Total Mali Project | 50,691.38 | 3.41% |
| Mid. East Relief & Development | 5,800.00 | 0.39% |
| UNRWA | 40,000.00 | 2.69% |
| Program Expense - Other | 330.00 | 0.02% |
| Total Program Expense | 658,426.68 | 44.32% |
| | | |
| **Regional Representation Project**\*\* | | |
| Connecticut & East | 500.00 | 0.03% |
| Regional Representation Project - Other | 10,000.00 | 0.67% |
| Total Regional Representation Project | 10,500.00 | 0.71% |

001451        Page 2 of 3

BURKE Exhibit A-54

IARA-1929

03/24/04
Accrual Basis

Islamic American Relief Agency - USA (2003)
## Profit & Loss
January through December 2003

| | Jan - Dec 03 | % of Income |
|---|---|---|
| **Special Activities\*\*** | | |
| Audhia / Qurbani | 161,174.55 | 10.85% |
| Chinese Orphans | 45,419.77 | 3.06% |
| Education Assistant | 9,833.00 | 0.66% |
| Financial Help | 2,565.00 | 0.17% |
| Iraq Relief Program | 71,900.00 | 4.84% |
| Ramadan Iftar Program | 5,500.00 | 0.37% |
| Total Special Activities | 296,392.32 | 19.95% |
| **Total Programs/Regional/Special** | 965,321.00 | 64.97% |
| Total Expense | 1,250,385.69 | 84.16% |
| Net Income | 235,305.31 | 15.84% |

001453

BURKE Exhibit A-55

IARA-1930



BURKE Exhibit A-56

001453

IARA-1931

# 2004 PLAN OF ACTION
## Islamic American Relief Agency

## Goals

- To help the disadvantaged people (nationally and internationally) by raising at least $2 million from donors for local and international projects
- Outreach Muslim and non-Muslim communities
- Market Expansion and Differentiation

## Programs

- Orphan:
    - To increase the number of orphan sponsorship by 1000 orphans.
    - To implement at least 50% of the UNRWA project
    - To continue the Afgani orphanage project
    - To continue the AIDS victims orphanages in Kenya
    - To start a sponsorship program in China
    - To complete the construction of the Iraqi orphanage.

- Relief
    - To respond the Emergency around the Globe.
    - To establish at least two health and feeding centers in the Horn of Africa
    - To establish a relief center for the Iraq-war victims
    - To conduct the seasonal program (Audhia & Ramadan) around the Globe
    - To establish one children service center in the U.S.
- Development:
    - To conduct the 2nd International training program in Afghanistan.
    - To dig 50 water wells a round the globe
    - To build Mosques, schools, and community centers

## Fund Raising

- Supporters Network
    - Recruit 1000 supporters with a continuous annual commitment of $1000

001454

# IARA-USA UPDATES



## Masjid for Chechen Refugees in Georgia



*The minaret of the masjid that IARA built for Chechen refugees in Omalo, Georgia*

In the village of Omalo, IARA-USA recently built a masjid to service the local population and the Chechen refugees in the area. Omalo is a small village in Georgia along the Chechen border, near the city of Duisi. The nearest masjid to the village is in Duisi, about 7 miles away.

Omalo has a population of about 5,000 people who are predominantly Muslim. The masjid is a center for IARA-USA's other projects in Omalo.



*Chechen refugees commemorating the establishment of their masjid with a traditional dhikr*

## Fighting famine in Ethiopia, Somalia, Pakistan, and Afghanistan

Drought and famine have hit many Muslim countries this season, including Afghanistan, Pakistan, and the Horn of Africa - Somalia, Ethiopia, Eritrea, Sudan, and Kenya. In the Horn of Africa alone over 16 million people are expected to suffer food shortages. Crops are not growing and the cattle are dying off.



*Ethiopian victims of the famine*

To combat the famine, IARA-USA has been hard at work in Somalia, Ethiopia, Afghanistan as well as Pakistan in an effort to feed the victims of the famine, as well as curb malnutrition related diseases.

Ethiopia and Somalia are the two countries affected most by the famine, with over 8 million victims in Ethiopia alone. In the east, there are an expected 3 million victims in the regions of Pakistan and Afghanistan. For more information on IARA's efforts see page 3 of this newsletter.

## 155 tons of Food Distributed to Chechen Refugees in Ingushetia

The two refugee camps where IARA distributed food are situated near Slepcovskaja, where no relief agency has reached before, not even the Red Cross! There are thousands of refugees living in these villages, situated in a highly inaccessible area in Ingushetia only a few miles away from the battlefront.

Working out of Slepcovskaja, we purchased food items at a total of nearly $30,000 dollars and distributed it among the refugees in two camps at the villages of Arshti and Chemulga. The total amount of food which was purchased at the local market amounted to...

*(continued on page 2 column 3)*

## Children of AIDS victims in Africa

With the increased rate of AIDS related deaths in Africa there are a proportionate number of children being orphaned, left to fend for themselves. The Child Sponsorship Program of IARA-USA, which was designed to assist needy orphans all over the world, has begun a drive to take care of these children. Initially we are implementing this project in our Kenya office, with the hope to expand to our other orphanages.

IARA is taking pledges of $5 dollars a month to feed as many of these children as possible. Throughout Africa, the power of a few dollars can go a long way.

000064

# In This Issue...

*Fighting Famine in the Muslim world*

    Pakistan and Afghanistan

    Somalia

    Ethiopia

*IARA-USA helping Chechen Refugees*

    Chechen Orphans in Ingushetia

    Masjid for Refugees in Georgia

    155 tons of food to Ingushetia

*AIDS Orphanages in Africa*

*Hope for Kosovar Girls*

*Child Sponsorship Nights*

*Opening of health center in Timbuktu*

*IARA Financial report for 1999*

### Our mission

*The Islamic American Relief Agency, USA (IARA-USA) is an American not for profit humanitarian organization established in 1985 and dedicated to the empowerment of disadvantaged persons everywhere through relief and participatory development programs emphasizing human dignity, self-reliance, and social justice.*

*Islamic American Relief Agency-USA*
*P.O. Box 7084*
*Columbia, MO 65201*
*1 (800) 298 1199*
*Fax: (573) 443 5975*
*E-mail: iara@iara-usa.org*
*URL: http://www.iara-usa.org/*

# Chechen Orphans in Ingushetia

In cooperation with His Excellency, Mr. Ousman Ferzaouli, the Ambassador of Chechnya to Denmark, IARA is establishing a regular service for Chechen orphans in Ingushetia.

With only $2 per day, it will be possible to secure the future of one Chechen child — and in this way help secure the future of Chechnya. The future of Chechnya depends on the children of today, many of whom are orphans. If these children are not taken care of the future of this stronghold of Islam looks very grim.

One Chechen sister is currently taking care of 85 orphans on her own, and is receiving very limited and sporadic support. From time to time, the Red Cross has passed by and handed out some rations, but she and the children are left to fend for themselves.

We intend to support these children and this brave lady on an ongoing scale, and for this we need your help. 🖼

&larr; Immediate target group: 85 Chechen orphans in Ingushetia.

&larr; Long term target group: 250 orphans

&larr; Budget: $60/month/child ($2/day/child)

&larr; Goal: To support the orphans with education, housing, food, and health care on a regular basis



*Missing Generation: Most Chechen children today are being raised by their grandparents or their mothers alone. Their fathers are either fighting the Russians, or have been killed by them*

*The majority of Chechen men are either fighting or dead, leaving their women and children to fend for themselves...*

## 155 tons of Food to Chechen Refugees...

*(continued from page 1)*
about 155 tons flour, rice and sugar. 80 tons of flour, 50 tons of sugar and 25 tons of rice were purchased. The total number of beneficiaries reached about 3,500 people.

When rumor of the food reached other villages nearby, people came from these villages to see if there was any spare food available. Regrettably there was only a limited amount, and as it was all prepared in advance, the food was distributed according to targeted lists of names of people in the two villages. IARA is hard at work right now at establishing a continued program of relief aid to these two villages.

The total number of Chechen refugees presently in Ingushetia exceeds 200,000 people. 🖼



*IARA-USA field worker with two of the Chechen refugee community in Ingushetia*

# IARA-USA Fighting Drought in the Muslim World

## IARA feeds 3,000 people in Ethiopia

IARA-USA has established feeding centers in the Shinnile district in the Somali regional state eastern Ethiopia.

Food distribution was made to an estimated 600 drought affected families in the area. The total beneficiaries were estimated at 3,000 people.

The food distribution was made in collaboration with the local Ethiopian authorities responsible for the coordination of the overall relief activities in this country.

150 quintals of sorghum was locally



*IARA beneficiaries in Ethiopia*

purchased and distributed to the needy population. Each family was given 25kgs of sorghum - enough to feed them for two weeks.

A 150kg bag of Sorghum was handed to every two families, and in order to facilitate the distribution, it was allowed that the families do the sharing themselves. 🖾

## Pakistan and Afghanistan

U.N. officials in Pakistan have confirmed that drought has affected more than 3 million people who are hit with the worst ever famine in Pakistan's history - 1.2 million in Sindh and 2.1 in Balochistan.

The drought has bought another unending tale of misfortune to Afghanistan, a country already devastated by external aggression, ongoing internal war, and a prevailing economic and social crisis. Not only have agriculture and cattle been damaged but the water management system is disrupted. The drought has now created havoc in the provinces of Kandahar, Helmand, Nemrose, and Farah. More than 200,000 livestock have been lost, and to worsen the situation, many people have fled their homes seeking food and are refugees of the famine.

The immediate needs of the famine victims are food, tents, clothes, and medicines. Priority measures for solving the water shortage problem are needed. It is proposed to dig shallow, intermediate and deep wells according to water levels in different areas. A total of 200 wells are needed.

In response to this crisis, IARA has already established a program to send immediate emergency relief to victims and their families. As an additional effort to combat the famine, water wells have been dug to feed the people as well as their cattle, and already existing wells are being deepened. 🖾

## Medical supplies to Somalia

In Somalia, IARA field workers visited a number of towns and villages to establish relief efforts to combat the famine. IARA field workers visited Hargeisa, Barao, Las Aanod, and the village of Eel-Afweyn.

In each of the regions, hospitals, clinics, schools, and orphanages were visited.

In Barao, a few of the hospitals that recieved relief supplies from IARA earlier were visited.

*IARA field worker with famine victims in Somalia*

Even with the containers of medical equipment and supplies that they have already recieved, the hospitals and clinics were still severely under equipped. In most hospitals, the situation was so deplorable that

patients did not have rooms to stay in, some finding rest under trees outside. In all of the other villages the same held true.

In Las Aanod the situation was slightly better. In that the hospital buildings were at least standing, but the supplies and equipment were just as deplorable as the other cities.

In all, IARA has been sending medical supplies and goods to various hospitals and clinics throughout Somalia to fight the spread of malnutrition related diseases, but without the continued assistance from our donors, the situation is progressively worsening. 🖾

000963

# Child Sponsorship Nights

This past summer, IARA initiated Child Sponsorship Nights. The purpose of these evenings is to meet with a community and inform them of IARA's orphan programs. Our representatives met with people that have sponsored orphans through IARA as well as to inform more communities about IARA's orphan programs.



*Two of IARA's 61 orphans in Mali, part of IARA's Child Survival Project*

IARA is also taking initiative in sponsoring orphans in the United States. The main obstacle that will need to be overcome is cost. Generally we have been able to keep the cost of sponsoring an orphan overseas very low because of the strength of the US dollar in a foreign environment. In the United States though, the cost of sponsoring an orphan will be much higher, but given the growth of the American Muslim community, it will also be of tremendous importance.

Currently, IARA has 2,349 orphans overseas, in over 17 different countries. Of those children, nearly 2,000 have direct sponsors, while the remaining recieve support from a general orphan fund. It is recorded in the *Sahih* of Imam Bukhari that the Prophet (Allah bless him and give him peace) stated, "I and the one that takes care of an orphan will enter paradise like this," at which point he raised his index and middle fingers together.

# Giving Kosovar Girls a Chance at a Better Life...

IARA is opening a day care center/orphanage for girls in Polican, Kosovo. The aim of the orphanage will be to secure the education, health and food, as well as Islamic education for a group of Kosovar girls.

The orphanage will be situated in a building close to a masjid that IARA built in order to maintain a link between the two projects. The curriculum will include Albanian, English, general science, mathematics, Islamic teachings, and practice in raising livestock and tending to a garden. The planned village project in Polican should lift a group of orphan girls from a life without a future to a life full of vision and possibilities.

IARA's past work in Polican
← settlement of refugees with local families
← distribution of medial and relief aids to refugees and host families
← purchase of a water pump
← building of a masjid for the local and refugee community



# IARA opens health center in Mali

As part of IARA's Community, Education, Water, and Income Generating Project (CEWIGAP) in Mali, IARA recently built a health clinic. This health center well serve close to 10,000 people in six villages - Bori, Khaga, Komeikouko, Beregoungou, Amasset and Lafia. The health center will provide █████████ ████████████████████████

*Images of IARA's health clinic in Mali*

 



15th Anniversary
IARA USA
1985-2000
&
Hope2000
presents
The Suq
@thesuq.net
A Muslim Business Mall
& Community Center
Let us help you develop
your business site on the WWW
Call Today!
1-800-298-1199

000957

# In 1999 IARA distributed close to 4 million dollars of relief aid world wide!!

In June of 2000, IARA performed its annual audit by an independent auditor, and we are pleased to present the audit report to our donors.

*Alhamdulillah*, we recieved more then 2.8 million dollars in donations this year, and along with our other income generating projects, IARA distributed close to 4 million dollars of relief aid world wide.

We would like to take this opportunity to thank all of those that donated to IARA and our projects, and we pray that all of our charity is accepted by Allah.



## Financial Income of IARA in 1999

| | |
|---|---|
| Contributions | 2,831,216 |
| USAID Fund | 1,124,674 |
| Investment | 108,488 |
| In-Kind Donations | 34,000 |
| **TOTAL** | **$4,098,378** |

In-Kind Donation 1%  Investment 3%  USAID Fund 27%  Contribution 69%

Contributions  USAID Fund  In-Kind Donations  Investment

## Distribution of finances to IARA projects world wide*



| | |
|---|---|
| Administration | 524,295 |
| African Relief and Development | 312,987 |
| Asian Relief and Development | 166,510 |
| Central Asian Relief | 330,238 |
| CEWIGAP | 744,657 |
| Child Survival Project | 440,561 |
| Middle East Relief and Development | 953,981 |
| Orphan/Child Project | 505,505 |
| **TOTAL** | **$3,978,734** |

Administration  African Relief and Development  Asian Relief and Development  Central Asian Relief  CEWIGAP  CSP  Middle East Relief and Development  Orphan/Child Project

13%   13%   24%   11%   19%

* for breakdown of projects see chart below

## Breakdown of IARA projects by location

**African Relief and Development**
*Countries: Ethiopia, Somalia, Uganda, Kenya, and Mali.*
Seasonal projects (Ramadhan and Audhia); water-well programs; refugee and emergency relief.

**Asian Relief and Development**
*Countries: Afghanistan, Bangladesh, Pakistan*
Seasonal projects; water-well programs;

**CEWIGAP**
Community Education, Water, and

Income Generating Activities Program, centered in Timbuktu, Mali.

**Central Asian Relief**
*Countries: Azerbaijan, Bosnia, Chechnya, Kosovo, and Turkey.*
Dan Fodio Orphanage in Bako, Azerbaijan; seasonal projects; emergency relief for refugees in Chechnya and Kosovo; emergency relief for earthquake victims in Turkey.

**Child Survival Project**
Based in Timbuktu, Mali this development

program combats infant mortality.

**Middle East Relief and Development**
*Countries: Iraq, Jordan, Lebanon, and Yemen*
Seasonal projects; refugee and emergency relief.

**Orphan/Child Project**
More than 1,100 active orphan sponsorships in 17 countries throughout the Muslim world.

000968



# 10 million Orphans in Africa Need Immediate Help !

## An Urgent Call to Save lives, Give hope and Build a future

**Unlimited Donation Unlimited Ajer!**

**Monthly $5.00 or up!**

**Provides:**
Food
Shelter
Health Care
Education

## African Children Fund
## Your Way of Caring

### IARA-USA DONATION FORM
### 1-800-298-1199, Fax # (573)443-5975

**Yes!** I would like to help African Orphans..

One time orphan's donation _____ Amount $ _____

Monthly amount    $5 _____    $10 _____    $15 _____    Others $ _____

First Name _____ Middle _____ Last _____

Street Address _____ City _____ State _____ Zip code _____

Method of Payment: Check _____ Credit Card _____

Credit Card # _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    Exp. __ / __

I authorize IARA-USA to withdraw the sum of _____ from my credit card account for use un the IARA-USA specified above.

_____ one time _____ automatic monthly withdrawal. Please detach a voided check.

Signature _____ Date _____

**IARA-USA P.O. Box 7084 * Columbia, MO 65205-USA*E-mail: iarausa@mail.coin.missouri.edu**

000369

# Exhibit E

ISLAMIC AMERICAN RELIEF AGENCY-USA

P.O. BOX 7084
COLUMBIA, MO 65205

INDEPENDEDT AUDITOR'S REPORT &

FINANCIAL STATEMENTS

FOR THE YEAR ENDED DECEMBER 31, 2000

BURKE Exhibit A-65

SUHAIL SADIQ, CPA P.C.

IARA-1940

ISLAMIC AMERICAN RELIEF AGENCY-USA

FOR THE YEAR ENDED DECEMBER 31, 2000

I N D E X

|                                        | PAGE |
|----------------------------------------|------|
| ACCOUNTANT'S REPORT                    | 1    |
| BALANCE SHEET                          | 2    |
| STATEMENT OF INCOME & FUND BALANCE     | 3    |
| STATEMENT OF CASH FLOW                 | 4    |
| NOTES TO FINANCIAL STATEMENTS          | 5-6  |

BURKE Exhibit A-66

SUHAIL SADIQ, CPA P.C.



# SUHAIL SADIQ, CPA P.C. —— Certified Public Accountant ——

P.O. Box 770218 · Woodside, N.Y. 11377-0218 · E-mail: sadicpa@aol.com

39-42 59th Street, Suite #3
Woodside, N.Y. 11377
Tel: (718) 565-1156 · Fax: (718) 565-1235

Locations:    33-28 36th Street
Woodside, N.Y. 11377
Tel: (718) 565-1972 · Fax: (718) 898-1240

Board of Directors,
ISLAMIC AMERICAN RELIEF AGENCY-USA
P.O. BOX 7084
COLUMBIA, MO 65205

## INDEPENDENT AUDITOR'S REPORT

We have audited the accompanying Balance Sheet of Islamic American Relief Agency-USA (IARA) as of December 31, 2000, and the related statement of income, fund balance and cash flow for the year then ended. These financial statements are the responsibility of IARA's management.  Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards.  Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement.  An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements of Islamic American Relief Agency-USA as of December 31, 2000 and the results of its operation and its cash flows for the year then ended, are in accordance with generally accepted accounting principles.

Woodside, NY
May 11, 2001

ISLAMIC AMERICAN RELIEF AGENCY-USA

BALANCE SHEET
AS OF DECEMBER 31, 2000

## ASSETS

CURRENT ASSETS

| | | | |
|---|---|---|---|
| CASH | $ | 583,826 | |
| SHORT TERM INVESTMENTS | | 24,746 | |
| | | | |
| TOTAL CURRENT ASSETS | | 608,572 | |

FIXED ASSETS

| | | |
|---|---|---|
| AUTOMOBILE | 146,446 | |
| EQUIPMENT & FURNITURE | 106,169 | |
| LESS: ACCUMULATED DEPRECIATION | (126,478) | |
| | | |
| | 126,137 | |

OTHER ASSETS

| | | |
|---|---|---|
| LAND FOR INVESTMENT (NOTE 3) | 53,503 | |
| TELEPHONE CARDS | 19,537 | |
| | | |
| TOTAL ASSETS | 807,749 | |

## LIABILITIES & FUND BALANCE

CURRENT LIABILITIES

| | | |
|---|---|---|
| ACCOUNT PAYABLE & ACCRUED EXPENSES | 4,957 | |
| | | |
| TOTAL CURRENT LIABILITIES | 4,957 | |

FUND BALANCE

| | | |
|---|---|---|
| FUND BALANCE | 802,792 | |
| | | |
| TOTAL FUND BALANCE | 802,792 | |
| | | |
| TOTAL LIABILITIES & FUND BALANCE | $ | 807,749 |

SEE NOTES TO FINANCIAL STATEMENTS

2

*SUHAIL SADIQ, CPA P.C.*

IARA-1943