# THOMAS R. BURKE

# EXHIBIT A

## A-69 through A-92

ISLAMIC AMERICAN RELIEF AGENCY
UNITED STATES AFFILIATED

STATEMENT OF REVENUE, EXPENSES & FUND BALANCE
FOR THE YEAR ENDED DECEMBER 31, 2000

REVENUES

| | | |
|---|---|---:|
| CONTRIBUTIONS | $ | 2,789,537 |
| CONTRIBUTIONS IN-KIND | | 100,000 |
| DIVIDEND | | 1,023 |
| TOTAL REVENUES | | 2,890,560 |

OPERATING EXPENSES

| | |
|---|---:|
| SALARIES & WAGES | 234,417 |
| PAYROLL TAXES | 21,002 |
| OTHER COMPENSATION | 21,794 |
| INSURANCE | 8,787 |
| ACCOUNTING & AUDIT FEE | 8,759 |
| LEGAL & PROFESSIONAL FEE | 57,754 |
| FUND RAISING EXPENSES (NOTE 4) | 146,361 |
| DEPRECIATION | 47,869 |
| RENT | 15,428 |
| CONVENTIONS | 7,549 |
| TRAVEL | 40,089 |
| BANK CHARGES | 6,481 |
| TELEPHONE & FAX | 11,140 |
| DUES & SUBSCRIPTION | 5,225 |
| PROJECTS CONTRIBUTIONS (NOTE 6) | 2,320,202 |
| SUPPLIES | 15,704 |
| REPAIRS & MAINTENANCE | 2,297 |
| POSTAGE & COURIER | 10,255 |
| UTILITIES | 1,580 |
| TOTAL OPERATION EXPENSES | 2,982,693 |
| CURRENT SURPLUS (DEFICIT) | (92,133) |
| FUND BALANCE - BEGINNING | 897,294 |
| PRIOR PERIOD ADJUSTMENT (NOTE 5) | (2,369) |
| FUND BALANCE - END | $    802,792 |

SEE NOTES TO FINANCIAL STATEMENTS

3

BURKE Exhibit A-69

SUHAIL SADIQ, CPA P.C.

IARA-1944

ISLAMIC AMERICAN RELIEF AGENCY-USA
STATEMENT OF CASH FLOW
AS OF DECEMBER 31, 2000

Cash Flows From Operating Activities
Net Income (Loss)                                         $      (92,133)

Adjustments To Reconcile Net Income
  to Net Cash Provided By Operating Activities:
Depreciation                                                     47,869
Decrease (Increase) In cash from changes
  in operating assets and liabilities
    Short Term Investment                                       (17,304)
    Accounts Receivable                                         376,243
    Other Assets                                                (5,799)
    Current Liabilities                                        (362,096)

        Net cash provided by operating activities              (53,220)

Cash Flows from Investing Activities
    Capital Expenses                                            (13,715)

        Net cash used for investing activities                 (13,715)

Cash Flows from Financing Activities
    Prior Period Adjustment (Note 5)                            (2,369)

    Net cash used in financing activities                       (2,369)

    Net Increase (Decrease) in cash and cash equilents         (69,304)

Cash and Cash Equivalents-Beginning of Year                    653,130

Cash and Cash Equvalents-End of Year                    $      583,826

ISLAMIC AMERICAN RELIEF AGENCY-USA

NOTES TO FINANACIAL STATEMENTS
FOR THE YEAR ENDED DECEMBER 31, 2000

1.  ORGANIZATION:

    ISLAMIC AMERICAN RELIEF AGENCY-USA (IARA) was formed on
    February 25th, 1985 under the State of Missouri Non-profit Act. IARA is exempt
    from federal income tax under section 501(C) (3) of the Internal Revenue Code.
    Organization's original name was Islamic African Relief Agency United States
    Affiliate, which has been amended on May 25th 2000 with the Secretary of State
    of Missouri. The basic purpose of IARA's formation is to provide social and
    relief services among the communities in African, Asian countries in particular
    and local communities in general.

2.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES:

    a.  All transactions were recorded on accrual basis of accounting.

3.  IARA has bought a parcel of land in Columbia, MO for further investment purposes
    in the amount of $53,503.

4.  FUND RAISING EXPENSES $146,361, were incurred as follows:

    | | |
    |---|---|
    | Travel | $ 52,503 |
    | Telephone | 8,609 |
    | Bulk Mailing | 16,917 |
    | Publicity & Media | 18,691 |
    | Printing & Supplies | 49,641 |
    | Total Fund Raising | $146,361 |

5

BURKE Exhibit A-71

SUHAIL SADIQ CPA P.C.

IARA-1946



ISLAMIC AMERICAN RELIEF AGENCY-USA

NOTES TO FINANACIAL STATEMENTS
FOR THE YEAR ENDED DECEMBER 31, 2000

5. IARA has received from US Agency For International Development (USAID), during the period of audit report, the sum of $374,243 against the balance due on terminated contracts as follows:

Child Survival Project (CSP), Award Number FAO-A-00-98-00045-00, $107,056.

Community Education, Water, and Income Generating Activities Project" (CEWIGAP), Award Number 688-98-00131-00, $267,187.

An adjustment, in prior period, of $2,369 has to be made for uncollected funds form USAID previously booked as receivable.

6. CONTRIBUTIONS TO PROJECTS: are as follows

| | |
|---|---:|
| Orphan/Child Project | $ 638,121 |
| Middle East Relief & Development | 866,680 |
| CSP/CEWIGAP, Mali | 36,092 |
| African Relief & Development | 144,715 |
| Asian Relief & Development Project | 162,265 |
| Central Asian Relief | 179,622 |
| Food & Medicine Shipment | 127,021 |
| Contributions to needy | 54,829 |
| Sacrifice (Udhia) | 28,932 |
| Education Assistance | 41,533 |
| Publication Project | 40,392 |
| Total Project Contributions | $2,320,202 |

6

BURKE Exhibit A-72

SUHAIL SADIQ, CPA P.C.

IARA-1947

ISLAMIC AMERICAN RELIEF AGENCY-USA

P.O. BOX 7084
COLUMBIA, MO 65205

INDEPENDENT AUDITOR'S REPORT &

FINANCIAL STATEMENTS

FOR THE YEAR ENDED DECEMBER 31, 2001

BURKE Exhibit A-73

IARA-1948



ISMAIL B. TAH
M.B.A., C.P.A., E.A.
— CERTIFIED PUBLIC ACCOUNTANT —

318 West Main Street                                        Telephone: (817) 460-7829
Suite 204                                                          Metro: (817) 467-7866
Arlington, Texas 76010-7138                                    Fax: (817) 795-9272

### INDEPENDENT AUDITOR'S REPORT

To the Board of Directors
of Islamic American Relief Agency-USA

We have audited the accompanying statement of financial position of the Islamic
American Relief Agency-USA as of 12/31/2001, and the related statements of activities
and cash flows for the year then ended. These financial statements are the responsibility of
the Organization's management. Our responsibility is to express an opinion on these
financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the
United States of America. Those standards require that we plan and perform the audit to
obtain reasonable assurance about whether the financial statements are free of material
misstatement. An audit includes examining, on a test basis, evidence supporting the
amounts and disclosures in the financial statements. An audit also includes assessing the
accounting principles used and significant estimates made by management, as well as
evaluating the overall financial statement presentation. We believe that our audit provides
a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material
respects, the financial position of Islamic American Relief Agency-USA as of December
31, 2001, and the changes in its net assets and its cash flows for the year then ended in
conformity with accounting principles generally accepted in the United States of America.

Arlington, TX
August 28, 2001

— MEMBER —
American Institute of Certified Public Accountants
Texas Society of Certified Public Accounts
*Enrolled to practice before IRS*



ISLAMIC AMERICAN RELIEF AGENCY-USA

AUDITED FINANCIAL STATEMENTS
AND
INDEPENDENT AUDITOR'S REPORT

Year Ended December 31, 2001

Audited Financial Statements:

Independent Auditor's Report _____ 1

Statement of Financial Position _____ 2

Statement of Activities _____ 3

Statement of Cash Flow _____ 4

Notes of Financial Statements _____ 5-8

BURKE Exhibit A-75

IARA-1950

## ISLAMIC AMERICAN RELIEF AGENCY - USA
### STATEMENT OF FINANCIAL POSITION
DECEMBER 31, 2001

**ASSETS:**

    **CURRENT ASSETS:**

| | |
|---|---:|
| Cash and Cash Equivalents | $568,168 |
| Short Term Investments | 4,936 |
| **TOTAL CURRENT ASSETS** | 573,104 |

    **OTHER ASSETS:**

| | |
|---|---:|
| Legal Retainer | 5,000 |
| Long-Term Investment (note 6) | 53,503 |
| Other Investments (note 6) | 19,537 |
| Property & Equipment, net (note 7) | 91,975 |
| **TOTAL OTHERS ASSETS** | 170,015 |
| **TOTAL ASSETS** | **$743,119** |

**LIABILITIES AND NET ASSETS:**

    **CURRENT LIABILITIES:**

| | |
|---|---:|
| Accured Expenses | 576 |

    **NET ASSETS:**

| | |
|---|---:|
| Unrestricted | 742,543 |
| **TOTAL LIABILITIES AND NET ASSETS** | **$743,119** |

2

BURKE Exhibit A-76

IARA-1951

ISLAMIC AMERICAN RELIEF AGENCY - USA
STATEMANT OF ACTIVITIES
FOR THE YEAR ENDED ECEMBER 31, 2001

|  | UNRESTRICTED |
|---|---|
| Ravenues,and Other Support: | |
| Contributions (note 2) | $1,891,542 |
| Income on Long-Term Investments | 12,863 |
| | |
| Total Revenues, Gains, and Other Support | 1,904,405 |
| | |
| Expenses and Losses: | |
| Program Services (note 3) | 1,462,136 |
| Management and General (note 4) | 393,648 |
| Fund-Raising (note 5) | 110,770 |
| | |
| Total Expences | 1,966,554 |
| | |
| Changes in Net Assets | (62,150) |
| Net Assets at Beginning of Year | 802,792 |
| Prior Period Adjustment | 1,901 |
| | |
| Net Assets at end of Year | 742,543 |

3

BURKE Exhibit A-77

IARA-1952

ISLAMIC AMERICAN RELIEF AGENCY USA
STATMENT OF CASH FLOW
FOR THE YEAR ENDED 12/31/01

OPERATING ACTIVITIES

| | | |
|---|---|---:|
| Changes in Net Assets | | ($62,150) |
| | | |
| ADJUSTMENTS TO RECOMCILE CHANGE IN NET ASSETS TO NET CASH USED IN OPERATING ACTIVITIES: | | |
| | Depreciation | 45,994 |
| | Loss on Investments | 1,577 |
| | Other Assets | (8,000) |
| | Accounts Payable | (4,381) |
| NET CASH USED IN OPERATING ACTIVITIES | | (26,960) |
| | | |
| INVESTING ACTIVITIES: | | |
| | Purchase of Equipment | (11,750) |
| NET CASH USED IN INVESTING ACTIVITIES | | (11,750) |
| | | |
| FINANCING ACTIVITIES: | | |
| | Sales of Stock | 21,242 |
| | Dividendas | (91) |
| | Prior Period Adjustment | 1,901 |
| NET CASH PROVIDED BY FINANCING ACTIVITIES | | 23,052 |
| | | |
| NET DECREASE IN CASH AND CASH EQUIVALENTS | | (15,658) |
| | | |
| CASH AND CASH EQUIVALENTS AS OF BEGINNING OF YEAR | | 583,826 |
| | | |
| CASH AND CASH EQUIVALENT AS OF END OF YEAR | | $568,168 |

4

BURKE Exhibit A-78

IARA-1953

ISLAMIC AMERICAN RELIEF AGENCY - USA
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2001

The significant accounting policies followed by The Islamic American Relief Agency for relief and development are described below to enhance the usefulness of the financial statements to the reader.

Note 1: Nature of organization and significant accounting policies:

Nature of organization:

The Islamic American Relief Agency was incorporated in the state of Missouri on June 27th, 1988.
The foundations' primary purpose is:

a)  To provide supplies, social and medical care, shelter and services to refugees, the homeless, and persons victimized by natural catastrophes such as floods, earthquakes and famine.

b)  To provide educational resources to disadvantaged persons.

c)  To establish health, education and others institutions to achieve its purposes and scientifically study and reports on issues dealing with this matters.

d)  To raise funds in the United States to be donated towards achieving the purposes of the Corporation.

On April 21st, 1989 the foundation was granted an exemption from federal income tax under section 501 c(3) as an organization of the type described in section 509 a(1) and 170 (b)(1)(a)(vi).

The significant accounting policies are as follows:

Method of accounting:

In 2001, the Agency adopted statement of financial accounting standards (SFAS) No. 117, "Financial Statements of Non-for-Profit Organization". Under SFAS No. 117, the foundation is required to report information regarding its financial position and activities according to three classes of net assets. Unrestricted net assets, Temporarily restricted net assets, and Permanently restricted net assets. In addition, the organization is required to present a statement of cash flows. As permitted by the new statement, the foundation has discontinued its use of fund accounting and has, accordingly, reclassified its

5

BURKE Exhibit A-79

IARA-1954

financial statements to present the three classes of net assets required. This reclassification had no effect on the change in net assets for 2001.

Basis of Accounting:

The accompanying financial statements have been prepared on the accrual basis of the accounting and accordingly reflect all significant receivables, payables, and others liabilities.

Income Taxes:

The Islamic American Relief Agency is exempt from federal income tax under section 501 C(3) of the Internal Revenue Code and therefore has made no provision for federal income taxes in the accompanying financial statements.

Contributions:

The Islamic American Relief Agency on is supported primarily through public support, donors' sponsorship and contributions. Contributions received by the foundation in 2001 are considered to be available for unrestricted use or are considered temporarily restricted.

The foundation considers all highly liquid investments available for current use with an initial maturity of three months or less to be cash equivalents.

Functional allocation of expenses – The cost of providing various programs and other activities.

Costs are allocated between fund raising, management and general and the appropriate program based on evaluations of the related benefits. Management and general expenses include those expenses that are not directly identifiable with any other specific function but provide the overall support and direction of the Organization.

Note 2: Contributions

Revenues from contributions consist of the following:

| Public support, donor's sponsorship and contributions | $1,827,717 |
| Donated noncash assets (gift in kind donation) | 63.825 |
| | |
| Total Contributions | $1,891,542 |

Noncash assets were recorded by the Islamic American Relief Agency at their fair market values in the period received.

6

BURKE Exhibit A-80

IARA-1955

**Note 3:** Program Services:

The Islamic American Relief Agency's principal protect, and programs around the world are described as follow :

- Emergency Relief: This program provides relief assistances to refugees and disaster's victims in Africa, Asia, Bosnia, and other parts of the world.

- Child sponsorship: This program provides food, clothing, and medical assistances to orphans and needy children in Africa, Asia, and Bosnia, and other parts of the world

- Social Services: This program provides social services such as food, shelter, water, medical, and educational services to needy families in Africa, Asia, Bosnia, and other parts of the world.

Program services consist of the following expenses:

Program and projects:

| Grants and Contributions: | |
|---|---|
| Emergency Relief | $658,418 |
| Child Sponsorship | 537,562 |
| Social Services | 266.156 |
| Total Program Service (Grants) Expenses | $1,462,136 |

**Note 4:** Management

Management and General Expenses include the following:

| Salaries: | $119,493 |
|---|---|
| Professional and contracts | 79,954 |
| Travel | 45,790 |
| Depreciation | 45,994 |
| Rent | 21,315 |
| Other General Expenses | 81.102 |
| Total Management and General Expenses | $393,648 |

7

BURKE Exhibit A-81

IARA-1956

Note 5: Fund-raising

Fund-raising Expenses include the following:

| | |
|---|---:|
| Salaries | $43,100 |
| Printing | 19,382 |
| Travel | 18,945 |
| Advertising | 10,634 |
| Postage office | 18,709 |
| Total Fund-raising Expenses: | $110,770 |

Note 6: Investments:

Investment as of December 31, 2001 are summarized as follows:

| | |
|---|---:|
| Investment in Land | |
| Balance at beginning of year | $53,503 |
| Other Investments: | |
| Investment in Telephone cards | 19,537 |
| Total Investments at 12/31/01 | $73,040 |

Note 7: Property and Equipment:

Property and equipment acquired by the agency are stated at cost at the date of acquisition and consists of the following:

| | |
|---|---:|
| Equipment and Furniture | $115,949 |
| Automobile | 148,446 |
| Total Property and Equipment | 264,399 |
| Less: Accumulated depreciation/amortization | (172,420) |
| Property and Equipment, at cost, net | $91,975 |

8

BURKE Exhibit A-82

IARA-1957

ISLAMIC AMERICAN RELIEF AGENCY-USA

P.O. BOX 7084
COLUMBIA, MO 65205

<u>INDEPENDENT AUDITOR'S REPORT &</u>

<u>FINANCIAL STATEMENTS</u>

<u>FOR THE YEAR ENDED DECEMBER 31, 2002</u>

# Ismail B. Tahir, CPA
### — Certified Public Accountant —

*318 West Main Street*
*Suite 204*
*Arlington, Texas 76010-7138*

*Telephone: (817) 460-7829*
*Metro: (817) 467-7868*
*FAX: (817) 795-9272*

## INDEPENDENT AUDITOR'S REPORT

To the Board of Directors
of Islamic American Relief Agency-USA

We have audited the accompanying statement of financial position of the Islamic American Relief Agency-USA as of 12/31/2002, and the related statements of activities and cash flows for the year then ended. These financial statements are the responsibility of the Organization's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Islamic American Relief Agency-USA as of December 31, 2002, and the changes in its net assets and its cash flows for the year then ended in conformity with accounting principles generally accepted in the United States of America.

Arlington, TX
September 30, 2003

**Member:**    American Institute of Certified Public Accountants
Texas Society of Certified Public Accountants

 

<u>ISLAMIC AMERICAN RELIEF AGENCY-USA</u>

AUDITED FINANCIAL STATEMENTS
AND
INDEPENDENT AUDITOR'S REPORT

Year Ended December 31, 2002

<u>Audited Financial Statements:</u>

Independent Auditor's Report_____1

Statement of Financial Position_____2

Statement of Activities_____3

Statement of Cash Flow_____4

Notes of Financial Statements_____5-8

# ISLAMIC AMERICAN RELIEF AGENCY - USA
## STATEMANT OF FINANCIAL POSITION
### DECEMBER 31, 2002

|  | 2002 | 2001 |
|---|---|---|
| **ASSETS:** | | |
| **CURRENT ASSETS:** | | |
| Cash and Cash Equivalents | $1,038,976 | $568,168 |
| Short Term Investments | 1,935 | 4,936 |
| **TOTAL CURRENT ASSETS** | 1,040,911 | 573,104 |
| **OTHER ASSETS:** | | |
| Legal Retainer | 8,000 | 5,000 |
| Long-Term Investment (note 7) | 53,503 | 53,503 |
| Property & Equipment, net (note 8) | 61,519 | 91,975 |
| Other Investments | | 19,537 |
| **TOTAL OTHERS ASSETS** | 123,022 | 170,015 |
| **TOTAL ASSETS** | 1,163,933 | 743,119 |
| **LIABILITIES AND NET ASSETS:** | | |
| **CURRENT LIABILITIES:** | | |
| Accured Expenses | (126) | 576 |
| **NET ASSETS:** | | |
| Unrestricted | 1,164,059 | 742,543 |
| **TOTAL LIABILITIES AND NET ASSETS** | $ 1,163,933 | $ 743,119 |

2

BURKE Exhibit A-86

IARA-1961

ISLAMIC AMERICAN RELIEF AGENCY USA
STATEMANT OF ACTIVITIES
FOR THE YEAR ENDED ECEMBER 31, 2002

| | UNRESTRICTED | TEMPORARILY RESTRICTED | PERMANENTLY RESTRICTED | 2002 TOTAL | 2001 TOTAL |
|---|---|---|---|---|---|
| **Ravenues,and Other Support:** | | | | | |
| Contributions (note 2) | $1,475,659 | – | – | $1,475,659 | $1,891,542 |
| Income/Loss on Long-Term Investments | | | | | 12,863 |
| Total Revenues, Gains, and Other Support | 1,475,659 | – | – | 1,475,659 | 1,904,405 |
| **Expenses and Losses:** | | | | | |
| Program Services (note 3) | 664,994 | – | – | 664,994 | 1,462,136 |
| Management and General (note 4) | 259,517 | – | – | 259,517 | 393,648 |
| Fund-Raising (note 5) | 75,979 | – | – | 75,979 | 110,770 |
| Total Expences | 1,000,491 | – | – | 1,000,491 | 1,966,554 |
| Changes in Net Assets | 475,168 | – | – | 475,168 | (52,150) |
| Net Assets at Beginning of Year | 742,543 | – | – | 742,543 | 802,792 |
| Prior Period Adjustment (note 6) | (53,652) | – | – | (53,652) | 1,901 |
| Net Assets at end of Year | $1,164,059 | – | – | $1,164,059 | $742,543 |

3

BURKE Exhibit A-87

IARA-1962

# ISLAMIC AMERICAN RELIEF AGENCY - USA
## STATMENT OF CASH FLOW
### FOR THE YEAR ENDED 12/31/02

**OPERATING ACTIVITIES:**

| | |
|---|---:|
| Net Assets (Loss) | $ 475,168 |
| Depreciation | 34,404 |
| Loss on Investments | 19,537 |
| Accounts Payable | (450) |
| NET CASH PROVIDED BY OPERATING ACTIVITIES | 528,659 |

**INVESTING ACTIVIETIES:**

| | |
|---|---:|
| Purchase of Computer | (4,000.00) |
| NET CASH USED IN INVESTING ACTIVITIES | (4,000) |

**FINANSING ACTIVITIES:**

| | |
|---|---:|
| Prior Period Adjustment | (53,851) |
| NET CASH USED IN FINANCING ACTIVITIES | (53,851) |
| NET INCREASE IN CASH AND CASH EQUIVALENTS | 470,808 |
| CASH AND CASH EQUIVALENTS AS OF BEGINNING OF YEAR | 568,168 |
| CASH AND CASH EQUIVALENT AS OF END OF YEAR | $1,038,976 |

4

BURKE Exhibit A-88

IARA-1963

 

## ISLAMIC AMERICAN RELIEF AGENCY - USA
### NOTES TO FINANCIAL STATEMENTS
### DECEMBER 31, 2002

The significant accounting policies followed by The Islamic American Relief Agency for relief and development are described below to enhance the usefulness of the financial statements to the reader.

Note 1: Nature of organization and significant accounting policies:

Nature of organization:

The Islamic American Relief Agency was incorporated in the state of Missouri on June 27th, 1988.
The foundations' primary purpose is:

a) To provide supplies, social and medical care, shelter and services to refugees, the homeless, and persons victimized by natural catastrophes such as floods, earthquakes and famine.

b) To provide educational resources to disadvantaged persons.

c) To establish health, education and others institutions to achieve its purposes and scientifically study and reports on issues dealing with this matters.

d) To raise funds in the United States to be donated towards achieving the purposes of the Corporation.

On April 21st, 1989 the foundation was granted an exemption from federal income tax under section 501 c(3) as an organization of the type described in section 509 a(1) and 170 (b)(1)(a)(vi).

The significant accounting policies are as follows:

Method of accounting:

In 2002, the Agency adopted statement of financial accounting standards (SFAS) No. 117, "Financial Statements of Non-for-Profit Organization". Under SFAS No. 117, the foundation is required to report information regarding its financial position and activities according to three classes of net assets. Unrestricted net assets, Temporarily restricted net assets, and Permanently restricted net assets. In addition, the organization is required to present a statement of cash flows. As permitted by the new statement, the foundation has discontinued its use of fund accounting and has, accordingly, reclassified its

5

financial statements to present the three classes of net assets required. This reclassification had no effect on the change in net assets for 2002.

Basis of Accounting:

The accompanying financial statements have been prepared on the accrual basis of the accounting and accordingly reflect all significant receivables, payables, and others liabilities.

Income Taxes:

The Islamic American Relief Agency is exempt from federal income tax under section 501 C(3) of the Internal Revenue Code and therefore has made no provision for federal income taxes in the accompanying financial statements.

Contributions:

The Islamic American Relief Agency on is supported primarily through public support, donors' sponsorship and contributions. Contributions received by the foundation in 2002 are considered to be available for unrestricted use or are considered temporarily restricted.

The foundation considers all highly liquid investments available for current use with an initial maturity of three months or less to be cash equivalents.

Functional allocation of expenses – The cost of providing various programs and other activities.

Costs are allocated between fund raising, management and general and the appropriate program based on evaluations of the related benefits. Management and general expenses include those expenses that are not directly identifiable with any other specific function but provide the overall support and direction of the Organization.

Note 2: Contributions

Revenues from contributions consist of the following:

| | |
|---|---|
| Public support, donor's sponsorship and contributions | $1,401,704 |
| Donated noncash assets (gift in kind donation) | 74,565 |
| Other Income | (610) |
| Total Contributions | $1,475,659 |

Noncash assets were recorded by the Islamic American Relief Agency at their fair market values in the period received.

6

IARA-1965

<u>Note 3:</u> Program Services:

The Islamic American Relief Agency's principal protect, and programs around
the world are described as follow :

-       Emergency Relief: This program provides relief assistances to refugees
        and disaster's victims in Africa, Asia, Bosnia, and other parts of the world.

-       Child sponsorship: This program provides food, clothing, and medical
        assistances to orphans and needy children in Africa, Asia, and Bosnia, and
        other parts of the world

-       Social Services: This program provides social services such as food,
        shelter, water, medical, and educational services to needy families in
        Africa, Asia, Bosnia, and other parts of the world.


Program services consist of the following expenses:

Program and projects:

Grants and Contributions:
Emergency Relief                             $230,061.00
Child Sponsorship                             251,817.93
Social Services                               183,115.00

Total Program Service (Grants) Expenses      $664,993.65


<u>Note 4:</u> Management

Management and General Expenses include the following:

Salaries:                                    $128,473.80
Professional and contracts                     14,263.29
Travel                                          4,965.20
Depreciation                                   34,404.00
Rent                                           11,916.45
Loss on Investment                             19,536.62
Other General Expenses                         45,958.08

Total Management and General Expenses        $259,517.44


7

IARA-1966

Note 5: Fund-raising

Fund-raising Expenses include the following:

| | |
|---|---|
| Printing | $21,332.52 |
| Travel | 6,572.97 |
| Advertising | 8,667.75 |
| Postage office | 17,619.45 |
| Other | 21,786.78 |
| Total Fund-raising Expenses: | $75,979.47 |

Note 6: Prior Period Adjustment

A refund amount of $47,642.96 was mistakenly recorded in the orphan's account resulted in overstatement of both orphan and fund-balance accounts for year 2001.

Note 7: Investments:

Investment as of December 31, 2001 are summarized as follows:

| | |
|---|---|
| Investment in Land | |
| Balance at beginning of year | $53,503.00 |
| Total Investments at 12/31/02 | $53,503.00 |

Note 8: Property and Equipment:

Property and equipment acquired by the agency are stated at cost at the date of acquisition and consists of the following:

| | |
|---|---|
| Equipment and Furniture | $119,949.50 |
| Automobile | 148,446.00 |
| Total Property and Equipment | 268,395.50 |
| Less: Accumulated depreciation/amortization | (206,876.00) |
| Property and Equipment, at cost, net | $61,519.00 |

8

IARA-1967