| | |
|---|---|
| 1 | GREGORY G. KATSAS<br>Assistant Attorney General |
| 2 | |
| 3 | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | ELIZABETH J. SHAPIRO<br>Assistant Branch Director |
| 5 | PETER T. WECHSLER |
| 6 | Federal Programs Branch<br>Civil Division |
| 7 | United States Department of Justice<br>20 Massachusetts Avenue, NW |
| 8 | Washington, D.C. 20530<br>Tel: (202) 514-2705 |
| 9 | Fax: (202) 616-8470<br>Peter.Wechsler@usdoj.gov |
| 10 | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA, | ) ) ) | No. C 07-2590 PJH |
| Plaintiff, | ) ) ) | **DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF THE TREASURY, | ) ) ) ) | DATE: July 23, 2008<br>TIME: 9:00 a.m.<br>DEPT: Hon. Phyllis J. Hamilton |
| Defendant. | ) | |

1    Defendant, the United States Department of the Treasury (Treasury), hereby opposes
2 Plaintiff's Request for Judicial Notice (Pl. Request), which was filed on July 2, 2008.  Plaintiff
3 contends that certain documents relating to a Delisting Petition or a Petition to Release Blocked
4 Assets were filed as part of the administrative records in other court actions.  See Plaintiff's
5 Opposition to Defendant's Motion for Summary Judgment (Pl. Opp.) at 3-5, 13.  Included among
6 the exhibits to the Declaration of Thomas Burke dated July 2, 2008 (Burke Decl.), are three sets
7 of voluminous documents that plaintiff contends were filed in other court actions.  See Burke
8 Decl. ¶¶ 2-4 & Exs. A-C; Pl. Request at 2; Pl. Opp. at 4-5.

    1. Plaintiff fails to distinguish between the Delisting Petitions at issue in this case and other records, such as documents relating to any Petitions for the Release of Blocked Funds.  See Pl. Request at 2; Burke Decl. ¶ 3  & Ex. B; Pl. Opp. at 5.

    2. Plaintiff errs in describing the three sets of voluminous documents attached as Exhibits A to C to the Burke Declaration as consisting solely of "delisting petitions."  See Pl. Request at 2; Pl. Opp. at 4-5; Burke Decl. ¶¶ 2-4 & Exs. A-C.

For these reasons, Treasury objects to Plaintiff's Request for Judicial Notice, to the extent that plaintiff (a) seeks "judicial notice of the allegations made" in any of the records that plaintiff contends were filed in other court proceedings, (b) seeks judicial notice that any exhibit to the Burke Declaration consists solely of a Delisting Petition, or (c) asserts that any such record or exhibit is relevant to the remaining issues.  See Pl. Request at 2.

Dated: July 9, 2008              Respectfully submitted,

/s/
PETER T. WECHSLER (MA # 330559)

OPPOSITION TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE
No. C 07-2590 PJH                                                                                            - 2 -