UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** July 23, 2008                                        **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-2590 PJH

**Case Name:** Lawyers Committee for Civil Rights v. US Department of Treasury

**Attorney(s) for Plaintiff:**       Thomas R. Burke
**Attorney(s) for Defendant:**       Peter T. Wechsler

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Lydia Zinn

PROCEEDINGS

    Defendant's Motion for Summary Judgment-Held.  The court takes the matter under submission.  Defense counsel to submit petitions to the court as stated on the record within one week.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file