GREGORY G. KATSAS
Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director
PETER T. WECHSLER
Trial Attorney
Federal Programs Branch
Civil Division
United States Department of Justice
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel: (202) 514-2705
Fax: (202) 616-8470
Peter.Wechsler@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA, | No. C 07-2590 PJH |
| Plaintiff, | |
| v. | **NOTICE OF IN-CAMERA SUBMISSION** |
| UNITED STATES DEPARTMENT OF THE TREASURY, | |
| Defendant. | DEPT: Hon. Phyllis J. Hamilton |

At the hearing on July 23, 2008, the Court (Hamilton, J.) directed defendant to search the 346 Delisting Petitions in alphabetical order, and to submit for in-camera review the three Delisting Petitions received: (1) from the first individual with the last name beginning with the letter "A," (2) from the last individual with the last name beginning with the letter "N," and (3) from the first individual with the last name beginning "R." See the Minutes of Proceedings [Dkt. # 54]. In accordance with the Court's directive, defendant is submitting these three Delisting Petitions to Judge Hamilton's chambers for in-camera review.

Dated: July 29, 2008

Respectfully submitted,

ELIZABETH J. SHAPIRO
Assistant Branch Director

/s/
PETER T. WECHSLER (MA # 330559)
Trial Attorney

*Attorneys for Defendant*