GREGORY G. KATSAS
Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director
PETER T. WECHSLER
Trial Attorney
Federal Programs Branch
Civil Division
United States Department of Justice
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel: (202) 514-2705
Fax: (202) 616-8470
Peter.Wechsler@usdoj.gov

   *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA, | ) ) ) ) | No. C 07-2590 PJH |
| Plaintiff, | ) ) | |
| v. | ) ) | **NOTICE OF SECOND IN-CAMERA SUBMISSION** |
| UNITED STATES DEPARTMENT OF THE TREASURY, | ) ) ) ) | |
| Defendant. | ) ) | DEPT: Hon. Phyllis J. Hamilton |

At the telephone status conference on July 31, 2008, the Court (Hamilton, J.) directed defendant to search the 346 Delisting Petitions in alphabetical order, and to submit for <u>in-camera</u> review the three Delisting Petitions (other than those included in plaintiff's motion papers) received by defendant from: (1) the first entity with the name beginning with the letter "A," (2) the last entity with the name beginning with the letter "N," and (3) the first entity with the name beginning "R." In accordance with the Court's directive, defendant conducted such a search and is submitting these three Delisting Petitions to Judge Hamilton's chambers for <u>in-camera</u> review.

At the telephone conference, the Court also directed defendant to search for, and to submit for <u>in-camera</u> review, any supporting documents that were sent to defendant as enclosures with these three Delisting Petitions, or the three Delisiting Petitions from individuals that were submitted for <u>in-camera</u> review on July 29, 2008. [Docket No. 55]. After conducting such a search, defendant located supporting documents for two of the three enclosed Delisting Petitions, and is submitting these documents to Judge Hamilton's chambers for <u>in-camera</u> review. Defendant determined that no such documents accompanied the other four Delisting Petitions.

Dated: August 6, 2008                    Respectfully submitted,

                                         ELIZABETH J. SHAPIRO
                                         Assistant Branch Director

                                         /s/
                                         PETER T. WECHSLER (MA # 330559)
                                         Trial Attorney

                                           *Attorneys for Defendant*