United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF SAN FRANCISCO BAY
AREA,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
THE TREASURY,

    Defendant.
_____/

No. C 07-2590 PJH

**CLARIFICATION ORDER**

    The court is in receipt of the parties' November 24, 2008 joint status statement and accompanying exhibits. The court DENIES the parties' request for supplemental briefing as unnecessary. The court CLARIFIES that pursuant to its September 30, 2008 order, Treasury is *not* entitled to redact the identities of those persons or entities submitting and/or authoring the delisting petitions.

Dated: November 25, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge