UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,

        Plaintiff,

    v.

UNITED STATES DEPARTMENT OF THE TREASURY,

        Defendant.
_____/

No. C 07-2590 PJH

**ORDER RE JULY 13, 2009 FILING**

    The court is in receipt of plaintiff's July 13, 2009 eleven-page single-spaced letter brief with nine attached exhibits in which plaintiff raises an issue regarding its entitlement to a waiver of FOIA fees. While the court appreciates plaintiff's attempt to resolve this lengthy and seemingly endless dispute both informally and expeditiously, the letter brief raises legal issues, as opposed to case management issues, which the court has not yet addressed. Thus, neither an informal letter brief nor an administrative motion pursuant to Civil L.R. 7-11 are appropriate. Accordingly, to the extent that plaintiff is seeking some sort of relief or action on the part of the court, the matters contained in the letter brief should be raised in the form of a noticed motion, filed in compliance with Civil L.R. 7-1.

**IT IS SO ORDERED.**

Dated: July 15, 2009

                                              _____
                                              PHYLLIS J. HAMILTON
                                              United States District Judge