UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>      Defendant. | No. C 07-2590 PJH<br><br>**STIPULATION AND ORDER**<br> DISMISSING CASE<br>DEPT: Hon. Phyllis J. Hamilton |

## INTRODUCTION

In May 2007, plaintiff Lawyers Committee for Civil Rights of the San Francisco Bay Area brought this action against the United States Department of the Treasury (Treasury), seeking the release of certain records by Treasury's Office of Foreign Assets Control under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

In accordance with a series of orders issued by the Court, Treasury processed and released records on a "rolling" basis through January 2011. The only remaining issue in the case is plaintiff's demand for attorney fees and costs.

Now, Therefore, plaintiff and Treasury stipulate and agree as follows:

## TERMS

1. This action shall be dismissed with prejudice.

2. Treasury shall pay to plaintiff a total of One Hundred and Fifty Thousand Dollars ($150,000) in attorney fees and costs pursuant to 5 U.S.C. 552(a)(4)(e).

3. Plaintiff shall not seek, and Treasury shall not be required to pay, any additional fees, costs or expenses in this case.

1    4. Upon payment of the amount set forth in the second paragraph, plaintiff releases the United States, its agencies, departments, officers, employees, servants and agents, including Treasury, from any claim for attorney fees, costs, and expenses of any kind relating to services performed in connection with this case.

5    5. Nothing in this Stipulation and Order shall constitute an admission by Treasury or the United States that plaintiff is eligible for or entitled to an award of attorney fees in this case.

7    6. This Stipulation and Order shall not constitute precedent in connection with a motion for attorney fees in any other case.

9    7. This Stipulation and Order constitutes the entire agreement between plaintiff and Treasury.

Dated: August 31, 2011

|  |  |
|---|---|
| /s/_____<br>THOMAS R. BURKE<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street<br>San Francisco, California 94111-6533<br>Tel: (415) 276-6500<br>Fax: (415-276-6599<br><br>Attorneys for Plaintiff | MELINDA HAAG<br>United States Attorney<br><br>TONY WEST<br>Assistant Attorney General<br><br>JOHN R. TYLER<br>/s/_____<br>PETER T. WECHSLER<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>Post Office Box 883<br>Washington D.C. 20044<br>Tel: (202) 514-2705<br>Fax: (202) 616-8470<br>Peter.Wechsler@usdoj.gov<br><br>Attorneys for Defendant |

SO ORDERED

DATED this __31st__ day of __August__, 2011

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Court

STIPULATION AND ORDER                                                                                                  - 2 -